AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

William Emde and Judith Emde

V.

Amy Anderson, M.D.
R. Wesley Farris, M.D. and
David Smith, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-11987MLW

TO: (Name and address of Defendant)

R. Wesley Farris, M.D.
Brigham and Women's Hospital Behavioral Neurology Group
221 Longwood Avenue
Boston, MA  02115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. and Associates
One State Street, Suite 1050
Boston, Massachusetts  02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

SEP 15 2004

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date             Signature of Server

                                          _____
                                          Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 28, 2004
I hereby certify and return that on 9/24/2004 at 11:30AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Janet Barrows, Risk Mgr, for R. Wesley Farris, M.D., at Neurolgy Group, 221 Longwood Avenue, Brigham and Women's Behavioral Boston, MA 02115. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                                               *Deputy Sheriff*

Deputy Sheriff    Arthur Isberg