
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

William Emde and Judith Emde

V.

Amy Anderson, M.D.
R. Wesley Farris, M.D. and
David Smith, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11987MLW**

TO: (Name and address of Defendant)

David Smith, M.D.
Tufts-New England Medical Center
750 Washingtson Street
Boston, MA  02111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. and Associates
One State Street, Suite 1050
Boston, Massachusetts  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 1 5 2004
DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September [illegible], 2004

I hereby certify and return that on 9/27/2004 at 9:00AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jack Doyle, Risk Mgr. for David Smith, M.D., at , 35 Bennett Street, Boston, MA 02111. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel $1.00., Postage and Handling ($1.00), Attest Copies ($5.00) Total Charges $42.00

Deputy Sheriff Edward J. Tobin

*Deputy Sheriff*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

09329C