UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and JUDITH EMDE,<br>Plaintiffs<br><br>V.<br><br>DAVID SMITH, M.D.,<br>AMY ANDERSON, M.D. and<br>R. WESLEY FARRIS, M.D.,<br>Defendants | CIVIL ACTION NO. 04-11987-MLW |

## NOTICE OF APPEARANCE AS COUNSEL

Kindly enter the appearances of Kenneth R. Kohlberg, Esquire, and Jason M. Morales, Esquire, as counsel for the Defendant, R. Wesley Farris, M.D.

Respectfully submitted,
R. Wesley Farris, M.D.,
By counsel,

*/s/ Kenneth Kohlberg*

Kenneth R. Kohlberg, BBO No. 556534
Jason M. Morales, BBO No. 653992
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

Dated: **November 16, 2004**

## CERTIFICATE OF SERVICE

I, Kenneth R. Kohlberg, Esq., hereby certify that on the 16th day of November, 2004, I served a true copy of the foregoing document upon the following attorneys of record, by first class mail, postage prepaid, to:

Barry D. Lang, Esq.
Barry D. Lang M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109

Daniel J. Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

_____
Kenneth R. Kohlberg, Esq.