UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. and <br> R. WESLEY FARRIS, M.D. <br>     Defendants | CIVIL ACTION NO. 04-11987MLW |

## EMERGENCY MOTION OF THE PLAINTIFF TO EXTEND SERVICE DEADLINE

NOW COMES THE PLAINTIFF and prays that this court grant an extension to serve the Defendant, Amy Anderson, M.D. As grounds therefore, Plaintiff states the following:

1. This matter was filed on September 13, 2004

2. On September 21, 2004, Plaintiff sent a summons and complaint to the Middlesex County Sheriff for service on the Defendant, Amy Anderson, M.D..

3. Following three attempts, the deputy sheriff informed Plaintiff's counsel that service could not be made.

4. On October 27, 2004, Plaintiff's counsel sent a new summons and complaint to the Middlesex Sheriff for re-service; this time with instructions to leave the summons and complaint at Dr. Anderson's place of employment if service could not be made "in hand".

5. Plaintiff's counsel is currently awaiting the return of service from the Sheriff's Department.

WHEREFORE, Plaintiff requests that this Court grant a sixty (60) day extension to perfect service on the Defendant, Amy Anderson, M.D.

Respectfully submitted,
The Plaintiffs,
By their attorneys,

_____
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq., BBO # 652055
Barry D. Lang, M.D., & Associates
One State Street, Suite 1050
Boston, MA 02109
617-720-0176

Dated: November 22, 2004

## CERTIFICATE OF SERVICE

I, Zachary B. Lang, hereby acknowledge that on this 22nd day of November 2004, I served a true and accurate copy of the following document:

1. **EMERGENCY MOTION OF THE PLAINTIFF TO EXTEND SERVICE DEADLINE**

by regular mail, postage prepaid, to:

Daniel Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Kenneth Kohlberg, Esq.
McCarthy, Bouley & Barry
The Bulfinch Building
47 Thorndike Street
Cambridge, MA 02141

_____
Zachary B. Lang