AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

William Emde and Judith Emde

V.

Amy Anderson, M.D., R. Wesley Farris, M.D. and David Smith, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 C 11987 MLW

TO: (Name and address of Defendant)

Amy Anderson, M.D.
Middlesex Surgical Associates
955 Main Street
Winchester, MA 01890

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. & Associates
One State Street
Suite 1050
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/26/2004

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

04036855

November 19, 2004

I hereby certify and return that on 11/18/2004 at 1:45PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JANE DOE,, WOULD NOT GIVE TRUE NAME agent, person in charge at the time of service for AMY ANDERSON, M.D., at MIDDLESEX SURGICAL ASSOCIATES, 955 MAIN Street, WINCHESTER, MA 01890. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($5.12) Total Charges $43.22

[signature]

*Deputy Sheriff*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*