UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMDE ET AL
       Plaintiff

v.  Case Number: CV 04-11987-MLW

SMITH ET AL
       Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge     Joyce London Alexander     solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

    Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                           /s/ Charles B. Swartwood III
                                           Charles B. Swartwood III
                                           Chief Magistrate Judge