

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152**

TO:   Middlesex Superior Court
      40 Thorndike Street
      Cambridge, MA 02141

RE:   CIVIL ACTION #. 04-11987-MLW
      CRIMINAL #.

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on January 19, 2005 by the Honorable USMJ, Lawrence P. Cohen.

    The following documents are included in our file and transmitted herewith:

    ( )    Certified copy of the docket entries;

    ( )    Certified copy of the transferral order;

    ( X )    Original documents numbered 1-13

    ( )

    Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date:   2/22/05

By: /s/ Maria Simeone
Courtroom Deputy Clerk

cc:   Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer of juristiction.wpd - 12/98)