UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 29  P 1: 23

MAR 1

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. and <br> R. WESLEY FARRIS, M.D. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S AUTOMATIC DISCLOSURES PURSUANT TO RULE 26 (a)(1)

Now comes the Plaintiff, and provides the following information, pursuant to Federal Rule of Civil Procedure 26 (a)(1)

**(A)  Known Witnesses**
William Emde
Judith Emde
David Smith, M.D.
Amy Anderson, M.D.
R. Wesley Farris, M.D.
Health care providers:
    Kelley Cornell, M.D., Middlesex Surgical Associates, 955 Main Street, Winchester, MA 01890
    Winchester Hospital, 41 Highland Ave., Winchester, MA 01890
    Armstrong Ambulance, 12 Brattle Court, Arlington, MA 02476
    Boston Medical Center, 1 Boston Medical Center Place, Boston, MA 02118
    Northeast Rehabilitation Hospital, 70 Butler Street, Salem, NH 03079
    Shapur Ameri, M.D., 3 Woodland Road, Suite 201, Stoneham, MA 02180
    Holy Family Hospital, 70 East Street, Methuen, MA, 01844
    Neal Nadelson, M.D., Melrose Internal Medicine, 50 Rowe Street, Suite 500, Melrose, MA, 02176
    Commonwealth Surgical Associates, 101 Main Street, Suite 211, Medford, MA 02155
    CarePlus Ambulance, P.O. Box 685, Merrimack, NH 03054
    Personal Touch Home Care, 226 Rockingham Road, Londonderry NH 03053
    Lawrence Memorial Hospital, 170 Governors Ave., Medford, MA 02155

All subsequent health care providers since November 23, 2003.

**(B)   Known Documents**
Records of the above listed health care providers
Plaintiff's Tax Returns for the years 2000 to the present

**(C)   Computation of Damages**
Lost wages since November 2003. William Emde has been rendered a paraplegic, and is unable to resume his work as a retail store manager. Wages at the time were approximately $ 31,000.00 annually.

Medical bills to date, itemized as follows:

| | | |
|---|---|---|
| Winchester Hospital | $ | 24,561.66 |
| Armstrong Ambulance | $ | 1,029.00 |
| Northeast Rehabilitation Hospital | $ | 106,476.91 |

William Emde is under continuing medical care, incurring ongoing medical bills.

Installation of a chair lift in the home $6,000.00
Re-paving of driveway to accommodate wheelchair needs $4,200.00
Used powered wheelchair $1,200.00

Plaintiff reserves the right to supplement this information.

The Plaintiffs,
by their Attorney,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated:   2/27/15

## CERTIFICATE OF SERVICE

I, Barry D. Lang, hereby acknowledge that on this 28th day of February, 2005, I served true and accurate copies of the following document:

    1.    Plaintiff's Automatic Disclosures Pursuant to Rule 26 (a)(1)

by regular mail, postage prepaid, to:

Attorney Barbara Buell
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Kenneth Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

_____
Barry D. Lang, Esq.