FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2005 MAR -7 P 3:01

No. 04-11987MLW

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| WILLIAM EMDE and | ) |
| JUDITH EMDE, | ) |
|        *Plaintiffs,* | ) |
|  | ) |
| VS. | ) |
|  | ) |
| DAVID SMITH, M.D.; | ) |
| AMY ANDERSON, M.D.; and | ) |
| R. WESLEY FARRIS, M.D., | ) |
|        *Defendants.* | ) |

C.A. No. *04-11987-MLW*

## STATEMENT OF AUTOMATIC DISCLOSURES
## BY THE DEFENDANT, AMY ANDERSON, M.D.

      In accordance with Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), the Defendant, Amy Anderson, M.D., through counsel, states as follows:

      A.    <u>Known Persons:</u>  Persons known to this defendant witnessing the transaction or occurrence giving rise to this claim or otherwise known or believed to have substantial discoverable information about the claims or defenses include the following parties:

        1.   Willaim Emde

        2.   Judith Emde

        3.   Amy Anderson, M.D.;

        4.   David Smith, M.D.;

        5.   R. Wesley Farris, M.D.;

        6.   Allen Jeremias, M.D.

B.    Known Documents: Documents known to this party to be relevant to the disputed facts alleged with particularity in the pleadings would be the medical records of plaintiff. The defendant is unaware of any other such documents.

C.    Computation of damages: Not applicable.

D.    Insurance Agreements

    1.    Declaration sheet attached for Amy Anderson, M.D., from the Medical Professional Mutual Insurance Company.

BARBARA HAYES BUELL, ESQUIRE
BBO# 063480
PETER B. WELLS
BBO# 657304
BLOOM AND BUELL
Attorneys for Defendant,
    *Amy Anderson, M.D.*
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

Dated: March 04, 2005

Certificate of Service

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

 **ProMutual**Group

# Medical Professional Mutual Insurance Company

## Medical Professional Liability - Occurrence
## New Business Declaration

| | |
|---|---|
| **POLICY NUMBER:** | 1-34520 |

| | | | |
|---|---|---|---|
| **NAMED INSURED AND ADDRESS:**<br>Amy Anderson, M.D.<br>955 Main Street<br>Winchester, MA 01890 | **PMG ID#:** A75005 | **PRODUCER:**<br>C.J. Ins Agcy Inc<br>697 Washington St<br>Newton, MA 02458-1260<br>Phone: 617-332-1213 | **PRODUCER ID#:** G20J271 |

| | |
|---|---|
| **POLICY PERIOD: 08/11/2003** to **08/11/2004** at 12:01 A.M.<br>Standard Time at Named Insured address above. | **DESCRIPTION OF BUSINESS:**<br>INDIVIDUAL |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.**

| COVERAGE | RETROACTIVE DATE | CLASS CODE AND DESCRIPTION | LIMITS | |
|---|---|---|---|---|
| Professional Liability<br><br>Occurrence | | 80143  General Surg.(N.O.C.)-<br>Major Surg. | $1,000,000<br>$3,000,000 | Per Claim<br>Annual Aggregate |
| Supplementary Payments<br>Retroactive Date: | 08/11/2003 | | | |

**ADDITIONAL RATING FACTORS:**

New to Practice Credit

| **ADDITIONAL COVERAGES:** | **PREMIUM:** |
|---|---|

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:**

| | |
|---|---|
| PL 024 01/01 | Medical Professional Liability for Physicians and Surgeons – Occurrence Form |
| PL 054 01/01 | Massachusetts Mandatory Amendments Endorsement |

| | |
|---|---|
| **POLICY PREMIUM:** | **$16,804** |

Richard W. Brewer  
*President & CEO*

Janice W. Allegretto  
*Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.