UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and JUDITH EMDE,  )
Plaintiffs                      )
                                )
V.                              )   CIVIL ACTION NO. 04-11987-MLW
                                )
DAVID SMITH, M.D.,              )
AMY ANDERSON, M.D. and          )
R. WESLEY FARRIS, M.D.,         )
Defendants                      )

## STATEMENT OF AUTOMATIC DISCLOSURES BY THE DEFENDANT, R. WESLEY FARRIS, M.D.

In accordance with Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), the Defendant, R. Wesley Farris, M.D., through counsel, states as follows:

A. Known Persons: Persons known to this Defendant witnessing the transaction or occurrence giving rise to this claim or otherwise known or believed to have substantial discoverable information about the claims or defenses include the following individuals:

1. William Emde;

2. Judith Emde;

3. Amy Anderson, M.D.;

4. David Smith, M.D.;

5. Allen Jeremias, M.D.; and

6. R. Wesley Farris, M.D.

B. Known Documents: Documents known to this Defendant to be relevant to the disputed facts alleged in the pleadings would be the medical records of the Plaintiff. The Defendant is unaware of any other such documents.

C. Computation of Damages: Not Applicable.

Statement of Automatic Disclosures 2

Insurance Agreements:

    Declaration sheet attached for R. Wesley Farris, M.D., from the Controlled Risk Insurance Company of Vermont, Inc..

    Respectfully submitted,
    R. Wesley Farris, M.D.,
    By counsel,

_____
Kenneth R. Kohlberg, BBO No. 556534
Jason M. Morales, BBO No. 653992
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

Dated: **March 8, 2005**

## CERTIFICATE OF SERVICE

    I, Kenneth R. Kohlberg, Esq., hereby certify that on the 8th day of March, 2005, I served a true copy of the foregoing document upon the following attorney's of record, by first class mail, postage prepaid, to:

Barry D. Lang, Esq.
Barry D. Lang M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109

Daniel J. Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Barbara Hayes Buell, Esq.
Bloom & Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

_____
Kenneth R. Kohlberg, Esq.

2



CONTROLLED RISK INSURANCE COMPANY OF VERMONT INC. (A Risk Retention Group)
Burlington, Vermont

## Confirmation of Physicians, Dentists, and Podiatrists Professional Liability Insurance

BRIGHAM AND WOMEN'S HOSPITAL, INC.
03/03/2005

ROGER WESLEY FARRIS II MD
BRIGHAM AND WOMEN'S HOSPITAL, INC.
221 LONGWOOD AVENUE
BOSTON, MA 02115

Coverage applies on behalf of the above-referenced physician, dentist, or podiatrist (other than a medical or dental fellow, resident, or intern) for whom Risk Management Foundation of the Harvard Medical Institutions, Incorporated d/b/a Risk Management Foundation has elected to provide coverage and who is named on the Schedule of Insured Physicians, Dentists, and Podiatrists maintained by Risk Management Foundation while the physician, dentist, or podiatrist is acting within the scope of his/her professional responsibilities. Coverage is extended to the above-referenced physician, dentist, or podiatrist for professional services of a medical nature performed anywhere in the world, provided suit is brought in the USA, its territories or possessions, or Canada.

| Physician Limits of Liability: | $5,000,000.00 | each claim |
| --- | --- | --- |
| | $10,000,000.00 | annual aggregate each physician, dentist and podiatrist. |
| Policy Number: | BWH-CRICO-C-GLPL-824-2003 | |
| Policy Term: | 1/1/2003 - 12/31/2003 | |

The insurance provided is subject to the terms and conditions of the policy. Coverage terminates as respects physicians, dentists, and podiatrists at the earlier of:

a) The date upon which the individual elects to cancel coverage; or

b) The date the individual is removed from the Schedule of Insured Physicians, Dentists, and Podiatrists maintained by Risk Management Foundation.

Any requests for claim information should be directed to Risk Management Foundation, 101 Main Street, Cambridge, Massachusetts, 02142, Agent of the Named Insured.

Controlled Risk Insurance Company of Vermont, Inc.

*John L. McCarthy*

John L. McCarthy, President