UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WILLIAM EMDE and JUDITH EMDE,<br>Plaintiffs | )<br>)<br>) |
| V. | )  CIVIL ACTION NO. 04-11987-MLW<br>) |
| DAVID SMITH, M.D.,<br>AMY ANDERSON, M.D. and<br>R. WESLEY FARRIS, M.D.,<br>Defendants | )<br>)<br>)<br>)<br>) |

### DEFENDANT, R. WESLEY FARRIS, M.D.'S REQUEST
### FOR MEDICAL MALPRACTICE TRIBUNAL

Pursuant to M.G.L. c. 231, Section 60B et seq., the defendant, R. Wesley Farris, M.D., respectfully requests that the Court convene a Medical Malpractice Tribunal within the next fifteen day period as provided by the statute for the purpose of considering the plaintiffs' claims against him. In support of this request, the defendant states that this is a case "for malpractice, error or mistake against a provider of health care" which is governed by the statute. Based upon the allegations in the plaintiffs' complaint, request is hereby made by the defendant that the medical member of the tribunal be a specialist in **NEUROLOGY**.

Respectfully submitted,
R. Wesley Farris, M.D.,
By counsel,

_____
Kenneth R. Kohlberg, BBO No. 556534
Jason M. Morales, BBO No. 653992
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

Dated: **March 24, 2005**

## CERTIFICATE OF SERVICE

I, Kenneth R. Kohlberg, Esq., hereby certify that on the 24th day of March, 2005, I served a true copy of the foregoing document upon the following attorney's of record, by first class mail, postage prepaid, to:

Barry D. Lang, Esq.
Barry D. Lang M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109

Daniel J. Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Barbara Hayes Buell, Esq.
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135

_____
Kenneth R. Kohlberg, Esq.