UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br> Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. and <br> R. WESLEY FARRIS, M.D. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
AND TO EXTEND TIME FOR SERVICE ON NEW PARTY DEFENDANT**

NOW COME THE PLAINTIFFS, and move for leave of court to file an Amended Complaint (Attached as Exhibit 1) to add a party defendant, Allen Jeremias, M.D.

As reason therefore, the plaintiff states as follows:

**Motion to Amend**

1. This is a medical negligence case in which the plaintiffs allege negligence resulting in a delay in diagnosis of epidural hematoma in William Emde.

2. The original complaint was filed on September 13, 2004, naming as defendants Amy Anderson, M.D., Richard Smith, M.D. and R. Wesley Farris, M.D.

3. Through the course of discovery, it has become apparent that the intensivist, Allen Jeremias, M.D., treated William Emde at Winchester Hospital during the overnight period on November 22-23, 2003 during a time crucial to Mr. Emde's medical outcome.

4. The plaintiffs seek to amend their complaint, adding Allen Jeremias, M.D. as a party defendant.

5. The events giving rise to this lawsuit took place on or about November 22, 2003. Given that date, the plaintiffs are within the three year statute of limitations.

6. The plaintiffs are within the time to amend and add new parties as set by the Court at the initial Scheduling Conference for this case.

7.     As Allen Jeremias, M.D. was personally involved in the care and treatment of William Emde, it should cause neither surprise nor prejudice to Dr. Jeremias to be named a defendant in this case, as M.R.C.P. 15(c) would allow.

8.     No prejudice to any party would result from this amendment.

### Motion to Extend Time for Service on New Party Defendant

9.     The time to "join new parties" as set by the Court at the initial Scheduling Conference for this case is April 6, 2005.

10.     Should the Court allow the plaintiffs' Motion to Amend the Complaint, the plaintiffs request a standard ninety day period from the date of allowance to effect service of process on the newly named defendant Allen Jeremias, M.D.

11.     Such time for service would extend beyond April 6, 2005.

12.     The plaintiffs seek an extension of the April 6, 2005 deadline for the sole purpose of effecting service on Allen Jeremias, M.D.

### CONCLUSION

For the foregoing reasons, Plaintiff's Motion for Leave to File Amended Complaint and to Extend Time for Service on New Party Defendant should be allowed.

Respectfully Submitted,
The Plaintiffs,
By their attorneys,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: April 4, 2005