UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and ) <br> JUDITH EMDE ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> DAVID SMITH, M.D., ) <br> AMY ANDERSON, M.D. and ) <br> R. WESLEY FARRIS, M.D. ) <br>     Defendants ) | CIVIL ACTION NO. 04-11987MLW |

### PLAINTIFF'S SUPPLEMENTAL AUTOMATIC DISCLOSURES PURSUANT TO RULE 26 (a)(1)

Now comes the Plaintiff, and supplements the automatic disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1) with the addition of a known witness

**(A)   Known Witnesses**
Nicole Emde
2983 Michelle Drive
Newton, NC 28658
Plaintiff reserves the right to supplement this information.

The Plaintiffs,
by their Attorney,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated:   4/7/05

## CERTIFICATE OF SERVICE

I, Barry D. Lang, hereby acknowledge that on this 7th day of April, 2005, I served true and accurate copies of the following document:

1. Plaintiff's Supplemental Automatic Disclosures Pursuant to Rule 26 (a)(1)

by regular mail, postage prepaid, to:

Attorney Barbara Buell
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Kenneth Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

_____
Barry D. Lang, Esq.