UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and            )
JUDITH EMDE                 )
         Plaintiff          )
                            )
v.                          ) CIVIL ACTION NO. 04-11987MLW
                            )
DAVID SMITH, M.D.,          )
AMY ANDERSON, M.D. and      )
R. WESLEY FARRIS, M.D.      )
ALLEN JEREMIAS, M.D.        )
         Defendants         )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
AND TO EXTEND TIME FOR SERVICE ON NEW PARTY DEFENDANT**

NOW COME THE PLAINTIFFS, and move for leave of court to file an Amended Complaint (Attached as Exhibit 1) to add a new Count for vicarious liability against a new party defendant, Middlesex Surgical Associates, Inc.

As reason therefore, the plaintiff states as follows:

### Motion for Leave to File Second Amended Complaint

1. This is a medical negligence case in which the plaintiffs allege negligence resulting in a delay in diagnosis of epidural hematoma in William Emde.

2. The original complaint was filed on September 13, 2004, naming as defendants Amy Anderson, M.D., Richard Smith, M.D. and R. Wesley Farris, M.D.

3. The plaintiffs made a motion for leave to amend their complaint, adding Allen Jeremias, M.D. as a party defendant on April 4, 2005. That motion remains outstanding.

4. Through the course of discovery, the plaintiffs learned on April 11, 2005 in the defendant's Answers to Interrogatories, and during deposition on April 12, 2005 that at all times relevant to the events in the Complaint, the defendant Amy Anderson, M.D., was an employee of Middlesex Surgical Associates.

5. The plaintiffs did not learn the employer of Amy Anderson, M.D. until after the time to amend and add new parties as set by the Court at the initial Scheduling Conference for this case.

6. The events giving rise to this lawsuit took place on or about November 22, 2003. Given that date, the plaintiffs are within the three year statute of limitations.

7. As Middlesex Surgical Associates, Inc. was the employer of Amy Anderson, M.D. at all times relevant to the events in the Complaint, and is vicariously liable for the actions of its employees, it should cause neither surprise nor prejudice to the corporation to be named a defendant in this case, as M.R.C.P. 15(c) would allow.

8. No prejudice to any party would result from this amendment.

**Motion to Extend Time for Service on New Party Defendant**

9. The time to "join new parties" as set by the Court at the initial Scheduling Conference for this case is April 6, 2005.

10. Should the Court allow the plaintiffs' Motion for Leave to File Second Amended Complaint, the plaintiffs request a standard ninety day period from the date of allowance to effect service of process on the newly named defendant Middlesex Surgical Associates, Inc.

11. Such time for service would extend beyond April 6, 2005.

12. The plaintiffs seek an extension of the April 6, 2005 deadline for the sole purpose of effecting service on Middlesex Surgical Associates, Inc.

### CONCLUSION

For the foregoing reasons, Plaintiff's Motion for Leave to File Second Amended Complaint and to Extend Time for Service on New Party Defendant should be allowed.

Respectfully Submitted,
The Plaintiffs,
By their attorneys,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176
Dated: April 13, 2005

## CERTIFICATE OF SERVICE

I, Barry D. Lang, hereby acknowledge that on this 14th day of April, 2005, I served true and accurate copies of the following document:

1. Plaintiff's Motion for Leave to file Second Amended Complaint and to Extend Time for Service on New Party Defendant

by regular mail, postage prepaid, to:

Attorney Barbara Buell
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Kenneth Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge MA 02141

_____
Barry D. Lang, Esq.