UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:04-11987MLW

WILLIAM EMDE ET AL
Plaintiffs

V.

DAVID SMITH ET AL
Defendants

ORDER ON MOTIONS

SOROKIN, M.J.

    For good cause shown and after hearing with counsel, the court hereby ALLOWS without opposition defendant Farris's motion for Referral to a Medical Malpractice Tribunal [19]. Plaintiffs first motion to amend the complaint [20] is ALLOWED without opposition. Plaintiffs second motion to amend [24] has been taken under advisement. Defendant Anderson is to file a response to Plaintiffs motion to amend [24] on or before May 12, 2005. SO ORDERED.

                                      /s/ Leo T. Sorokin
                                      UNITED STATES MAGISTRATE JUDGE