


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**

Middlesex Superior Court

40 Thorndike Street

Cambridge, MA 02141

**RE:**

CIVIL ACTION #. __04-11987MLW__

CRIMINAL #. _____

_____

_____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____

___May 5, 2005_____ by the Honorable __Leo T. Sorokin, USMJ_____ .

The following documents are included in our file and transmitted herewith:

( x )    Certified copy of the docket and entries; # 19, 22, 25, 26.

(  )    Certified copy of the transferral order;

(  )    Original documents numbered _____

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH ANN THORNTON
CLERK OF COURT

Date:    May 10, 2005_____

By: /s/ Maria Simeone_____
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

cc:    Counsel, File

---

The documents listed above were received by me on _____ and assigned the

following case number:_____.

By:_____
Deputy Clerk

(Emde Transfer.wpd - 12/98)