# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

William Emde and
Judith Emde

V.

David Smith, M.D.,
Amy Anderson, M.D.,
R. Wesley Farris, M.D., and
Allen Jeremias, M.D.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11987-MLW

TO: (Name and address of Defendant)

Allen Jeremias, M.D.
Beth Israel Deaconess Medical Center
1 Deaconess Road, West Campus, Baker 4
Boston, MA 02215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

5-12-05

CLERK

(By) DEPUTY CLERK

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                Signature of Server

              _____
              Address of Server

(Deputy Sheriff stamp, rotated)