UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM EMDE and | ) | |
| JUDITH EMDE | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-11987MLW |
| | ) | |
| DAVID SMITH, M.D., | ) | |
| AMY ANDERSON, M.D., | ) | |
| R. WESLEY FARRIS and | ) | |
| ALLEN JEREMIAS, M.D. | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

Please enter our appearance as counsel in this case for the defendant, Allen Jeremias, M.D.

Dated: 5|26|05

For the Defendant,
ALLEN JEREMIAS, M.D.
By his Attorneys,

Laura Berg Susich, BBO# 566780
Sidney W. Adler, BBO# 012660
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

## CERTIFICATE OF SERVICE

I, Laura Berg Susich, hereby certify that on this day May 26, 2005, a true copy of the foregoing document was served upon the attorney of record for each party, by mailing a copy thereof, first class mail, postage prepaid to:

Barry D. Lang, Esquire
Zachary B. Lang, Esquire
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109

Barbara Hayes Buell, Esquire
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135

Daniel J. Griffin, Jr., Esquire
Lynda R. Jensen, Esquire
Martin, Magnuson, McCarthy and Kenney
101 Merrimac Street
7th Floor
Boston, MA 02114

Kenneth R. Kohlberg, Esquire
Jason M. Morales, Esquire
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

Laura Berg Susich