UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and )
JUDITH EMDE )
    Plaintiffs, )
 )
v. )    CIVIL ACTION NO. 04-11987MLW
 )
DAVID SMITH, M.D., )
AMY ANDERSON, M.D., )
R. WESLEY FARRIS and )
ALLEN JEREMIAS, M.D. )
    Defendants )

### NOTICE OF CHANGE OF ADDRESS

    Pursuant to Massachusetts Rules of Civil Procedure Rule 11(d), notice is herby given that effective June 6, 2005, the new address of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP shall be:

**Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP**
**75 Federal Street, 10th Floor**
**Boston, MA  02110**

Please note that our telephone and fax numbers will remain the same.

Respectfully Submitted,

/s/ Laura Berg Susich

Laura Berg Susich, BBO# 566780
Sidney W. Adler, BBO# 012660
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
230 Congress Street, 10th Floor
Boston, MA  02110
(617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____