AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

William Emde and
Judith Emde

V.

David Smith, M.D., Amy ANderson, MD.,
R. Wesley Farris, M.D., Allen Jeremias, M.D.,
and Middlesex Surgical Associates

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11987-MLW

TO: (Name and address of defendant)

Middlesex Surgical Associates
955 Main Street
Winchester MA 01890

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE  5-19-05



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 2, 2005

I hereby certify and return that on 6/1/2005 at 2:50PM I served a true and attested copy of the SUMMONS AND 2ND AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to LINSEY CARUSO, agent, person in charge at the time of service for MIDDLESEX SURGICAL ASSOCIATES, at , 955 MAIN Street, WINCHESTER, MA 01890. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($5.12) Total Charges $43.22

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

0S017719

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.