UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiffs, <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D., <br> R. WESLEY FARRIS, <br> ALLEN JEREMIAS, M.D. and <br> MIDDLESEX SURGICAL ASSOCIATES, INC. <br>     Defendants | CIVIL ACTION <br> NO. 04-11987MLW |

**REQUEST FOR MEDICAL TRIBUNAL PURSUANT TO M.G.L., c. 231 § 60B**
**BY THE DEFENDANT, ALLEN JEREMIAS, M.D.**

The Defendant, Allen Jeremias, M.D., through his attorneys of record, Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP hereby requests a Medical Malpractice Tribunal in this matter pursuant to M.G.L. c. 231 §60B, and states in support of this request that:

1. This is an action for malpractice, mistake or error against a provider of health care.

2. The defendant's specialty is cardiology. Therefore, the defendant requests that a cardiologist serve as the medical member of the Tribunal.

3. The Defendant, Allen Jeremias, M.D., practices in Suffolk County.

                          For the Defendant,
                          ALLEN JEREMIAS, M.D.
                          By his Attorneys,

                          */s/ Laura Berg Susich*

                          Laura Berg Susich, BBO# 566780
                          Sidney W. Adler, BBO# 012660
                          Adler, Cohen, Harvey,
                          Wakeman & Guekguezian, LLP
                          75 Federal Street, 10th Floor
                          Boston, MA 02110
                          (617) 423-6674

Dated: 7/28/05

## CERTIFICATE OF SERVICE

    I, Laura Berg Susich, hereby certify that on this 29th day of July, 2005, a true copy of the foregoing document was served upon the attorney of record for each party, by mailing a copy thereof, first class mail, postage prepaid to:

Barry D. Lang, Esquire
Zachary B. Lang, Esquire
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA  02109

Barbara Hayes Buell, Esquire
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135

Daniel J. Griffin, Jr., Esquire
Lynda R. Jensen, Esquire
Martin, Magnuson, McCarthy and Kenney
101 Merrimac Street
7th Floor
Boston, MA  02114

Kenneth R. Kohlberg, Esquire
Jason M. Morales, Esquire
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

                          */s/ Laura Berg Susich*
                          Laura Berg Susich