UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiffs, <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D., <br> R. WESLEY FARRIS, <br> ALLEN JEREMIAS, M.D. and <br> MIDDLESEX SURGICAL ASSOCIATES, INC. <br>     Defendants | CIVIL ACTION <br> NO. 04-11987MLW |

## THE DEFENDANT, ALLEN JEREMIAS, M.D.'S
## INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the defendant, Allen Jeremias, M.D., hereby submits the following initial disclosures:

(A)   Individuals likely to have discoverable information:

1. William Emde
2. Judith Emde
3. Allen Jeremias, M.D.
4. David Smith, M.D.
5. Amy Anderson, M.D.
6. R. Wesley Farris, M.D.

The defendant reserves his right to supplement this response consistent with Fed. R. Civ. P. 26(a)(1).

(B)  Copies or descriptions by category of relevant documents and things in Defendant's possession, custody, or control:

   1.  William Emde's medical records from Winchester Hospital.
   2.  William Emde's medical records from his other medical providers.

The defendant reserves his right to supplement this response consistent with the provisions of Fed. R. Civ. P. 26(a)(1).

(C)  Computation of Damages and Related Documents:

The defendant does not claim any "damages" in this action and therefore, this section is not applicable.

The defendant reserves his right to supplement this response consistent with the provisions of Fed. R. Civ. P. 26(a)(1).

(D)  Insurance information:

A copy of the relevant insurance declarations page from the Controlled Risk Insurance Company of Vermont, Inc. is attached hereto as **Exhibit A**.

For the Defendant,
ALLEN JEREMIAS, M.D.
By his Attorneys,

Laura Berg Susich, BBO# 566780
Sidney W. Adler, BBO# 012660
Adler, Cohen, Harvey,
Wakeman & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

Dated: 8/18/05

2

## CERTIFICATE OF SERVICE

I, Laura Berg Susich, hereby certify that on this 18th day of August, 2005, a true copy of the foregoing document was served upon the attorney of record for each party, by mailing a copy thereof, first class mail, postage prepaid to:

Barry D. Lang, Esquire
Zachary B. Lang, Esquire
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA  02109

Barbara Hayes Buell, Esquire
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135

Daniel J. Griffin, Jr., Esquire
Lynda R. Jensen, Esquire
Martin, Magnuson, McCarthy and Kenney
101 Merrimac Street
7th Floor
Boston, MA  02114

Kenneth R. Kohlberg, Esquire
Jason M. Morales, Esquire
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

_____
Laura Berg Susich