

# EXHIBIT A

Case 1:04-cv-11987-MLW     Document 43-2     Filed 08/19/2005     Page 1 of 2

*Controlled Risk Insurance Company, Ltd.*
*Grand Cayman, British West Indies*

These DECLARATIONS and the attached forms and Endorsements complete this

**PROFESSIONAL/COMMERCIAL GENERAL LIABILITY POLICY**
**LIMITED CLAIMS MADE***

**Named Insured:**
BETH ISRAEL DEACONESS MEDICAL CENTER, INC. - HOUSE OFFICER
330 BROOKLINE AVE
BOSTON, MA 02215
**Retroactive Date:** 7/1/02 12:00 AM
**Policy Number:** CCAYM-CCAYM-C-GLPL-922-2004
**Policy Period:** January 1, 2004 to January 1, 2005 12:01 AM EST

The insurance afforded is with respect to the following coverages as indicated below.

| Coverage | Advance Premium | Limits of Liability** |
|---|---|---|
| Part I - Professional Liability | | $5,000,000 each claim. |
| | | $10,000,000 annual aggregate each individual Insured, medical trust, partnership or corporation. |
| Part II - Commercial General Liability including Personal Injury and Advertising Injury | | $5,000,000 each claim. |

*CLAIMS MADE POLICY: This is a claims made policy. Please review the policy carefully.

**LIMITS OF LIABILITY: The limit of the Company's liability as shown is the total limit of liability for all coverages provided by the policy regardless of the number of Insureds or claimants, subject to all the terms of this policy having reference thereto. Limit shown as each claim applies on a combined basis (See Limits of Liability section on page 12).

Countersigned by: _____
Duly Authorized Representative