UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. <br> R. WESLEY FARRIS, M.D. <br> ALLEN JEREMIAS, M.D. <br> MIDDLESEX SURGICAL ASSOCIATES <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S ASSENTED MOTION TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURES**

NOW COME THE PLAINTIFFS, and move for an extension of time for disclosure of expert witnesses. The original deadline set at the scheduling conference is October 1, 2005. As reasons for this extension, the plaintiffs state as follows:

1. This is a medical negligence case in which the plaintiffs allege negligence resulting in a delay in diagnosis of epidural hematoma in William Emde.

2. The original complaint was filed on September 13, 2004, naming as defendants Amy Anderson, M.D., Richard Smith, M.D. and R. Wesley Farris, M.D.

3. The plaintiffs have twice been allowed leave to amend the complaint, adding Allen Jeremias, M.D. and Middlesex Surgical Associates as party defendants in April of 2005.

4. The defendant Allen Jeremias, M.D. has answered written discovery, but has not yet been deposed.

5. Any expert witness for the plaintiffs cannot render a complete opinion until deposition testimony from all defendants has been obtained.

6. Counsel for the parties have been in contact and are discussing available dates for the deposition of Dr. Jeremias.

7. The plaintiffs request an additional 90 days for disclosure of expert witnesses, and an equal 90 day extension to all subsequent deadlines regarding defendant's expert witness disclosures, and depositions of designated experts.

8. No prejudice to any party would result from this extension, and a similar extension of the deadline for the defendant's disclosure of expert witnesses.

## CONCLUSION

For the foregoing reasons, Plaintiff's Assented Motion for Extension of Time for Expert Witness Disclosures should be allowed.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,

*/s/ Barry D. Lang*

Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Assented:

Attorneys for the Defendant,
David Smith, M.D.

*[signature]*
Daniel J. Griffin, Jr., Esq.
BBO# 211300
Attorney Lynda R. Jensen
BBO # 652498
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240

Attorneys for the Defendant,
Allen Jeremias, M.D.

*[signature]*
Sidney Adler, Esq.
BBO # 012660
Attorney Laura Berg Susich
BBO # 566780
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110
617-423-6674

Attorney for the Defendants,
Amy Anderson, M.D. and
Middlesex Surgical Associates

*[signature]*
Attorney Barbara Hayes Buell
BBO # 063480
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135-1020
617-254-4400

Attorney for the Defendant
R. Wesley Farris, M.D.

*[signature]*
Kenneth R Kohlberg, Esq.
BBO # 556534
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141
617-225-2211

## CERTIFICATE OF SERVICE

I, Barry D. Lang, hereby acknowledge that on this 27th day of September, 2005, I served true a1 accurate copies of the following document:

1. Plaintiff's Assented Motion to Extend Time for Expert Witness Disclosures

by regular mail, postage prepaid, to:

Attorney Barbara Buell
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel Griffin, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Kenneth Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

Attorney Laura Berg Susich
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

_____
Barry D. Lang, Esq.