*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

No. 04-11987MLW

|  |  |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE, <br>       *Plaintiffs*, <br><br> VS. <br><br> DAVID SMITH, M.D.; <br> AMY ANDERSON, M.D.; and <br> R. WESLEY FARRIS, M.D., <br> ALLEN JEREMAIS, M.D. and <br> MIDDLESEX SURGICAL ASSOCIATES, INC. <br>       *Defendants*. | C.A. No. *04-11987-MLW* |

### STATEMENT OF AUTOMATIC DISCLOSURES BY THE DEFENDANT MIDDLESEX SURGICAL ASSOCIATES, INC.

The Defendant, Middlesex Surgical Associates, Inc., pursuant to Rule 26 of the Federal Rules of Civil through counsel, states as follows:

A.     Known Persons: Persons known to this defendant witnessing the transaction or occurrence giving rise to this claim or otherwise known or believed to have substantial discoverable information about the claims or defenses include the following parties:

     1. Willaim Emde

     2. Judith Emde

     3. Amy Anderson, M.D.;

     4. David Smith, M.D.;

     5. R. Wesley Farris, M.D.;

     6. Allen Jeremias, M.D.

B. <u>Known Documents</u>: Documents known to this party to be relevant to the disputed facts alleged with particularity in the pleadings would be the medical records of plaintiff. The defendant is unaware of any other such documents.

C. <u>Computation of damages</u>: Not applicable.

D. <u>Insurance Agreements</u>

1. Declaration sheet attached for Middlesex Surgical Associates, Inc., from the Medical Professional Mutual Insurance Company.

_____
BARBARA HAYES BUELL, ESQUIRE
BBO# 063480
CHAD P. BROUILLARD
BBO# 657419
BLOOM AND BUELL
Attorneys for Defendant,
   *Middlesex Surgical Associates, Inc.*
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

Dated: September 30, 2005