FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

2005 NOV -3  P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM EMDE and JUDITH EMDE, )<br>Plaintiffs )<br>)<br>VS. )<br>)<br>DAVID SMITH, M.D., AMY ANDERSON, )<br>M.D., R. WESLEY FARRIS, M.D., ALLEN )<br>JEREMIAS, M.D., MIDDLESEX )<br>SURGICAL ASSOCIATES )<br>Defendants ) | CIVIL ACTION NO. 04-11987-MLW |

**JOINT MOTION FOR CLARIFICATION OF COURT ORDER
EXTENDING DISCOVERY DEADLINES**

Now come all parties and move this Honorable Court for clarification of the October 3, 2005 order of this Court granting the plaintiffs' assented-to motion for extension of time to make expert disclosures. Moreover, the parties seek confirmation that the remaining deadlines in this case have been extended to the dates identified in this motion. As grounds for this motion, the parties state as follows:

The plaintiff, William Emde, filed this action against four physicians and one medical facility alleging that their negligence delayed the diagnosis and treatment of an epidural hematoma he had developed and that he has suffered injuries as a result. The plaintiff, Judith Emde, asserted loss of consortium claims through that same lawsuit. All defendants have appeared and answered the complaints, denying the claims against them.

In September of 2005, the plaintiffs filed an assented-to motion to extend the time for making the required expert disclosures for a period of 90 days. On October 3, 2005, this Court

(Sorokin, J.) allowed the plaintiffs' motion, thereby extending the deadline for the plaintiffs to make their expert disclosures, as well as other deadlines in this case, by a period of 90 days.

By way of this motion, the parties seek to clarify the deadlines which were extended by allowance of the plaintiffs' assented-to motion and the new deadlines in this case. Based upon the plaintiffs' assented-to motion and this Court's order, the parties understand that the new deadlines in this case are as follows:

1. All expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2) are due from the plaintiffs by **December 30, 2005**;

2. All expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2) are due from the defendants by **January 30, 2006**;

3. All expert depositions must be noticed by **April 6, 2006**;

4. All discovery should be completed by **May 29, 2006**;

5. All potentially dispositive motions should be filed by **June 29, 2006**;

6. The plaintiffs' final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) are due **October 29, 2006**;

7. The defendants' final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) are due **November 29, 2006**; and

8. Case should be ready for trial by **April 5, 2007**.

Wherefore, for all of the reasons stated in this joint motion, the parties respectfully request that this Honorable Court clarify its October 3, 2005 order granting the plaintiffs' assented-to motion for extension of time to make expert disclosures and confirm that the deadlines remaining in this case have been extended to the dates identified in this motion.

Respectfully submitted,

_____  
Daniel J. Griffin, B.B.O. No. 211300  
Lynda Riesgo Jensen, B.B.O. No. 652498  
Attorney for Defendant, David Smith, M.D.  
Martin, Magnuson, McCarthy & Kenney  
101 Merrimac Street  
Boston MA 02114  
(617) 227-3240

_____  
Sidney Adler, Esq., B.B.O. No. 012660  
Laura Berg Susich, B.B.O. No. 566780  
Attorney for Allen Jeremias, M.D.  
Adler, Cohen, Harvey, Wakeman &  
 Guekguezian  
75 Federal Street  
Boston, MA 02110  
(617) 423-6674

_____  
Barbara Hayes Buell, B.B.O. No. 063480  
Attorney for Defendants Amy Anderson and  
Middlesex Surgical Associates  
Bloom & Buell  
1340 Soldiers Field Road  
Boston, MA 02135  
(617) 254-4400

_____  
Kenneth R. Kohlberg, B.B.O. No. 556534  
Attorney for Defendant R. Wesley Farris,  
 M.D.  
McCarthy, Bouley & Barry  
47 Thorndike Street  
Cambridge, MA 02141  
(617) 225-2211

_____  
Barry D. Lang, B.B.O. No. 565438  
Attorney for Plaintiffs William Emde and  
 Judith Emde  
Barry D. Lang, M.D. & Associates  
One State Street, Suite 1050  
Boston, MA 02109  
(617) 720-0176

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, David Smith, M.D., hereby certify that on the 3rd day of November 2005, a copy of the above document was served by mailing a copy, postage prepaid, to:

Barry D. Lang, Esq.
Zachary B. Lang, Esq.
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA  02109

Kenneth R. Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA  02141

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Suite Two
Boston, MA  02135

Laura Berg Susich
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA  02110

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for Defendant, David Smith, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston MA 02114
617-227-3240

4

## MARTIN, MAGNUSON, McCARTHY & KENNEY
### ATTORNEYS AT LAW
101 MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716
TELEPHONE: (617) 227-3240
TELECOPIER: (617) 227-3346
WWW.MMMK.COM

A PROFESSIONAL CORPORATION

CHARLES P. REIDY, III
DANIEL J. GRIFFIN, JR.
PAUL R. KEANE
JOHN P. MULVEY
PAUL M. McTAGUE
EDWARD F. MAHONEY
DOUGLAS A. ROBERTSON
KEVIN C. REIDY
STEPHEN M. O'SHEA

SEAN M. ENNIS
ANN M. COLLINS
MICHAEL J. KEEFE*
LYNDA RIESGO JENSEN
MARIA L. MAZUR
LAURA M. MARHOEFER
MICHAEL A. MURPHY+#^
ANTHONY R. BRIGHTON
MICHAEL B. DOHERTY+
KATHLEEN R. DAYAN
ANNA E. SPEROS
ALEXANDRA CASTRO♦

SENIOR COUNSEL
RAYMOND J. KENNEY, JR.

OF COUNSEL
NADINE NASSER DONOVAN+#

EDWARD F. HENNESSEY (1949-
EPHRAIM MARTIN (1927-1988)
HAROLD E. MAGNUSON (1938-1999)
CLEMENT McCARTHY (1951-1985)

*ALSO ADMITTED IN CT
+ALSO ADMITTED IN RI
^ALSO ADMITTED IN DC
#ALSO ADMITTED IN NY
♦ALSO ADMITTED IN FL

November 3, 2005

**HAND DELIVERED**

Clerk's Office -- Civil
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

Attention: Kathleen Boyce, Docket Clerk

    Re: William Emde, et al
    Vs: David Smith, M.D., et al
    Docket No.: 04-11987-MLW

Dear Ms. Boyce:

Enclosed please find a Joint Motion for Clarification of Court Order Extending Discovery Deadlines.

Kindly file and docket accordingly.

Very truly yours,

Lynda Riesgo Jensen
Daniel J. Griffin

LRJ/DJG:maq
Enclosure (1)
cc: Barry D. Lang, Esq. (w/enc.)
    Barbara Hayes Buell, Esq. (w/enc.)
    Kenneth Kohlberg, Esq. (w/enc.)
    Laura Berg Susich, Esq. (w/enc.)