UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-11987MLW

WILLIAM EMDE and )
JUDITH EMDE, )
          Plaintiffs, )
)
VS. )   C.A. No. *04-11987-MLW*
)
DAVID SMITH, M.D.; )
AMY ANDERSON, M.D.; and )
R. WESLEY FARRIS, M.D., )
ALLEN JEREMAIS, M.D. and )
MIDDLESEX SURGICAL ASSOCIATES, INC. )
          Defendants. )

## NOTICE OF APPEARANCE

With reference to the above captioned matter, kindly enter my appearance for the Defendants, Amy Anderson, M.D. and Middlesex Surgical Associates, Inc.

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

_____
CHAD P. BROUILLARD, ESQ.
BBO# 657419
BLOOM AND BUELL
Attorneys for Defendants,
    *Amy Anderson M.D. and*
    *Middlesex Surgical Associates, Inc.*
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

Dated: November 7, 2005

-1-