UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and ) <br> JUDITH EMDE, ) <br>                 *Plaintiffs*, ) <br> ) <br> VS. ) <br> ) <br> DAVID SMITH, M.D.; AMY ANDERSON, M.D.; ) <br> R. WESLEY FARRIS, M.D., ALLEN JEREMIAS, ) <br> M.D.; and MIDDLESEX SURGICAL ) <br> ASSOCIATES ) <br>                 *Defendants*. ) <br> ) | C.A. No. *04-11987-MLW* |

### JOINT ASSENTED MOTION TO EXTEND TIME FOR DISCOVERY DEADLINES

Now come all parties and move for an extension of time for discovery deadlines. On October 3, 2005, this Honorable Court allowed the plaintiffs' assented to motion for extension of time to make expert disclosures. This order, which was clarified by the court on November 7, 2005, established the following deadlines: Plaintiffs' expert disclosures by December 30, 2005; Defendants' expert disclosures by January 30, 2006; All expert depositions by April 6, 2006; All discovery due by May 29, 2006; Dispositive motions due by June 29, 2006; Plaintiffs' final list of witnesses due by October 29, 2006; and Defendants' final list of witnesses due by November 29, 2006. As reasons for this extension, the parties state as follows:

1. This is a medical malpractice action in which the Plaintiffs allege negligence for failure to diagnose plaintiff William Emde's epidural hematoma post-surgery;

2. In April of 2005, the plaintiffs amended the complaint, adding Allen Jeremias, M.D. and Middlesex Surgical Associates as defendants;

3. The defendant, Allen Jeremias, M.D., has not yet been deposed;

4.  On November 17, 2005, the plaintiff, William Emde, was deposed and revealed that he is currently seeking physical therapy for an alleged recent subsequent injury related to this action. The records related to this injury have not yet been disclosed to the parties;

5.  Any expert witness for the parties cannot render a complete opinion until all depositions have been completed and all records have been disclosed;

6.  The parties request an additional 60 day extension on all discovery deadlines. Therefore, the new discovery deadlines would be as follows:
    a.  Plaintiffs' expert disclosures due by February 28, 2006;
    b.  Defendants' expert disclosures due by March 28, 2006;
    c.  All expert depositions must be noticed by June 2, 2006;
    d.  All discovery should be completed by July 26, 2006;
    e.  All potentially dispositive motions should be filed by August 28, 2006;
    f.  Plaintiffs' final lists of witnesses and exhibits due by December 28, 2006; and
    g.  Defendants' final lists of witnesses and exhibits due by January 28, 2007.

7.  No prejudice to any party would result from the extension of these discovery deadlines.

## CONCLUSION

For the foregoing reasons, this Joint Assented Motion to Extend the Discovery Deadlines should be granted.

Respectfully Submitted,

_____
BARBARA HAYES BUELL, ESQUIRE
BBO# 063480
CHAD P. BROUILLARD, ESQUIRE
BBO# 657419
BLOOM AND BUELL
Attorneys for Defendant,
    *Amy Anderson, M.D. and Middlesex*
    *Surgical Associates*
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

_____ /amh/
DANIEL J. GRIFFIN, ESQUIRE
BBO# 211300
LYNDA RIESGO JENSON, ESQUIRE
BBO# 652498
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
Attorneys for Defendant,
    *David Smith, M.D.*
101 Merrimac Street
Boston, MA 02114
617-227-3240

_____ /amh/
SIDNEY ADLER, ESQUIRE
BBO# 012660
LAURA BERG SUSICH, ESQUIRE
BBO# 566780
ADLER, COHEN, HARVEY, WAKEMAN &
GUEKQUEZIAN
Attorneys for Defendant,
    *Allen Jeremias, M.D.*
75 Federal Street
Boston, MA 02110
617-423-6674

_____ /co/
KENNETH R. KOHLBERG, ESQUIRE
BBO# 556534
MCCARTHY, BOULEY & BARRY
Attorney for Defendant,
    *R. Wesley Farris, M.D.*
47 Thorndike Street
Cambridge, MA 02141
617-225-2211

_____ /amh/
BARRY D. LANG, ESQUIRE
BBO# 565438
BARRY D. LANG, M.D. & ASSOCIATES
Attorney for Plaintiffs,
    *William Emde & Judith Emde*
One State Street, Suite 1050
Boston, MA 02106
617-720-0176

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

_____

Dated: