*Re 04-11987-mlw*

# Commonwealth of Massachusetts

**Middlesex, ss.**  **Superior Court**
**Civil Action**
**No.** _05-00637_

_William and Judith Ende_ **Plaintiff(s)**

**Vs.**

_Allen Jeremias, MD_ **Defendants(s)**

## REPORT OF MEDICAL TRIBUNAL

The Medical Tribunal appointed in the above entitled action held a hearing on _01-17-06_ and the tribunal upon its consideration of the pleadings, hospital records and other documents which were presented to the tribunal, and the arguments of counsel, ~~determine~~ that upon evidence presented, if properly substantiated, there (is) ~~(is not)~~ sufficient evidence to raise a legitimate question of liability appropriate for judicial inquiry.

_____
Associate Justice of the Superior Court

_____
Legal Member of the Tribunal

Kevin E. Schmidt, MD   by /s/
Medical Member of the Tribunal