UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and | ) |
| JUDITH EMDE | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-11987MLW |
| | ) |
| DAVID SMITH, M.D., | ) |
| AMY ANDERSON, M.D. | ) |
| R. WESLEY FARRIS, M.D. | ) |
| ALLEN JEREMIAS, M.D. | ) |
| MIDDLESEX SURGICAL ASSOCIATES | ) |
|     Defendants | ) |

**PLAINTIFF'S ASSENTED MOTION TO FURTHER EXTEND TIME FOR EXPERT WITNESS DISCLOSURES**

NOW COME THE PLAINTIFFS, and move for an extension of time for disclosure of expert witnesses. The current deadline as previously extended is February 28, 2006. As reasons for this extension, the plaintiffs state as follows:

1.    This is a medical negligence case in which the plaintiffs allege negligence resulting in a delay in diagnosis of epidural hematoma in William Emde.

2.    The original complaint was filed on September 13, 2004, naming as defendants Amy Anderson, M.D., Richard Smith, M.D. and R. Wesley Farris, M.D.

3.    The plaintiffs have twice been allowed leave to amend the complaint, adding Allen Jeremias, M.D. and Middlesex Surgical Associates as party defendants in April of 2005.

4.    A tribunal hearing for the defendant Allen Jeremias, M.D. was held only recently on January 17, 2006.

5.    The defendant Allen Jeremias, M.D. has answered written discovery, but has not yet been deposed.

6.    Any expert witness for the plaintiffs cannot render a complete opinion until deposition testimony from all defendants has been obtained.

7.    Counsel for the parties have been in contact and are discussing available dates for the deposition of Dr. Jeremias.

8.     This is a complex medical negligence case with multiple defendants and multiple additional fact witnesses. Due the schedules of the numerous medical professionals, it has been difficult to schedule all necessary depositions despite the diligent efforts of counsel.

9.     The plaintiffs request an additional 90 days for disclosure of expert witnesses, and an equal 90 day extension to all subsequent deadlines regarding defendant's expert witness disclosures, and depositions of designated experts.

10.    No prejudice to any party would result from this extension, and a similar extension of the deadline for the defendant's disclosure of expert witnesses.

## <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff's Assented Motion for Further Extension of Time for Expert Witness Disclosures should be allowed.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,

/s/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Assented:

| | |
|---|---|
| Attorneys for the Defendant, | Attorneys for the Defendant, |
| David Smith, M.D. | Allen Jeremias, M.D. |

/s/ Daniel Griffin, Jr.

Daniel J. Griffin, Jr., Esq.
BBO# 211300
Attorney Lynda R. Jensen
BBO # 652498
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240

/s/ Sidney Adler

Sidney Adler, Esq.
BBO # 012660
Attorney Laura Berg Susich
BBO # 566780
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110
617-423-6674

Attorney for the Defendants,
Amy Anderson, M.D. and
Middlesex Surgical Associates

Attorney for the Defendant
R. Wesley Farris, M.D.

/s/ Barbara Hayes Buell

Attorney Barbara Hayes Buell
BBO # 063480
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135-1020
617-254-4400

/s/ Kenneth Kohlberg

Kenneth R Kohlberg, Esq.
BBO # 556534
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141
617-225-2211

Dated: February 21, 2006