UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and )<br>JUDITH EMDE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAVID SMITH, M.D., )<br>AMY ANDERSON, M.D. )<br>R. WESLEY FARRIS, M.D. )<br>ALLEN JEREMIAS, M.D. )<br>MIDDLESEX SURGICAL ASSOCIATES )<br>    Defendants ) | CIVIL ACTION NO. 04-11987MLW |

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE THE
STATUS CONFERENCE**

NOW COME THE PLAINTIFFS, and move for a continuance for the status conference in the above-captioned matter. The current status conference is scheduled for Wednesday, March 1, 2006. As reasons for this extension, the plaintiffs state as follows:

1. This is a medical negligence case in which the plaintiffs allege negligence resulting in a delay in diagnosis of epidural hematoma in William Emde.

2. The original complaint was filed on September 13, 2004, naming as defendants Amy Anderson, M.D., Richard Smith, M.D. and R. Wesley Farris, M.D.

3. The plaintiffs have twice been allowed leave to amend the complaint, adding Allen Jeremias, M.D. and Middlesex Surgical Associates as party defendants in April of 2005.

4. A tribunal hearing for the defendant Allen Jeremias, M.D. was held only recently on January 17, 2006.

5. The defendant Allen Jeremias, M.D. has answered written discovery, but has not yet been deposed.

6. Counsel for the parties have been in contact and are discussing available dates for the deposition of Dr. Jeremias.

7. There are also two additional depositions that will be conducted shortly.

8. There is a motion pending before the Court to extend the time for Plaintiff's to disclose their experts.

9. At this time, the status of the case has not changed. No prejudice to any party would result from this extension, and a similar extension of the deadline for the defendant's disclosure of expert witnesses.

## **CONCLUSION**

For the foregoing reasons, Plaintiff's Assented to Motion to Continue the Status Conference should be allowed and rescheduled for a date no later than June 1, 2006.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,


/s/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Assented:

| | |
|---|---|
| Attorneys for the Defendant,<br>David Smith, M.D. | Attorneys for the Defendant,<br>Allen Jeremias, M.D. |

/s/ Daniel Griffin, Jr.                   /s/ Sidney Adler

Daniel J. Griffin, Jr., Esq.            Sidney Adler, Esq.
BBO# 211300                            BBO # 012660
Attorney Lynda R. Jensen            Attorney Laura Berg Susich
BBO # 652498                           BBO # 566780
Martin, Magnuson, McCarthy & Kenney   Adler, Cohen, Harvey,
101 Merrimac St.                       Wakeman & Guekguezian
Boston, MA 02114                  75 Federal Street
617-227-3240                            Boston, MA 02110
                                        617-423-6674

Attorney for the Defendants,          Attorney for the Defendant
Amy Anderson, M.D. and              R. Wesley Farris, M.D.
Middlesex Surgical Associates

/s/ Barbara Hayes Buell               /s/ Kenneth Kohlberg

Attorney Barbara Hayes Buell        Kenneth R Kohlberg, Esq.
BBO # 063480                           BBO # 556534
Bloom & Buell                            McCarthy, Bouley & Barry
1340 Soldiers Field Road             47 Thorndike Street
Boston, MA 02135-1020             Cambridge, MA 02141
617-254-4400                            617-225-2211

Dated: February 27, 2006