UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and | ) |
| JUDITH EMDE | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-11987MLW |
| | ) |
| DAVID SMITH, M.D., | ) |
| AMY ANDERSON, M.D. | ) |
| R. WESLEY FARRIS, M.D. | ) |
| ALLEN JEREMIAS, M.D. | ) |
| MIDDLESEX SURGICAL ASSOCIATES | ) |
|     Defendants | ) |

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE THE
STATUS CONFERENCE**

NOW COME THE PLAINTIFFS, and move for a continuance for the status conference
in the above-captioned matter. The current status conference is scheduled for Thursday,
June 1, 2006, at 11:00 a.m. As reasons for this extension, the plaintiffs state as follows:

1.      Counsel for the plaintiffs is scheduled to begin trial May 22, 2006 in Norfolk
County Superior Court in the case of Cook v. Grape, docket number NOCV 2002-
01049.

2.      The trial of the Cook case is expected to last two weeks. Trial days are half-day
morning sessions.

3.      Counsel for the plaintiffs will be unable to attend a hearing in this matter at 11:00
a.m. on June 1.

4.      Counsel will be available on June 1 during the afternoon.

5.      No prejudice to any party would result from this continuance to the afternoon. All
parties have assented to this motion.

**CONCLUSION**

For the foregoing reasons, Plaintiff's Assented to Motion to Continue the Status
Conference should be allowed and the status conference rescheduled for 2:15 p.m. on
June 1, 2006.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,


/s/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Assented:

Attorneys for the Defendant,
David Smith, M.D.

Attorneys for the Defendant,
Allen Jeremias, M.D.

/s/ Daniel Griffin, Jr.
Daniel J. Griffin, Jr., Esq.
BBO# 211300
Attorney Lynda R. Jensen
BBO # 652498
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240

/s/ Sidney Adler
Sidney Adler, Esq.
BBO # 012660
Attorney Laura Berg Susich
BBO # 566780
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110
617-423-6674

Attorney for the Defendants,
Amy Anderson, M.D. and
Middlesex Surgical Associates

Attorney for the Defendant
R. Wesley Farris, M.D.

/s/ Barbara Hayes Buell
Attorney Barbara Hayes Buell
BBO # 063480
Bloom & Buell
1340 Soldiers Field Road
Boston, MA 02135-1020
617-254-4400

/s/ Kenneth Kohlberg
Kenneth R Kohlberg, Esq.
BBO # 556534
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141
617-225-2211

Dated: May 16, 2006