UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. <br> R. WESLEY FARRIS, M.D., and <br> ALLEN JEREMIAS, M.D. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

NOW COME THE PLAINTIFFS and supplement their expert witness disclosure with reports, compensation, and prior testimony.

**David Brewster, M.D.**
**1 Hawthorne Place, Suite 111**
**Boston, MA 02114**

A copy of Dr. Brewster's report is attached.

Dr. Brewster is compensated at a rate of $400 per hour for case review, and $500 per hour for deposition and trial testimony.

Dr. Brewster has previously testified as follows:

2005:
Passi v. Dilling, deposition, Evans & Rowe – defendant, San Antonio, TX
Adderly v. Univ Miami, Trial, Fowler White Burnett – defendant, Miami, FL
Shaw v Landry deposition, Gross, Minsky, Mogul – defendant, Bangor, ME
Berry v Hassan, deposition, Cranfil & Sumner – defendant, Raleigh, NC
Larson v. Cleveland Clinic, deposition, Grossman & Roth – plaintiff, Boca Raton, FL
Vanderwarker v. Francis, deposition, Fitzpatrick & Fitzpatrick – plaintiff, Chicago, IL
Evancho v . Campbell, deposition, Grossman & Roth – plaintiff, Miami, FL

2004:
Campbell v. Friedell Trial, Rissman, Weisberg – defendant, Orlando, FL
Doyle v. Jorgensen, Trial, Norman, Hanson, Delroy – defendant, Portland, ME

Fongemie v. Flanagan, deposition, Norman, Hanson, DeTroy – defendant, Portland, ME

2003:
Broughton v. Miranda, Trial, Stevens, Lynn, Klein – defendant, West Palm Beach, FL
Campbell v. Friedell, deposition, Rissman, Weinberg – defendant, Orlando, FL
Hoerchery v . Galbut, deposition, George, Hartz, Lunden – defendant, Ft. Lauderdale, FL
Weiderman v. Schreiber, deposition, McEwan, Martinez, Dukes – defendant, Orlando, FL
White v. Hawkins, Trial, Norman, Hanson, DeTroy – defendant, Portland, ME
Glover v. Geinbarowitz, deposition, Foster and Eldridge – defendant, Cambridge, MA
Chambers v. Filtsnam, deposition, Twiggs, Beskind – plaintiff, Raleigh, NC
Boyle V. Iannuccilli, deposition, Roberts, Carroll, Feldman – defendant, Providence, RI


2002:
Brannan v. Sklar, trial, Morrison, Mahoney – defendant, Springifield, MA
White v. Hawkins, deposition, Norman, Hanson, Defroy – defendant, Portland, ME
Houlihan v. Battaglia, deposition, White, Getgey, Meyer – plaintiff, Cincinnati, OH
Lopez v. Kantell, deposition, Grossman & Roth – plaintiff, Sarasota, FL

**William McGee, M.D.**
**Baystate Medical Center**
**759 Chestnut Street**
**Springfield, MA 01199**

A copy of Dr. McGee's report is attached.

Dr. McGee is compensated at a rate of $1500 for initial consultation, $400 per hour thereafter, with $4000 per day for deposition, and $5000 per day for trial testimony. Travel is billed at $2500 per day.

Dr. McGee has previously testified as follows:

> Denisa Jennison v. David Cook, MD, St. Vincent's,  File No. CN 7305, Portland, Oregon
> Trial testimony, January/February 1999 on behalf of the defendant.
>
> Mary Hudgins v. Dr. Steven Kagele, et al - Portland, Oregon
> Trial testimony, 2001 on behalf of the defendant.
>
> Smith v. St. George's Hospital, Maryland.
> Deposition testimony, July 2002 on behalf of the plaintiff
>
> Herbert Carter, Philadelphia, PA, #1138
> Trial testimony, February - March 8, 2004 on behalf of the plaintiff

Jesse Davis, Jr. and Marie Davis, Individually and as Personal Representative of the Estate of Kim Davis et al v. Dimensions Health Corporation Case No: CAL No. 03-03146, Riverdale, Maryland
Deposition, 2004

David Robinson, Columbus OH  #O1CVA-12-12567
Deposition May 12, 2004 and Trial September/October 2004 on behalf of the plaintiff

Alisha M. Justice v. Logan General Hospital, Civil Action No. 04-C-197-P, Charleston, West Virginia
Deposition, March 2, 2006

**Stephen Saris, M.D.**
**Neurosurgical Associates, Inc.**
**3 Davol Square, Suite B-200**
**Providence, RI 02903**

A copy of Dr. Saris' report is attached.

Dr. Saris is compensated at a rate of $475 per hour.

Dr. Saris has previously testified as follows:

| Date | Firm | Attorney | Case | Testimony |
|---|---|---|---|---|
| 2/11/2003 | | FRANCIS T CONNOR | RUOTOLO FUELvs WM SPANO | DEPOSITION |
| 3/14/2003 | LYNCH & LYNCH | CHRIS PERRUZZI | POLLARD VS PRATT | DEPOSITION |
| 3/31/2003 | FRANCIS T. CONNOR, LTD | KEVIN REALL | SHARON BERGERON | DEPOSITION |
| 5/1/2003 | SUINTAIROS, MCCUMBER, PRIETRO, WOOD, BOYER & MAGER | MARTIN KHOURY | HELEN AYMIE | DEPOSITION |
| 5/1/2003 | WILKES & MCHUGH | MELANIE BOSSIE | HELEN AYMIE | DEPOSITION |
| 5/13/2003 | HIGGINS, CANVNAGH & COONEY | JIM HORNSTEIN | JACK ALKABOUT | DEPOSITION |
| 5/13/2003 | GIDLEY, SARLI & MARUSAK | MICHAEL SARLI | CHARLES SOLIOZY | DEPOSITION |
| 5/20/2003 | MORRISON, MAHONEY & MILLER | LAUREN DAVIS | PHILIP FEAR VX SCHULTZ | DEPOSITION |
| 6/10/2003 | HIGGINS, CANVNAGH & COONEY | KEVIN FARRELL | LAFONTAINE, ANN MARIE | DEPOSITION |
| 6/17/2003 | MARTIN, MAGNUSON, MCCARTHY & KENNEY | PAUL KEANE | KERRY CUMMINGS | DEPOSITION |

| Date | Firm | Attorney | Case | Type |
|---|---|---|---|---|
| 7/1/2003 | HIGGINS, CANVNAGH & COONEY | TRACEY MOREL | JONES vs EAST COAST MASONRY | DEPOSITION |
| 7/15/2003 | HIGGINS, CANVNAGH & COONEY | VIVIAN DOGAN | ANGEL CRUZ | DEPOSITION |
| 7/18/2003 | SLOANE & WALSH | WILLIAM DAILEY III | CHRISTENSON VS PHULL | DEPOSITION |
| 7/29/2003 | SLOANE & WALSH | WILLIAM DAILEY III | CHRISTENSON VS PHULL | DEPOSITION |
| 8/13/2003 | HIGGINS, CANVNAGH & COONEY | SUSAN PEPIN FAY | NORMA BURDETTE VS HMS OF NEWPORT | DEPOSITION |
| 8/19/2003 | HIGGINS, CANVNAGH & COONEY | VIVIAN DOGAN | MARK ALLAN VS CONSOLIDATED | DEPOSITION |
| 9/3/2003 | JAMES T CLARK | MICHELE LATAILLE | JANE LISTER | TRIAL DEPOSITION |
| 9/5/2003 | PEABODY & ARNOLD | KEVIN CAIN | CRUM V HOROWITZ | DEPOSITION |
| 9/22/2003 | PEABODY & ARNOLD | KEVIN CAIN | CRUM V HOROWITZ | TRIAL TESTIMONY |
| 9/30/2003 | ZIZIK,LASALLE & POWERS | DONNA LAMONTAGNE | MARIA COSTA | DEPOSITION |
| 10/7/2003 | HIGGINS, CANVNAGH & COONEY | JAMES HORNSTEIN | SHOREY vs RIH | DEPOSITION |
| 11/10/2003 | HIGGINS, CANVNAGH & COONEY | JAMES HORNSTEIN | SHOREY vs RIH | DEPOSITION |
| 11/25/2003 | SMITH & BRINK | GEORGE FURTADO | JOHN ROBERGE | DEPOSITION |
| 11/25/2003 | HIGGINS, CANVNAGH & COONEY | CHRSTINE FITTA | CAPWELL vs RAVEN CONST. | DEPOSITION |
| 12/9/2003 | SLOANE & WALSH | WILLIAM DAILEY III | CHRISTENSON VS PHULL | TRIAL TESTIMONY |
| 12/23/2003 | MORRISON, MAHONEY & MILLER | LAUREN DAVIS | MEETING ST CTR vs GRACE FALACHO | DEPOSITION |
| 1/8/2004 | HIGGINS CAVANAGH & COONEY | JAMES HORNSTEIN | ANTHONY OLSZEWSKI | DEPOSITION |
| 1/14/2004 | MORRISON, MAHONEY & MILLLER | LAURENCE SIGNORE | FALACHO VS MEETING ST CTR | DEPOSITION |
| 1/14/2004 | SMITH & BRINK | GEORGE FURTADO | ROBERGE VS NARR. ELEC CO | DEPOSITION |
| 3/10/2004 | HIGGINS CAVANAGH & COONEY | D'ORSI-FITTA, CHRISTINE | PERRY vs SCHULZ BOAT CO | DEPOSITION |
| 3/19/2004 | LOVETT, SCHEFRIN & HARNETT | JOHN HARNETT | GAILLIARD vx STATE OF RI | DEPOSITION |

| Date | Firm | Attorney | Case | Type |
|---|---|---|---|---|
| 4/27/2004 | DONOVAN HATEM | NICOLE CASTAGNA | SHIELDS vs WIDIGER | DEPOSITION |
| 6/7/2004 | WILKES & MCHUGH | TAMMERA HARRELSON | CONNALLY vs BRENTWOOD | DEPOSITION |
| 6/18/2004 | CUTCLIFFE, GLAVIN & ARCHETTO | CONRAD CUTCLIFFE | MICHAEL VENTURA | DEPOSITION |
| 8/3/2004 | CUTCLIFFE, GLAVIN & ARCHETTO | CONRAD CUTCLIFFE | ROBERT RALEIGH | DEPOSITION |
| 8/17/2004 | MICHAEL D. LYNCH | BERNDT ANDERSON | DAVID ANJOS | DEPOSITION |
| 9/16/2004 | HIGGINS CAVANAGH & COONEY | JAMES HORNSTEIN | RICHARD MACCHIONI | DEPOSITION |
| 11/9/2004 | LYNCH & LYNCH | JOHN EKLUND | GERALD PRICKETT | DEPOSITION |
| 3/2/2005 | RI DEPT OF STATE POLICE | BRENDA BAUM (ATY GEN) | DENNIS SPACUZZI | DEPOSITION |
| 3/9/2005 | LYNCH & LYNCH | SUSAN SULLIVAN | MICHAEL DEROSIER (MCLOUGHLIN) | DEPOSITION |
| 3/22/2005 | MORRISON MAHONEY | LAUREN MOTOLA-DAVIS | ROBERT STAFFORD | DEPOSITION |
| 4/26/2005 | BEACON | BERNT ANDERSON | LOUIS AGUIAR | DEPOSITION |
| 4/26/2005 | POLITO & QUINN | HUMBERT POLITO | NICOLE OLIVEIRA | DEPOSITION |
| 8/22/2005 | LYNCH & LYNCH | JOHN EKLUND | LAURA DIMATTEO (BARROW) | DEPOSITION |
| 11/18/2005 | LYNCH & LYNCH | HOLLY LEMIEUX | RICHARD GARTLAND (LAVIGNE) | DEPOSITION R/S |
| 12/14/2005 | LYNCH & LYNCH | SUSAN HANNIGAN | TAMMY CRONIN | DEPOSITION |
| 1/3/2006 | LYNCH & LYNCH | PETER HEPPNER | LUKE DAY VS ROTMAN ELEC | TRIAL DEPOSITION |
| 1/23/2006 | LYNCH & LYNCH | HOLLY LEMIEUX | SILVIO VOLPE (GALVIN) | DEPOSITION |
| 3/7/2006 | LYNCH & LYNCH | SUSAN SULLIVAN | ANITA JOHNSON (DAVIDSON) | TRIAL DEPOSITION |
| 3/14/2006 | HANSON CURRAN | MICHAEL WALLOR | MARVIN ROGERS (BEACON) | DEPOSITION |
| 3/21/2006 | LAW OFFICE OF JAMES F CLARK, JR | MICHELE LATAILLE | CHRISTOPHER VERRIER | MEETING & ARBITRATION |
| 5/4/2006 | LYNCH & LYNCH | JOHN EKLUND | WILLIAM WALSH (PAPA) | AV DEPOSITION |

**Ann C. White, RN, MSN, CCM**
**Case Management Associates**
**44 Mechanic Street. Suite 111**
**Newton Upper Falls, MA 02464**

A copy of Ms. White's life care plan report has previously been provided to the parties.

Ms. White is compensated at a rate of $150 per hour for research, and $175 per hour for deposition or trial testimony.

Ms. White has previously testified as follows:

>Michael Rivard, Trial testimony, Suffolk Superior Court, 2001, on behalf of the plaintiff;

>Joseph Simon, Deposition and trial testimony, Middlesex Superior Court, 2002, on behalf of the plaintiff;

>Sapphire Tran, Arbitration testimony, Boston, MA, 2002, on behalf of the plaintiff;

>Mathew Fadule, Trial testimony, Suffolk Superior Court, 2005, on behalf of the plaintiff;

**James Otis, M.D.**
**73 Rice Road**
**Wayland, MA 01778**

The plaintiff will supplement this disclosure with details of Dr. Otis' opinion in a timely manner. Dr. Otis will testify in the area of neurology.

The plaintiff reserves the right to supplement this disclosure pending the deposition of the defendant Allen Jeremias, M.D., scheduled for June 9, 2006.

The Plaintiffs,
by their Attorney,


 /s/ Barry D. Lang / Zachary B. Lang 
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: May 22, 2006