UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and ) | |
| JUDITH EMDE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11987MLW |
| ) | |
| DAVID SMITH, M.D., ) | |
| AMY ANDERSON, M.D. ) | |
| R. WESLEY FARRIS, M.D., and ) | |
| ALLEN JEREMIAS, M.D. ) | |
|     Defendants ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

NOW COME THE PLAINTIFFS and supplement their expert witness disclosure with detailed information regarding the expected testimony of James Otis, M.D., including his report, compensation, and prior testimony.

**James Otis, M.D.**
**Director, Dept. of Neurology**
**Boston Medical Center**
**One Boston Medical Center Place**
**Boston, MA 02118**

A copy of Dr. Otis's report is attached.

Dr. Otis is compensated at a rate of $400 per hour for case review, and $500 per hour for deposition and trial testimony.

Dr. Otis is preparing a list of his prior testimony. This disclosure will be supplemented with Dr. Otis's previous testifimony in a timely manner

The plaintiff reserves the right to supplement this disclosure pending disclosure of the defendant's expected expert testimony.

The Plaintiffs,
by their Attorney,


 /s/ Barry D. Lang / Zachary B. Lang
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: May 22, 2006