

Collamore Building, 329
One Boston Medical Center Place
Boston, MA 02118
Tel: 617 638 5350
Fax: 617 638 5354
Email: jotis@bu.edu

Department of Neurology

JAMES A. D. OTIS, MD
*Director*
Residency Training Program in Neurology
*Director*
Pain Management Program
Boston Medical Center
*Associate Professor of Neurology*
Boston University School of Medicine

June 7, 2006

Barry D. Lang, Esq.
MD & Associates
1 State Street. Suite 1050
Boston, MA 02109

Re:   William Emde

Dear Attorney Lang,

In brief, Mr. Emde was a 62 year gentleman who was operated on for a graft revision of his left leg on November 19, 2003. The course of the operation was unremarkable. On postoperative day 1 (November 20, 2003), he was doing well and had a good pulse in his ankle according to the hospital record. His epidural catheter, which was placed originally for pain control was discontinued at approximately 10:45p.m.. His heparin had been held prior to the removal of the catheter as per hospital protocol. It was restarted again two hours after the removal of the catheter, as per hospital protocol. Coumadin was started on the same day. He did well on his second postoperative day but on postoperative day 3 (November 22, 2003) he started to develop low back pain. A question of a retroperitoneal bleed was entertained, and an abdominal/pelvic CT was ordered, which was negative The heparin was continued during the day. The patient continued to have back pain and gradually developed urinary retention and left leg pain, During that evening, some time between 5:00 to 8:00p.m. he noted decreased sensation in both legs and arm. He was seen by the surgical resident covering, David Smith, M.D., who also obtained a consultation from the intensivist on-call who noted that at 11:30 p.m. the patient had 0/5 strength in both legs and urinary retention. A differential diagnosis of possible behavioral disorder vs. stroke was entertained and a head CT scan was obtained A neurologist, Wesley Farris, M.D., was contacted by telephone for consultation, sometime after 11:30 p.m. that evening, according to the record. Although Dr. Smith had considered the possibility of an MRI according to his deposition, it is unclear whether this was actually discussed further with Dr. Farris. It was noted that obtaining an MRI at the hospital where the patient was at the time, was not feasible. A discussion of steroid therapy for cord compression and withholding anticoagulation also took place. Anticoagulation had already been stopped at midnight. Steroids were not used. The recommendation of a spinal CT scan, in place of an MRI was made by Dr. Farris and it was recommended that it be obtained that evening according to his deposition. According to Dr. Smith no discussion for transferring the patient took place. This was also the case with Dr. Farris' deposition. Dr. Farris indicated that he had requested that he be contacted if the CT scan was positive. He did not come in to see the patient and he did not independently review the CT scan.

The CT scan of the spine was obtained the following morning and showed a thoracic epidural hematoma, compressing the spinal cord. The patient was transferred to the Boston Medical Center where he was at the time flaccid and paraplegic with a sensory deficit at the T5 level. He underwent an evacuation of the epidural hematoma emergently on November 23, 2003 but has remained with complete paraplegia and decreased sensation of the lower extremities.

BOSTON UNIVERSITY MEDICAL CENTER

Boston Medical Center
Boston University School of Medicine
Boston University School of Public Health
Boston University Henry M. Goldman School of Dental Medicine

In review of the medical records it appears that Mr. Emde developed progressive spinal cord compression secondary to a slow epidural leak of blood. This started probably after the removal of the epidural catheter earlier in the patient's hospitalization. The hematoma gradually increased and the patient developed an increased lower extremity weakness, urinary retention, back pain and possibly upper extremity irritation. Although Dr. Farris considered the presence of an epidural hematoma, his response to management was insufficient.

The neurological consultation which was obtained by telephone was not helpful in several respects: The standard practice for any specialist in neurological diseases when faced with a neurological emergency such as cord compression is to immediately evaluate the patient on site. If an MRI is not available at the hospital, then the specialist should have recommended transfer of the patient to an institution where this is possible. The specialist needs to go to the hospital to to examine the patient. A suboptimal test, notably CT scan of the spine was ordered but the specialist in question Dr. Farris did not see the patient prior to the CT scan nor was any clear cut decision made for Dr. Farris to evaluate the CT scan. As a result, a timely diagnosis was not made, and Mr. Emde developed the full sequellae of spinal cord compression, notably, paraparesis, bladder dysfunction and loss of sensation. A more timely response would have led to an earlier diagnosis and treatment.

In summary, Mr. Emde developed a spinal cord compression from an epidural hematoma after his surgery. This developed sometime during 11/22/03. This was not recognized in a timely fashion by his surgical staff. Dr. Farris rendered only telephone advice, which, given the urgency of the clinical situation, was not up to the standard of care. He also did not recommend the optimal test for the patient, nor did he indicate the dire consequences of an untreated hematoma.

Finally, he did not recommend transfer to a facility able to manage Mr. Emde's condition, As a result of this, diagnosis was delayed and the patient suffered the consequences noted above,

These statements are made after review of the documents listed and to a reasonable degree of medical certainty.

Sincerely,

James A.D. Otis, M.D.