UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM EMDE and<br>JUDITH EMDE<br>    Plaintiff<br><br>v.<br><br>DAVID SMITH, M.D.,<br>AMY ANDERSON, M.D.<br>R. WESLEY FARRIS, M.D., and<br>ALLEN JEREMIAS, M.D.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11987MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S THIRD SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

NOW COME THE PLAINTIFFS and supplement their expert witness disclosure with detailed information regarding the prior testimony of James Otis, M.D.

**James Otis, M.D.**
**Director, Dept. of Neurology**
**Boston Medical Center**
**One Boston Medical Center Place**
**Boston, MA 02118**

A copy of Dr. Otis's report was attached to the plaintiff's Second Supplemental Expert Witness Disclosure.

Dr. Otis is now compensated at a rate of $500 per hour for case review, and $500 per hour for preparing reports, $1800 for video deposition, and $8000 per day for trial testimony.

Dr. Otis has previously testified in the following cases:

Tameka Mouzon vs Tourney Regional Hospital et al, Boston, MA
    Deposition by video for plaintiff, August 2005

Danielle Miller, M.D. vs Whitney Tope, M.D., Boston, MA
    Deposition for plaintiff in non-malpractice case, 2005

Estate of Judy Andrews vs Michael Brennan, M.D., Boston, MA
    Deposition for defendant, March 2006

The plaintiff reserves the right to supplement this disclosure pending disclosure of the defendant's expected expert testimony.

The Plaintiffs,
by their Attorney,


 /s/ Barry D. Lang / Zachary B. Lang
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: July 25, 2006