UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and )<br>JUDITH EMDE, )<br>               *Plaintiffs*, )<br>)<br>VS. )<br>)<br>DAVID SMITH, M.D.; AMY ANDERSON, M.D.; )<br>R. WESLEY FARRIS, M.D., ALLEN JEREMIAS, )<br>M.D.; and MIDDLESEX SURGICAL )<br>ASSOCIATES )<br>               *Defendants.* )<br>) | C.A. No. *04-11987-MLW* |

## JOINT DEFENSE MOTION AND MEMORANDUM
## SEEKING TO EXTEND TIME FOR EXPERT DISCLOSURE

Now come all defendants and move for a thirty day extension of time for expert disclosures. Plaintiffs attorney has indicated that he will not agree to the above-mentioned extension. Currently, defendants have until August 24, 2006 to disclose experts. Defendants propose extending the deadline to September 24, 2006. As reasons for this extension, the defendants state as follows:

1. This is a medical malpractice action in which the Plaintiffs allege negligence for failure to diagnose plaintiff William Emde's epidural hematoma post-surgery;

2. On October 3, 2005, this Honorable Court allowed the plaintiffs' first assented to motion for extension of time to make expert disclosures. Since then, Plaintiff has had two further extensions and opportunities to supplement their own expert discovery.

3. The Court's last Order regarding discovery entered on June 5, 2006 required plaintiff to have all expert disclosures in by July 6, 2006. Please see the June 5, 2006 Order annexed hereto as Exhibit "A".

4. Plaintiff's last expert supplementation was received on July 25, 2006. Please see Plaintiff's Third Supplemental Expert Disclosure annexed hereto as Exhibit "B".

5. Defendants' expert disclosure has always been contingent on plaintiff's complete disclosure. No prejudice will inure to plaintiffs by this thirty day extension of time, considering plaintiffs themselves were allowed additional time to complete their disclosures.

## CONCLUSION

For the foregoing reasons, this Joint Defense Motion to Extend the Discovery Deadlines should be granted.

Respectfully Submitted,

| | |
|---|---|
| /s/ Chad P. Brouillard | /s/ Lynda Riesgo Jenson |
| BARBARA HAYES BUELL, ESQUIRE | DANIEL J. GRIFFIN, ESQUIRE |
| BBO# 063480 | BBO# 211300 |
| CHAD P. BROUILLARD, ESQUIRE | LYNDA RIESGO JENSON, ESQUIRE |
| BBO# 657419 | BBO# 652498 |
| BLOOM AND BUELL | MARTIN, MAGNUSON, MCCARTHY & KENNEY |
| Attorneys for Defendant, | Attorneys for Defendant, |
| *Amy Anderson, M.D. and Middlesex Surgical Associates* | *David Smith, M.D.* |
| 1340 Soldiers Field Road | 101 Merrimac Street |
| Suite Two | Boston, MA 02114 |
| Boston, Massachusetts 02135-1020 | 617-227-3240 |
| 617-254-4400 | |
| | |
| /s/ Laura Berg Susich | /s/ Kenneth Kohlberg |
| SIDNEY ADLER, ESQUIRE | KENNETH R. KOHLBERG, ESQUIRE |
| BBO# 012660 | BBO# 556534 |
| LAURA BERG SUSICH, ESQUIRE | MCCARTHY, BOULEY & BARRY |
| BBO# 566780 | Attorney for Defendant, |
| ADLER, COHEN, HARVEY, WAKEMAN & GUEKQUEZIAN | *R. Wesley Farris, M.D.* |
| Attorneys for Defendant, | 47 Thorndike Street |
| *Allen Jeremias, M.D.* | Cambridge, MA 02141 |
| | 617-225-2211 |

75 Federal Street
Boston, MA 02110
617-423-6674


Dated: August 23, 2006

*Exhibit A*

From: ECFnotice@mad.uscourts.gov
Sent: Monday, June 05, 2006 3:14 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-11987-MLW Emde et al v. Smith et al "Status Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Simeone, Maria entered on 6/5/2006 at 3:14 PM EDT and filed on 6/1/2006
**Case Name:** Emde et al v. Smith et al
**Case Number:** 1:04-cv-11987
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Status Conference held on 6/1/2006.; pltfs counsel state almost at the end of discovery-1 depo left; 2 expert reports to disclose to deft; pltf needs an additional 30 days; July 9-Pltf to be done with all non experts and made disclosures; Aug 24- deft expert reports; Dec 31st- deft expert depositions ; No disp of S/J motions anticipated;; pltf states he is amenable to mediation; court discusses mediation and consent issues with counsel. A Status Conference has been set for 11/15/2006 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria)

The following document(s) are associated with this transaction:

**1:04-cv-11987 Notice will be electronically mailed to:**

Sidney W. Adler    swa@achwg.com

Chad P. Brouillard    cpb@bloombuell.com

Barbara Hayes Buell    bhb@bloombuell.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

Lynda R. Jensen    lriesgo@mmmk.com

Kenneth R. Kohlberg    krk@mbblaw.com

Barry D. Lang    barry.lang@lawdoctors.com

Zachary B. Lang    zblang@lawdoctors.com

Jason M. Morales     jmm@mbblaw.com

Laura B. Susich     lbs@achwg.com !

**1:04-cv-11987 Notice will not be electronically mailed to:**

*Exhibit B*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>     Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D. <br> R. WESLEY FARRIS, M.D., and <br> ALLEN JEREMIAS, M.D. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S THIRD SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

NOW COME THE PLAINTIFFS and supplement their expert witness disclosure with detailed information regarding the prior testimony of James Otis, M.D.

**James Otis, M.D.**
**Director, Dept. of Neurology**
**Boston Medical Center**
**One Boston Medical Center Place**
**Boston, MA 02118**

A copy of Dr. Otis's report was attached to the plaintiff's Second Supplemental Expert Witness Disclosure.

Dr. Otis is now compensated at a rate of $500 per hour for case review, and $500 per hour for preparing reports, $1800 for video deposition, and $8000 per day for trial testimony.

Dr. Otis has previously testified in the following cases:

Tameka Mouzon vs Tourney Regional Hospital et al, Boston, MA
    Deposition by video for plaintiff, August 2005

Danielle Miller, M.D. vs Whitney Tope, M.D., Boston, MA
    Deposition for plaintiff in non-malpractice case, 2005

Estate of Judy Andrews vs Michael Brennan, M.D., Boston, MA
    Deposition for defendant, March 2006

The plaintiff reserves the right to supplement this disclosure pending disclosure of the defendant's expected expert testimony.

The Plaintiffs,
by their Attorney,


/s/ Barry D. Lang / Zachary B. Lang
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: July 25, 2006