UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>    Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D., <br> R. WESLEY FARRIS, M.D., <br> ALLEN JEREMIAS, M.D., and <br> MIDDLESEX SURGICAL ASSOCIATES, INC. <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT, AMY ANDERSON, M.D.'S
### RULE 26 EXPERT WITNESS DISCLOSURES

1. **Dr. Joe I. Ordia, M.D., M.S., F.A.C.S.**
   10 Centennial Drive
   Peabody, Massachusetts 01960

A copy of Dr. Ordia's signed report and list of publications are both attached.

Dr. Ordia is compensated at a rate of $250 per hour for case review, and $500 per hour for deposition and trial testimony.

Dr. Ordia has only previously testified once in the past four years in a deposition at his office as a non-party treating physician. He was deposed on the factual course of treatment, he was not called as an expert in that case. Dr. Ordia does not have information about the case caption, but knows the attorney involved only as Mr. Whitney, from Boston, MA. No further information is available.

2. **Dr. Paul N. Chevrin, M.D.**
   1 Hawthorne Place, Suite 111
   Boston, MA 02114

A copy of Dr. Chevrin's signed report is attached.

Dr. Chervin is compensated at a rate of $395 per hour for case review, and $550 per hour for deposition and trial testimony.

Dr. Chervin has previously testified as follows:
2005:
Mull v. Kathleen Hogan, M.D., deposition, Seibel & Eckenrode, P.C. – defendant, St. Louis, MO.

Davis v. Northland Insurance Co., trial, Nall & Miller – Atlanta, GA.
Doe v. Commonwealth of Massachusetts IAB, deposition – Boston MA.
Jacob McIerney v. Socol, Pugh, deposition, Jones & Johnson – Chicago, IL.
Connolly v. Allamerica Financial, deposition, David Carr – Arlington, MA.
Ryle v. Commonwealth of Massachusetts IAB, deposition – Boston, MA.
Shepardson v. Commonwealth of Massachusetts IAB, deposition – Boston, MA.
Garvey v. Chong, deposition, Halliczer & Pettis – Ft. Lauderdale, FL.

2004:
Swenson v. Yellow Transportation, deposition, Boyle, Morrisey & Campo – Boston, MA.
Pellicer v. Olesnicky, deposition and trial, Giblin & Combs – Morristown, NJ.
Andrews v. Yard, deposition, no further information available – Bristol, MA.
Haglund v. Schneider National Carrier, trial, Worcester Federal Court, not further information available – Worcester, MA.
Lynch v. May Department Stores Company, trial, Boston Municipal Court, no further information – Boston, MA.

2003:
Clark v. TLT Construction Inc., deposition, Morrison, Mahoney & Miller – Boston, MA.
Barrett v. Montesano, M.D., deposition, O'Brien, Tanski, and Young – Hartford, CT.
Knight v. Brown Stove works, trial, Palmer & Dodge – Boston, MA.

2002:
Raffa v. Gymnastics Learning Center, Inc., no further information – Worcester, MA.
In re George Crowley, deposition, no further information.
In re Karen Petras, trial, no further information.
Desilets v. The American Red Cross, deposition, no further information – District Court of New Hampshire.
Monette v. Clover Ridge Farm, trial, Doherty, Wallace, Pillsbury and Murphy – Springfield, MA.

Defendant reserves the right to supplement in a timely manner.

BARBARA HAYES BUELL, ESQUIRE
BBO #063480
CHAD P. BROUILLARD
BBO # 657419
BLOOM & BUELL
Attorney for Defendant,
   *Amy Anderson, M.D.*
1340 Soldiers Field Road, Suite 2
Boston, MA 02135
(617) 254 - 4400

Dated: August 23, 2006

▲ **NEUROLOGICAL SURGERY AND PAIN CENTER** AN AFFILIATE OF PAIN AND WELLNESS CENTER

**Joe I. Ordia, M.D., M.S., F.A.C.S.**
Professor of Neurosurgery
E-mail: jordia@ordia.com

999 North Main Street
Randolph, MA 02368
Phone: 781-961-6784
Fax: 781-961-1127

10 Centennial Drive
Peabody, MA 01960
Phone: 978-826-7230
Fax: 978-826-7237

February 6, 2006

Barbara Hayes Buell, Esq.
Bloom & Buell
Attorneys at Law
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020

RE:   William Emde and Judith Emde vs. Amy Anderson, M.D. et al
       File Number: 04-5017

Dear Attorney Barbara Hayes Buell:

At your request I performed a review of the records regarding the case of William Emde and Judith Emde vs. Amy Anderson, M.D et al.

## MEDICAL RECORDS REVIEW:

1. 11/18/03 Winchester Hospital admission History and Physical note by Kelley Cornell, M.D. Reason for Admission: "Failing bypass graft for left lower extremity." Past history significant for left superficial femoral artery to plantar artery bypass on 9/25/2003. Left great toe amputation for ischemic wound diabetic foot infection. Non insulin dependent diabetes (NIDD), hyperlipidemia, hypertension. Medications: Glucotrol, Glucophage, Timoptic, Xalatan eye drops, Coumadin. Examination showed ulcer at distal left leg area of bypass. Neurological examination was non focal. Plan: "emergent angiogram, intravenous Heparin, possible thrombolytic therapy."
2. 11/18/03. Short Stay Record.
3. 11/18/03. Radiology Angiogram Report. "SFA-plantar graft is very stenotic @ distal anastomosis, mild/moderate stenosis prox by knee. No clot...No indication for thrombolysis."
4. 11/18/03, 7:30pm Foot Surgery Service note.
5. 11/19/03, 9:00 am Vascular Staff note. Plan for surgery.
6. 11/19/03. 5:00pm Brief Op. Note. Typed Report of Operation. OPERATION: "Graft exploration and patch angioplasty of mid calf stenosis, intraoperative diagnostic arteriogram." Surgeon: William Breckwoldt, M.D.
7. 11/21/03. Physical Therapy Evaluation. Previously ambulating with crutches. Strength RLE 5/5, LLE > 3+/5 "0 resistive mmt 2 incision."
8. 11/22/03 Progress Notes

Emde, William                               2                          February 6, 2006

    a. No time. Surgery Staff. "stable but need to r/o pseudoaneurysm for groin/back pain – retroperitoneal bleed? ✓ Hct (28 yesterday)- if ↓ then CT scan." *Sig not legible.*

    b. 11:30 pm. Intensivist Note. "Asked to see pt 2 to hypertension and lower abd pain….Pt also states that pain now moved to R arm and shoulder as well as neck. He also states that he lost sensation in B LE as well as motor function of B LE & R arm..." Neuro exam: Motor 0/5 both lower extremities, 1/5 RUE, 4/5 LUE. Sensation absent both lower extremities, intact in upper extremities. "Discussed case with Internist…..Discussed case c on-call neurologist….will see pt in am. For now will hold all ????? …CT discussed-not felt to be helpful- ?MRI in am. Discussed c Dr. Anderson who agrees." *Sig not legible.*

9. 11/23/03 Physician Order Sheet.
    a. 12 am "DC iv heparin. DC ibuprofen. DC Valium. DC Coumadin. DC ASA. Neuro consult in am. Cardiac panel. CBC. C10. Coag T.O. Dr. D. Smith/?Ulman" *Ref 000095*
    b. 2 am "NGT to LWSxn."
    c. 9 am. Surgery Staff note. "Pt cannot move legs – no sensation below knees…Spoke with Neurology – concurred with CT if can't MRI."
    d. 9:20 am "Stat CT Spine c iv contrast (Re: B LE paralysis/Numbness, R UE paralysis/numbness. Xxxxx, M.D. 7491"
    e. 9:35 am Decadron 10mg iv x1 now. T.O. Dr. Cornell/ xxxRN."
    f. 10:45 am. Surgery Staff note. "CT scan spine shows epidural hematoma, at least up to T9 (still on CT table) – actually higher. Called Dr. Ameri @ BMC. Foe immediate transfer to BMC's ER for MRI – spoke with nurse @ BMC who will notify ER. – spoke c wife & pt who understand." *Sig not legible.*

10. 11/23/03. CT of the thoracic and Lumbar Spine. "Extensive epi- vs. subdural hematoma extending from S1 to at least the C6 level. This narrows the central canal and likely has mass effect upon the spinal cord and fila terminale. An MRI is recommended for further evaluation. These findings were discussed with Dr. Anderson in person." Signed by Haldon P. Bryer.

11. 11/23/03 Head CT. Small infarct of indeterminate age in left caudate nucleus, old lacune right insular cortex.

12. 11/24/03 Discharge Summary for 11/18/2003 to 11/23/2003, dictated by David Smith, M.D. for Kelley Cornell, M.D.

13. 4/12/05. Deposition of Amy Anderson, M.D.

14. 4/19/05. Deposition of Roger Wesley Farris, II, M.D.

15. 6/23/05. Deposition of David Smith, M.D.

**MEDICAL RECORD SUMMARY:**

William Ende (DOB 8/8/41) with previous history of non insulin dependent diabetes, left superficial femoral artery to plantar artery bypass on 9/25/2003, followed by left great toe amputation for ischemic wound infection. He was admitted to the Winchester Hospital on 11/18/03 with a cold left foot and an ischemic leg ulcer. Neurological examination was non focal. At baseline, he ambulated with crutches. In addition to diabetes, he had hyperlipidemia, hypertension, glaucoma, and prior lumbar disc herniation.

Emde, William                                3                          February 6, 2006

Angiogram done on 11/18/03 showed severe stenosis of the graft. He was maintained on heparin. He was brought to the operating room on 11/19/03 where he underwent "Graft exploration and patch angioplasty of mid calf stenosis, intraoperative diagnostic arteriogram. Surgery was apparently uneventful. Anticoagulation was maintained with heparin and coumadin. When evaluated by physical therapy on 11/21/03 he had full strength in the right leg, could hold left le against gravity but not against resistance, because of incisional pain.

Review of the deposition indicates that he had an epidural catheter which was removed on 11/21.

He complained of pain in the left groin and lower back when he was examined on 11/22/03 by Surgery Staff. The signature is not legible, but a note was written: "stable but need to r/o pseudoaneurysm for groin/back pain – retroperitoneal bleed? ✓ Hct (28 yesterday)- if ↓ then CT scan." From review of the depositions, it appears that the note was written by Dr. Anderson.

The nurse called the surgical resident Dr. David Smith on the night of 11/22 because of hypertension (BP 220/110), pain in the abdomen, right arm, shoulder and neck, paralysis of both legs and right arm. Dr. Smith called the Intensivist Dr. Jeremias at about 11 pm. The patient was examined by the Intensivist on 11/22 at about 11:30 pm. Neurological examination confirmed absence of voluntary movement in both legs, trace of muscle contraction in the right arm. Sensation was absent in the legs but intact in the arms. The Intensivist noted that case was discussed with Internist, and with on-call neurologist who decided to see the patient in the morning. "CT discussed-not felt to be helpful- ?MRI in am. Discussed c Dr. Anderson who agrees." Heparin, Coumadin, Ibuprofen, and Valium were stopped.

At 9 am on 11/23, Surgery Staff noted that the patient could not move the legs and had no sensation below the knees. He/she spoke with Neurology who concurred with CT if MRI could not be obtained. Decadron was administered intravenously. Surgery Staff noted at 10:25 am, while patient was still on CT table that initial films demonstrated epidural hematoma and arrangement was made to transfer patient to Boston Medical Center. The final study showed "Extensive epi- vs. subdural hematoma extending from S1 to at least the C6 level."

**OPINION:**

Dr. Anderson's involvement with the patient was that of covering surgeon. When she first examined the patient on rounds on11/22/03, patient complained of pain in the groin and back. Other than pain there were no other neurological complaints such as weakness or numbness. Patient had actually "walked out of the bathroom and into bed" during that visit. The average surgeon or neurologist would not likely have considered a spinal hematoma as a differential diagnosis.

The Intensivist was notified when the patient developed hypertension and paralysis on…the night of 11/22. He saw the patient emergently, did a good neurological examination, and appropriately telephoned the on call Neurologist. It was the decision of the Neurologist to see the patient in the morning, rather than as an emergency. The Intensivist communicated with Dr. Anderson who agreed with the plan for possible MRI in the morning. The surgical resident, Dr. Smith examined the patient at about 1 am on 11/23 and conveyed the impression that the

Emde, William                                      4                              February 6, 2006

neurological examination was waxing and waning. She considered stroke as a possibility, but again relied on the expertise of the Neurology Attending for proper evaluation of the patient's neurological situation. The Intensivist had already done a good examination and asked for consultation with the Neurologist. The neurologist Dr. Roger Wesley Farris, III deposed that had a conversation with Dr. Smith at about midnight. He claimed that he suggested a stat CT of the spine, a claim not corroborated by any other witness. There was nothing more that Dr. Anderson could do until the neurological consultation was completed.

Dr. Anderson examined the patient at about 9 am on 11/23 and found that his legs were paralyzed and that he had no sensations below the knees. She again depended on the expertise on the neurologist whom she called. It was she who, recognizing the urgency of the situation, ordered an emergency CT of the spine because she suspected a hematoma, which was confirmed radiographically.

Prompt neurological consultation would have led to an earlier diagnosis, but would probably not have changed the outcome given the severity of the neurological deficit and the extent of the hematoma.

In my opinion, Dr. Anderson provided a reasonable and appropriate standard of medical care for this patient.

Please do not hesitate to contact me should you have any questions or require additional information.

Sincerely

Joe Ordia, M.D.
Board Certified Neurosurgeon

*Joe I. Ordia* *page* 6

## PUBLICATIONS

1. Mark, V.H. and Ordia, I.J.: The Controversies over the use of Neurosurgery in aggressive states and an assessment of the critics of this kind of surgery. Current Controversies in Neurosurgery ed. T.P. Morley, W.B. Saunders Company, Philadelphia, pp. 722-729, 1976.

2. Strand, R.D., Baker, R.A., Ordia, I.J., and Arkins, T.J.: Metrizamide ventriculography and computed tomography in lesions about the third ventricle. Radiology 128: 405-410, 1978.

3. Ordia, I.J., Strand, R.D., Gilles, F. and Welch, K.: Computed tomography of contutional clefts in the white matter in infants. J. Neurosurgery 54: 696-698, 1981.

4. Ordia, J.I. and Mark, V.H.: Evaluation of Headache, J.A.M.A. 246 (18): 2031, Nov. 6, 1981.

5. Venna, N., Sabin, T.D., Ordia, J.I., and Mark, V.H.: Treatment of severe Parkinson's Disease by intraventricular injection of dopamine. : Appl. Neurophysiology 47: 62-64, 1984.

6. Grasberger, R.C., Spatz, E.L., Mortara. R.W., Ordia, J.I., and Yeston, N.S.: Effect of high-frequency ventilation versus conventional mechanical ventilation on I.C.P. in head injured dogs. J. Neurosurgery 60:1214-1218, 1984.

7. Beers, G.J., Carter, A.P., Ordia, J.I., and Shapiro, M.: Sinus Pericranii with Dural venous lakes. Amer. J. of Neuroradiology 5: 629-631, 1984.

8. Rosenberg, D., Baskies, A.M., Deckers, P.J., Leiter, B.E., Ordia, J.I., and Yablon, I.G.: Pyogenic sacroiliitis. An absolute indication for computerized tomographic scanning. Clin Orthop 184: 128-321, Apr; 1984.

9. Jacobs, L.M., Berrizbeitia, L.D. and Ordia, J.:Crowbar impalement of the Brain. J. of Trauma 25: 359-361, 1985.

10. Yablon, I.G., Ordia, J., Freed, M., Spatz, E., and Mortara, R.: Anterior decompression and rigid internal fixation of cervical spine injuries. Paraplegia 24: 49, 1986.

11. Hernanz-Schulman, M., Welch, K., and Ordia, J.I.: Acoustic neuromas in children. Amer. J. of Neuroradiology 7: 519-521, 1986.

12. Ordia, J.I., Mortara, R.W., and Spatz, E.L.: Audible cerebrospinal fluid flow through a ventriculoperitoneal shunt. J. Neurosurgery 67: 460-462, 1987.

13. Ordia, J.I.: Aneurysmal subarachnoid hemorrhage. Clinical problems in acute care medicine ed J.J. Hefferman, R.A. Witzburg, and A.S. Cohen, W.B. Saunders Company, Philadelphia, pp. 462-467, 1989.

14. Ordia, J.I.: Neurologic function seven years after crowbar impalement of the brain. Surg Neurol 32: 152-155, 1989.

15. Yablon, I.G., Ordia, J.I., Mortara, R.W., Reed, J., and Spatz, E.: Acute ascending myelopathy of the spine. Spine 14:1084-1089, 1989.

16. Kase, C.S., O'Neal, A.M., Fisher, M., Girgis, G.N., and Ordia, J.I.: Intracranial hemorrhage after use of tissue plasminogen activator for coronary thrombosis. Annals of Int Med 112:17-21, 1990.

17. Yablon, I.G., Palumbo, M., Reed, J.E., Ordia, J.I., Mortara, R.W., and Spatz, E.L.: Nerve Root Recovery in Complete Injuries of the Cervical Spine. Spine: Vol. 16, No. 10 Supplement 518-521, 1991.

18. Bourke, D.L., Spatz, E., Mortara, R., Ordia, J.I., et al: Epidural Opioids during laminectomy surgery for postoperative pain. J. Clin. Anesth. 4:277-281, 1992.

19. Coffey, R.J., Cahill, D., Steers, W., Park, T.S., Ordia, J., et al: Intrathecal baclofen for intractable spasticity of spinal origin: Results of a long-term multicenter study. J. Neurosurg 78:226-232, 1993.

20. Ordia, J.I., and Schulte, B.K.: Intrathecal Baclofen in the Management of Severe Spasticity. Pharmacy & Therapeutics. 19 (5):461-472, 1994.

21. Ordia, J.I., Fischer, E., Adamski, E., and Spatz, E.L.: Chronic intrathecal delivery of baclofen by a programmable pump for the treatment of severe spasticity. J. Neurosurg 85:452-457, 1996.

22. Ordia, J.I., Fischer, E., Adamski, E., and Spatz, E.L.: Intrathecal Baclofen. Comment in: J Neurosurg 86:917-919, 1997.

23. Burke, D. and Ordia, J.I.: Pathophysiology of Traumatic Brain Injury. In: Woo, B.H. and Nesathurai, S., editors. The Rehabilitation of People With Traumatic Brain Injury. Malden, MA: Blackwell Science, Inc. pp. 19-33, 2000.

24. Ordia, J.I.: Surgical Management of Traumatic Brain Injury. In: Woo, B.H. and Nesathurai, S., editors. The Rehabilitation of People With Traumatic Brain Injury. Malden, MA: Blackwell Science, Inc. pp. 35-43, 2000.

25. Ordia, J.I., Fischer, E., Adamski, E., and Spatz, E.L.: Dysesthesia Perceived as Painful Spasticity: A Report of 3 Cases. Arch Phys Med Rehabil 82:000-000, 2001.

*Joe I. Ordia*            *page*   8

26. Ordia, J.I., Fischer, E., Adamski, E., Chagnon, K.G., and Spatz, E.L.: Continuous Intrathecal Baclofen Infusion by a Programmable Pump in 131 Consecutive Patients with Severe Spasticity of Spinal Origin. Neuromodulation, 5(1): 16-24, 2002

27. Ordia, J.I., Fischer, E., Adamski, E., and Spatz, E.L.: Continuous Intrathecal Baclofen Infusion Delivered by a Programmable Pump for the Treatment of Severe Spasticity Following Traumatic Brain Injury. Neuromodulation, 5(2): 103–107, 2002

# PAUL N. CHERVIN, M.D., F.A.A.N.

ADULT AND CHILD NEUROLOGY

DIPLOMATE AMERICAN BOARD
OF PSYCHIATRY AND NEUROLOGY
DIPLOMATE AMERICAN BOARD
OF PEDIATRICS

E-Mail Address
pchervin @ pol.net

January 29, 2006

Chad Brouillard, Esquire
BLOOM & BUELL
1340 Soldiers Field Road
Suite Two
Boston, MA  02135

RE:   William Emde and Judith Emde
VS:   Amy Anderson, M.D., et al
      Your File No.:  04-5017

Dear Attorney Brouillard:

    I reviewed the medical records, deposition transcripts of Dr. Farris, Dr. Smith, and Dr. Anderson in their entirety regarding the diagnosis and treatment of the epidural hematoma. It is my opinion that the responsibility to have ordered the urgent spine CT scan, or to have transferred the patient to a facility capable of performing either a spine MRI or spine CT rested solely with Dr. Smith. I do not find any fault with Dr. Anderson's treatment of the patient. Dr. Smith was advised by Dr. Farris to obtain a spine CT scan and if an epidural hematoma with spinal cord compression was diagnosed the patient would then have been transferred to a neurosurgical facility. If not the problem would then have been a neuro medical problem to be assessed by Dr. Farris. Dr. Anderson's responsibility would have been to act on information coming from Dr. Smith to her, and in Dr. Smith's failure to communicate either his concern, or the information Dr. Farris had provided to Dr. Smith, I find that the chain of command terminated when Dr. Smith failed to advise Dr. Anderson of his decision that neither a CT scan would be performed, nor that the patient would have been transferred. CT scans were available at Winchester Hospital 24 hours per day in November, 2003 with almost immediate interpretation by a radiologist via teleradiology technology.

Very truly yours,

*[signature]*

Paul N. Chervin, M.D.

MAIN OFFICE
MAILING ADDRESS
604 MAIN STREET
WOBURN, MASSACHUSETTS 01801
TEL: (781) 935-3710
FAX: (781) 935-3410

258 WEST CUMMINGS PARK
WOBURN, MASSACHUSETTS 01801
TEL: (781) 935-2782
FAX: (781) 935-6251