**UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM EMDE and JUDITH EMDE, )<br>    Plaintiffs )<br> ) <br>VS. )         CIVIL ACTION NO. 04-11987-MLW<br> )<br>DAVID SMITH, M.D., AMY ANDERSON, )<br>M.D. and R. WESLEY FARRIS, M.D., )<br>    Defendants )<br> )<br> ) | |

**EXPERT DISCLOSURE OF THE DEFENDANT, DAVID SMITH, M.D.,
MADE PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)**

Now comes the defendant, David Smith, M.D., and makes the following expert witness disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B):

1.  Paul Friedmann, M.D.
    Pioneer Valley Life Sciences Institute
    3601 Main Street
    Springfield, Massachusetts  01199

A copy of Dr. Friedmann's report, containing his opinions and the basis and reasons therefor, is attached as Exhibit A.

Dr. Friedmann will be compensated at a rate of $250.00 per hour for case review and $3,500.00 per day for deposition and trial testimony.

Within the preceding four years, Dr. Friedmann has not testified as an expert witness.

Within the preceding ten years, Dr. Friedmann has authored, co-authored, and/or contributed to various publications, each of which is contained in the Bibliography attached at Exhibit B.

The defendant, David Smith, M.D., reserves the right to supplement his expert disclosure seasonably before trial.

/s/ Lynda Riesgo Jensen
_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for Defendant, David Smith, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston MA 02114
(617) 227-3240
lriesgo@mmmk.com

**CERTIFICATE OF SERVICE**

I, Lynda Riesgo Jensen, counsel for defendant, David Smith, M.D., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the 24th day of August, 2006.

| | |
|---|---|
| Barry D. Lang, Esq.<br>Zachary B. Lang, Esq.<br>Barry D. Lang, M.D. & Associates<br>One State Street, Suite 1050<br>Boston, MA  02109<br>Barry.lang@lawdoctors.com<br>By electronic and U.S. mail | Barbara Hayes Buell, Esq.<br>Chad P. Brouillard, Esq.<br>Bloom and Buell<br>1340 Soldiers Field Road, Suite Two<br>Boston, MA  02135<br>bhb@bloombuell.com<br>By electronic and U.S. mail |
| Kenneth R. Kohlberg, Esq.<br>Jason M. Morales, Esq.<br>McCarthy, Bouley & Barry<br>47 Thorndike Street<br>Cambridge, MA  02141<br>krk@mbblaw.com<br>By electronic and U.S. mail | Sidney W. Adler, Esq.<br>Laura B. Susich, Esq.<br>Adler, Cohen, Harvey, Wakeman &<br>  Guekguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, MA  02110<br>swa@achwg.com<br>By electronic and U.S. mail |

/s/ Lynda Riesgo Jensen
_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for Defendant, David Smith, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston MA 02114
617-227-3240
lriesgo@mmmk.com