Paul Friedmann, M.D.

Bibliography

1. Friedmann P and Egoville J. Septicemia due to clostridium perfringens following pelvic surgery. J Abd Surg 308-10, December 1966
2. Friedmann P. Treatment of thyrotoxicosis (Letter). NEJM 278:113, January 11, 1968
3. Friedmann P. Selective management of stab wounds of the abdomen. Arch Surg 96:292-97, February 1, 1968
4. DeLaurentis D and Friedmann P. Arterial reconstruction above and below the knee. Am J Surg 121:392-95, April 1971
5. DeLaurentis D and Friedmann P. Sequential femoro-popliteal bypass: another approach to the inadequate saphenous vein problem. Surgery 71:400-407, March 1972
6. DeLaurentis D, Wolferth CC Jr. and Friedmann P. Thoracic outlet syndrome (Letter). Angiology 25(8):548-53, September 1974
7. Friedmann P. Possible therapeutic effect of iodinated dye (Letter). NEJM 291:798-99, October 1974
8. Friedmann P, DeLaurentis D and Rhee SW. The sequential femoral-popliteal bypass; a five-year experience. Am J Surg 131:452-56, April 1976
9. DeLaurentis D, Friedmann P, Naide D and Wilson A. Hypoplasia of the distal abdominal aorta. Surgery 83:27-37, January 1978
10. Friedmann P, Park WC, Afonya II, Chabot JR, Page OT and Emery RW. Adjuvant radiation therapy in colo-rectal carcinoma. Am J Surg 135:512-17, 1978
11. Sweet S, Glenney C, Fitzgibbons J, Friedmann P and Teres D. Synergistic effect of acute renal failure and respiratory failure in the surgical intensive care unit. Am J Surg 141:492-97, 1981
12. Rosenfeld J, DeLaurentis D and Friedmann P. Sequential femoral-popliteal bypass - a ten year experience. Arch Surg 116:1538-1543, 1981
13. Coe NP, Page DW, Friedmann P and Haag BL. Apathetic thyrotoxicosis presenting as an abdominal emergency. South Med J 75:176-78, 1982
14. Stephenson GW (and Friedmann P). Of Aesculapius and the medicine man: some comments on the College Seal. Bulletin of the ACS 68:26-27, October 1983
15. The Multicenter Trial Committee. Dihydroergotamine-heparin prophylaxis of postoperative deep vein thrombosis. JAMA 251:2960-2966, June 1984
16. The Multicenter Trial Committee. Prophylactic efficacy of low-dose dihydroergotamine and heparin in postoperative deep venous thrombosis following intra-abdominal operations. J Vasc Surg 1:608-616, 1984
17. Friedmann P. The surgical intensive care unit - a paradise lost? Curr Surg 1:427-431, November-December 1984
18. Friedmann P. A program director's view of the In-training Examination. Bulletin of the ACS 70:7-11, February 1985
19. Friedmann P, Garb JL, Park WC, Stark A, DeConti RC, Chabot JR and Pace OT. Survival following moderate-dose preoperative radiation for carcinoma of the rectum. Cancer 5:967-973, March 1985
20. Friedmann P. Toward the surgical academy: Flexner revisited. Curr Surg 42:274-277, July-August 1985
21. DiSerio F, Sasahara A. The Multicenter Trial Committee. United States trial of dihydroergotamine and heparin prophylaxis of deep vein thrombosis. Am J Surg 150(4A):25-32, October 1985
22. Friedmann P, Garb JL, McCabe DP, Chabot JR, Park WC, Stark A, Coe NPW and Page D. Intestinal anastomosis following preoperative radiation therapy for carcinoma of the rectum. SG&O 164:257-260, March 1987
23. Celoria GM, Friedmann P, Rhee SW and Berman J. Fistulas between the aorta and the left renal vein. J Vasc Surg 6:2:191-193, August 1987
24. Coe NPW, Page DW, Garb JL and Friedmann P. The oral examination in surgical residency. Focus on Surgical Education 4:22-23, 1987
25. Reed WP, Garb JL, Park WC, Stark A, Chabot JR and Friedmann P. Long term results and complications of preoperative radiation in the treatment of rectal cancer. Surgery 103:2:161-167, February 1988
26. Celoria GM, Friedmann P, Rhee SW, Steingart RH and Berman JA. Coumarin skin necrosis in a patient with heparin-induced thrombocytopenia. Angiology 39:10:915-920, October 1988

Paul Friedmann, M.D.

27. Friedmann P, Garb JL, Berman JB, Sullivan C, Celoria G and Rhee SW. Carotid endarterectomy - clinical results in a community-based teaching hospital. Stroke 19:11:1323-1327, November 1988
28. Reed WP, Garb J, Stark A, Chabot JR and Friedmann P. Potential role of preoperative radiation in mucinous carcinomas of the rectum. Proceedings Am Soc Clin Oncol 7:116, 1988
29. Friedmann P. Short-term results of carotid endarterectomy. (Letter) Stroke, p. 699, May 1989
30. Friedmann P. Two plans for universal health insurance. (Letter) NEJM 321:2:116, July 13, 1989
31. Coe NP, Page DW and Friedmann P. Teaching students operative surgery - the use of a headlight video camera. Focus on Surgical Education 6:2-19, 1989
32. Coe NP, Hirvela E, Garb JL, Lane KM and Friedmann P. Surgical education - a decade of change. Focus on Surgical Education 6:3-15, 1989
33. Friedmann P. Fragmentation in general surgery: the case of head and neck surgery. Arch Surg 124:1013-1014, September 1989
34. Friedmann P. Arrogance Rerevisited. (Letter) Stroke 20:12:1755, December 1989
35. Friedmann P. Fretting over fragmentation. Arch Otolaryngol Head Neck Surg 116:403-404, April 1990
36. Friedmann P. Fragmentation in general surgery: the case of head and neck surgery. (Letter) Arch Surg 125:679-680, May 1990
37. Friedmann P. Should vascular surgery be a separate specialty? Perspectives from the Residency Review Committee. J Vasc Surg 12:5:607-610, November 1990
38. Coe NPW, Garb JL, Lincoln KJ and Friedmann P. Resident operative experience - fact or fiction? Focus on Surgical Education 7:2-16, 1990
39. Coe NPW, Garb JL, Lincoln KJ and Friedmann P. Evaluation of the accuracy of reporting residents' operative experience. Am J Surg 159:615-618, June 1990
40. Celoria G, Steingrub JS, Vickers-Lahti M, Teres D, Stein KL, Fink M and Friedmann P. Clinical assessment of hemodynamic values in two surgical intensive care units. Arch Surg 125:1036-1039, August 1990
41. Coe NPW, Hirvela E, Garb JL and Friedmann P. Surgical education: a decade of change. Curr Surg 47:317-321, September-October 1990
42. Celoria GM, Steingart RH, Banson B, Friedmann P, Rhee SW and Berman JA. Coumarin skin necrosis in a patient with heparin-induced thrombocytopenia. (Abstract) Year Book of Vascular Surgery. J. Bergan and J. Yao, editors. Year Book Medical Publishers, Chicago, 1990, pp. 274-275
43. Friedmann P. Surgical residency in the 90s: confronting some basic problems. Curr Surg 48:2:127-129, April 1991
44. Friedmann P and Griffen WO. Continued comments on changes in the education of residents in surgery. Am J Surg 162:1, July 1991
45. Friedmann P. Surgery defends its residency reforms. (Letter) Am Med News, September 2, 1991
46. Friedmann P. The rising tide of surgical education - the Residency Review Committee at 40. Curr Surg 49:1:54-57, January 1992
47. Baffour R, Berman J, Garb JL, Rhee SW, Kaufman J and Friedmann P. Enhanced angiogenesis and growth of collaterals by in vivo administration of recombinant basic fibroblast growth factor in a rabbit model of acute lower limb ischemia: dose-response effect of basic fibroblast growth factor. J Vasc Surg 16:2:181-191, August 1992
48. Friedmann P and Selbovitz LG. Continuous quality improvement and physician training. Quality Management in Health Care 1:1:13-19, 1992
49. Coe NPW, Rowland-Morin P, Burchard KW, Garb JL and Friedmann P. Factors affecting the evaluation of the oral examination. Curr Surg 49:459-464, 1992
50. Friedmann P and Griffen WO. Another view of limiting residents' work hours. Academic Medicine 67:11-762-63, November 1992
51. Generalist Physician Task Force. AAMC policy on the generalist physician. Academic Medicine 68:1:1-6, January 1993
52. Kaufman J, Berman J, Rhee SW and Friedmann P. Major complications from vascular access for hemodialysis, Dialysis Therapy. AR Nissenson and RN Fine, editors. Mosby Yearbook 1993, 15-19
53. Friedmann P. Class and Conflict in Vascular Surgery. J Vasc Surg 17:5-975-976, May 1993

Paul Friedmann, M.D.

54. Friedmann P. Decay and Revival of Vascular Surgery. (Presidential Address) <u>J Vasc Surg</u> 17:6:985-993, June 1993
55. Friedmann P and Griffen WO. (Letter) House staff work hours, supervision, and quality of care. <u>JAMA</u> 269:23:2987, June 1993
56. Friedmann P. Education of surgical house staff and medical students - opportunities and problems. <u>Ambulatory Surgery</u> 1:4:211-12, December 1993
57. Friedmann P. The ecosystem of graduate medical graduation. <u>The Ecology of Graduate Medical Education</u>, American Board of Medical Specialties, Evanston, IL, 28-33, 1993
58. Kaufman JL, O'Hare S, Leveillee C. Fontaine K, Martin AM, Desrochers B, Berman JA, Rhee SW and Friedmann P. Cervical duplex ultrasonography in the diagnosis of the Lemierre Syndrome (abstract). <u>Journal of Vascular Technology</u> 19:202, 1995
59. Friedmann P and DeLaurentis DA. Sequential bypass procedures for atherosclerotic lower extremity disease. In "Current Therapy in Vascular Surgery", Ernst and Stanley, Eds., Mosby, 473-475, 1995
60. Baffour R, Achanta K, Kaufman J, Berman J, Garb JL, Rhee SW and Friedmann P. Synergistic effect of basic fibroblast growth factor and methylprednisolone on neurological function after experimental acute spinal cord injury. <u>J Neurosurg</u> 83:105-110, 1995
61. Kaufman JL, O'Hare S, Zapka K, Leveillee C, Fontaine K, Martin AM, Berman JA, Rhee SW and Friedmann P. Anserine bursa fluid collections found during vascular laboratory evaluation of the painful, swollen leg. <u>J Vasc Technology</u> 19(1):31-34, 1995
62. Reed WP, Garb JL, Stark AJ, Chabot JR and Friedmann P. Ten year results of preoperative radiation in the treatment of rectal cancer. <u>Der Chirurg</u> 67:621-624, 1996
63. Kaufman JL, Frank D, Rhee SW, Berman JA and Friedmann P. The feasibility and safety of one-day postoperative hospitalization for carotid endarterectomy. <u>Arch Surg</u> 131:751-755, 1996
64. Friedmann P. Meeting the requirements for continuity of care in a surgical residency program. <u>Current Surgery</u> 54:2:115-117, 1997
65. Kaufman JL, Garb JL, Berman JA, Rhee SW, Norris MA and Friedmann P. A prospective comparison of two expanded polytetrafluoroethylene grafts for linear forearm hemodialysis access: does the manufacturer matter? <u>J Am Coll Surg</u> 185:74-79, July 1997
66. Friedmann P. The Arduousness of Excellence. (Presidential Address). <u>Arch Surg</u> 133, April 1998
67. Stark J, Baffour R, Garb JL, Kaufman J, Berman J, Rhee S, Norris M, Friedmann P. Basic fibroblast growth factor stimulates angiogenesis in the hindlimb of hyperglycemic rats. <u>J Surg Res</u> 79, 8-12, 1998
68. Garb JL, Macchiaroli S, Brown RB, Schulte MJ, Calderone S, Selbovitz LG, Corl AM, Reed WP, Friedmann P. A method to track surgical site infections. <u>Quality Management in Health Care</u> 6(3), 52-62, 1998
70. Fischer JE and Friedmann P. The longitudinal study of surgical residents 1994-1996. <u>J Am Coll Surg</u> 188:676-677, 1999
71. Baffour R, Garb JL, Kaufman J, Berman J, Rhee SW, Norris MA and Friedmann P. Angiogenic therapy for the chronically ischemic lower limb in a rabbit model. <u>J Surg Res</u> 93, 219-229, 2000
72. Bennett NL, Davis DA, Easterling Jr. WE, Friedmann P, Green JS, Koeppen BM, Masmanian PE and Waxman HS. Continuing medical education: a new vision of the professional development of physicians. <u>Acad Med</u> 75, 12-1167-1172, 2000
73. Friedmann P. The history of surgery in Massachusetts. <u>Arch Surg</u> 136, 442-447, 2001
74. Philibert I, Friedmann P and Williams WT. New requirements for resident duty hours. <u>JAMA</u> 288(9):1112-4, September 2002
75. Friedmann P. The American Board of Surgery and the ABMS: the role of boards. <u>Semin Vasc Surg</u> 15(3):155-7, September 2002
76. Gruen RL, Arya J, Cosgrove EM, Cruess RL, Friedmann P et al. Professionalism in Surgery. <u>J Am Coll Surg</u> 197:605-11, 2003
77. Friedmann P. Factors affecting a surgeon's performance: resident duty hours. In Surgical Patient Safety: essential information for surgeons in today's environment, Manuel and Nora, Eds, American College of Surgeons. 2004

Paul Friedmann, M.D.

78. Debas HT, Bass BL, Brennan MF, Friedmann P et al. American Surgical Association Blue Ribbon Committee Report on Surgical Education: 2004. Ann Surg 241(1), 1-8, 2005