UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and )
JUDITH EMDE, )
                 Plaintiffs, )
)
VS. )   C.A. No. *04-11987-MLW*
)
DAVID SMITH, M.D.; AMY ANDERSON, M.D.; )
R. WESLEY FARRIS, M.D., ALLEN JEREMIAS, )
M.D.; and MIDDLESEX SURGICAL )
ASSOCIATES )
                 Defendants. )
)

## JOINT ASSENTED MOTION AND MEMORANDUM
## SEEKING TO EXTEND TIME FOR DEFENDANTS' EXPERT DISCLOSURES

    Now come all parties and move for a thirty day extension of time for defendants' expert disclosures. Currently, defendants have until August 24, 2006 to disclose experts. Defendants propose extending the deadline to September 24, 2006. As reasons for this extension, the parties state as follows:

    1.    This is a medical malpractice action in which the Plaintiffs allege negligence for failure to diagnose plaintiff William Emde's epidural hematoma post-surgery;

    2.    On October 3, 2005, this Honorable Court allowed the plaintiffs' first assented to motion for extension of time to make expert disclosures. Since then, Plaintiff has had two further extensions and opportunities to supplement their own expert discovery.

    3.    Plaintiff's last expert supplementation was received on July 25, 2006.

    4.    Defendants' expert disclosure has always been contingent on plaintiff's complete disclosure. No prejudice will inure to plaintiffs by this thirty day extension of time, considering plaintiffs themselves were allowed additional time to complete their disclosures.

## CONCLUSION

For the foregoing reasons, this Joint Defense Motion to Extend the Discovery Deadlines should be granted.

Respectfully Submitted,

/s/ Chad P. Brouillard
BARBARA HAYES BUELL, ESQUIRE
BBO# 063480
CHAD P. BROUILLARD, ESQUIRE
BBO# 657419
BLOOM AND BUELL
Attorneys for Defendant,
    Amy Anderson, M.D. and Middlesex
    Surgical Associates
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

/s/ Lynda Riesgo Jenson
DANIEL J. GRIFFIN, ESQUIRE
BBO# 211300
LYNDA RIESGO JENSON, ESQUIRE
BBO# 652498
MARTIN, MAGNUSON, MCCARTHY & KENNEY
Attorneys for Defendant,
    David Smith, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240

/s/ Laura Berg Susich
SIDNEY ADLER, ESQUIRE
BBO# 012660
LAURA BERG SUSICH, ESQUIRE
BBO# 566780
ADLER, COHEN, HARVEY, WAKEMAN & GUEKQUEZIAN
Attorneys for Defendant,
    Allen Jeremias, M.D.
75 Federal Street
Boston, MA 02110
617-423-6674

/s/ Kenneth Kohlberg
KENNETH R. KOHLBERG, ESQUIRE
BBO# 556534
MCCARTHY, BOULEY & BARRY
Attorney for Defendant,
    R. Wesley Farris, M.D.
47 Thorndike Street
Cambridge, MA 02141
617-225-2211

/s/ Barry D. Lang
_____
BARRY D. LANG, ESQUIRE
BBO# 565438
ZACHARY B. LANG, ESQUIRE
BBO# 652055
BARRY D. LANG, M.D. & ASSOCIATES
Attorneys for Plaintiffs,
    *William Emde and Judith Emde*
1 State Street, Suite 1050
Boston, Massachusetts 02109
617-720-0176


Dated: August 24, 2006