UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and JUDITH EMDE,       )
Plaintiffs                          )
                                    )
V.                                  )    CIVIL ACTION N0. 04-11987-MLW
                                    )
DAVID SMITH, M.D.,                  )
AMY ANDERSON, M.D.                  )
R. WESLEY FARRIS, M.D.,             )
ALLEN JEREMIAS, M.D.                )
MIDDLESEX SURGICAL ASSOCIATES, INC. )
Defendants                          )
                                    )

## FIRST EXPERT DISCLOSURE OF DEFENDANT, R. WESLEY FARRIS, M.D.,

The defendant, R. Wesley Farris, M.D., hereby makes his First Expert Disclosure pursuant to the provisions of Fed. R. Civ. P. 26(a)(2)(B):

**Paul T. Gross, M.D., Chair**
**Department of Neurology**
**Lahey Clinic Medical Center**
**Burlington, MA 02215**

A copy of the expert report of Dr. Gross is attached hereto as **Exhibit A**. The grounds for the opinions of Dr. Gross are his education, training, reading, and experience, as well as his knowledge of the hospital records and other medical information concerning William Emde and the discovery in this case concerning William Emde as they reflect his presentation, history, complaints, examinations, physical findings, and treatment. A copy of the curriculum vitae of Dr. Gross, including his bibliography, is attached hereto as **Exhibit B**.

Dr. Gross will be compensated at the rate of $400 per hour in this case. Dr. Gross is in the process of compiling information regarding his service as an expert witness over the past four (4) years. The defendant will seasonably supplement this information.

The expert report of Dr. Gross constitutes a general survey of the facts and opinions of expected medical expert testimony. The defendant reserves the right to supplement this First Expert Disclosure pertaining to the expected testimony of Dr. Gross. The defendant reserves the right to expand upon the expert report of Dr. Gross at trial, and to rely upon the testimony as it develops at trial.

Respectfully submitted,
R. Wesley Farris, M.D.,
By counsel,

Kenneth R. Kohlberg, Esq.
BBO No. 556534
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

Dated: **August 30, 2006**

## CERTIFICATE OF SERVICE

I, Kenneth R. Kohlberg, Esq., hereby certify that on the 30th day of August, 2006, I served a true copy of the foregoing document upon the following attorneys of record, by first class mail, postage prepaid, to:

| Barry D. Lang, Esquire | Daniel J. Griffin, Esquire |
|---|---|
| Barry D. Lang M.D. & Associates | Martin, Magnuson, McCarthy & Kenney |
| One State Street, Suite 1050 | 101 Merrimac Street |
| Boston, MA 02109 | Boston, MA 02114 |
| | |
| Barbara Hayes Buell, Esquire | Sidney Adler, Esquire |
| Bloom & Buell | Adler, Cohen, Harvey, Wakeman & |
| 1340 Soldiers Field Road | Guekguezian |
| Boston, MA 02135 | 75 Federal Street, 10th Floor |
| | Boston, MA 02110 |
| | |

Kenneth R. Kohlberg, Esq.
BBO No. 556534
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

2