# EXHIBIT A

Department of Neurology
41 Mall Rd.
Burlington, MA 01805
(781) 744-8955
FAX (781) 744-5243

August 30, 2006

Paul T. Gross M.D.
Chair, Department of Neurology
Clinical Professor of Neurology
Tufts University School of Medicine

Kenneth R. Kohlberg, Esq.

McCarthy, Bouley & Barry

47 Thorndike Street

Cambridge, MA 02141

Re: William Emde, et al v. R. Wesley Farris, M.D., et al

Dear Mr. Kohlberg:

As you requested, I have reviewed the treatment rendered to William Emde including the medical and hospital records, depositions, and other medical information.

As I understand the facts, Dr. Farris served as the on-call neurologist for Winchester Hospital on the evening of November 22-23, 2003. At around midnight, Dr. Smith contacted Dr. Farris to discuss Mr. Emde's condition. In their conversation, Dr. Smith informed Dr. Farris that Mr. Emde had a history of anticoagulation and epidural anesthesia and that he was experiencing bilateral lower extremity weakness, numbness, and abdominal pain. Dr. Farris told Dr. Smith that the differential diagnosis included epidural hematoma with secondary cord compression. For these reasons, Dr. Farris correctly informed Dr. Smith that Mr. Emde required an immediate imaging study of his spine in order to rule out epidural hematoma.

In my view, Dr. Farris appropriately responded to the call from Dr. Smith on the evening of November 22-23, 2003. Dr. Farris formed an appropriate differential diagnosis for Mr. Emde, gave appropriate advice and developed an appropriate plan for the treatment of Mr. Emde. In accordance with the plan Dr. Farris developed, if the immediate imaging study of Mr. Emde's spine showed any abnormality, Dr. Smith would call Dr. Farris back to discuss the situation. If the immediate imaging study showed an epidural hematoma, Dr. Smith would send Mr. Emde to Boston for neurosurgical intervention immediately. This plan was appropriately designed to assure the best possible outcome for the patient.

In this case, I will be compensated at the rate $400/hour for review of materials as well as for any deposition or trial testimony.

Please feel free to contact me if you would like to discuss this report. Thank you for the opportunity to review this matter.

Sincerely yours,

Paul T. Gross, M.D.

# EXHIBIT B

# CURRICULUM VITAE

**NAME:** Paul T. Gross, M.D.
**ADDRESS:** 49 Forest Street, Lexington, MA 02421-4923
**DATE OF BIRTH:** July 15, 1950
**PLACE OF BIRTH:** Boston, MA

**EDUCATION:**

| | | |
|---|---|---|
| June 1976 | M. D. | Hahnemann Medical College, Philadelphia, PA |
| June 1972 | B. A. | University of Wisconsin, Madison, WI |

**POST DOCTORAL TRAINING:**

Internship and Residencies

| | |
|---|---|
| July 1980- June 1981 | Fellow in Neurology, Harvard Medical School/Childrens Hospital |
| July 1977- June 1980 | Neurology Resident, University of Wisconsin Hospitals |
| July 1976-June 1977 | Intern in Medicine, Berkshire Medical Center, Pittsfield, MA |

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| 1997(N/A) | American Board of Psychiatry and Neurology (Clinical Neurophysiology) |
| April 1992 | American Board of Sleep Medicine |
| March 1989 | American Board of Electrodiagnostic Medicine (EMG) |
| 1982 | American Board of Qualification in Electroencephalography |
| November 1981 | American Board of Psychiatry and Neurology (Neurology) |
| 1980 | Commonwealth of Massachusetts License |
| 1978 | State of Wisconsin License |
| 1977 | National Board of Medical Examiners |

**BOARD EXAMINER:**

| | |
|---|---|
| 1996-1999 | American Board of Psychiatry and Neurology |
| 1989 | American Board of Electrodiagnostic Medicine |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 2000- | Clinical Professor of Neurology, Tufts University |
| 1989-1998 | Assistant Clinical Professor of Neurology, Harvard Medical School |
| 1981- 1983 | Associate in Neurology, University of Massachusetts Worcester, MA |

Updated 8/30/2006

Paul T. Gross, M.D.

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 2002- | Member, Board of Governors, Lahey Clinic |
| 1998- | Chairman, Department of Neurology, Lahey Clinic |
| 1991-1997 | Vice Chair, Department of Neurology, Lahey Clinic |
| 1998- | Director, Annual Course, "Neurology for the Primary Care Physician" |
| 1998-1999 | Board Member, Provider Service Network |
| 1998-1999 | Chair, Neurosurgery Chair Search Committee |
| 1994-1996 | Chair, Clinical Guidelines Committee, Lahey Clinic |
| 1986-1995 | Chair, Continuing Medical Education Committee Lahey Clinic |

## HOSPITAL STAFF APPOINTMENTS:

| | |
|---|---|
| 1982- | Staff Neurologist, Lahey Clinic Medical Center |
| 1982-1999 | Assistant in Neurology, Children's Hospital Medical, Boston, MA |
| 1983-1999 | Neurologist, New England Rehabilitation Hospital, Woburn, MA |
| 1982-1983 | Director, Sleep Clinic and Laboratory, University of Massachusetts Medical Center |
| 1982-1983 | Attending Neurologist, Worcester Memorial Hospital Worcester, MA |
| 1981-1982 | Attending Neurologist, Saint Vincent's Hospital Worcester, MA |
| 1981-1982 | Director, EEG Laboratory, Saint Vincent's Hospital |

## MEMBERSHIP, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 2002- | Fellow of the American Academy of Neurology |
| 1978- | American Academy of Neurology |
| 1998-1999 | Member, Committee on Professional Liability, Massachusetts Medical Society |
| 1991-1992 | Corresponding Secretary, Massachusetts Neurologic Association |
| 1991-1992 | Member, Relative Value Scale Committee, American Association of Electrodiagnostic Medicine |
| 1988-1990 | Member, Program Committee, American Association of Electrodiagnostic Medicine |
| 1985-1995 | Association for Research in Nervous and Mental Diseases |
| 1985- | Boston Society of Neurology and Psychiatry |
| 1984- | Massachusetts Medical Society |
| 1983- | American Medical Association |
| 1980- | American Epilepsy Society |
| 1980-1998 | Eastern Association of Electroencephalographers |
| 1980- | American Electroencephalographic Society |
| 1980- | American Sleep Disorders Association |

2

Paul T. Gross

**MAJOR INTERESTS IN NEUROLOGY:**

    Epilepsy
    Sleep Disorders
    General Neurology

**TEACHING EXPERIENCE:**

| | |
|---|---|
| 1996- | Tufts Medical School Neurology Clerkship |
| 1996- | Tufts/St. Elizabeth's/Lahey Neurology Residency |
| 1982-1996 | Boston City Hospital/Lahey Neurology Residency |
| 1987-1990 | Tutor, Harvard Medical, Clinical Neurophysiology-The New Pathway |
| 1985- | Lahey Clinical Neurophysiology Fellowship |
| 1983-1984 | Second Year Physical Diagnosis Course Harvard Medical School |
| 1983- | Fourth Year Neurology Clerkship, University of Massachusetts Medical School |

**PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES:**

| | |
|---|---|
| 1994-2002 | Director, Epilepsy Clinic, Lahey Clinic |
| 1996-2000 | Ethics Newsletter Editorial Board, Lahey Clinic |
| 1993-2001 | Member, Ethics Committee, Lahey Clinic |
| 1982- | Director, Sleep Disorders Center, Lahey Clinic |
| 1982-1983 | Director Sleep Clinic and Laboratory, University of Massachusetts Medical Center |
| 1981-1982 | Director, EEG Laboratory, Saint Vincent's Hospital |

**COMMUNITY ACTIVITIES**

| | |
|---|---|
| 1995-1997 | Coordinator, Temple Isaiah Blood Drive, Lexington, MA |
| 1995-1997 | Member Social Action Committee, Temple Isaiah Lexington |
| 1993 | Member, Life Skills Course Committee, Lexington Schools |

3

Paul T. Gross, M. D.

# BIBLIOGRAPHY

**ORIGINAL REPORTS:**

1. Gross PT. Acute idiopathic polyneuritis and idiopathic thrombocytopenic purpura, JAMA 1980; 243:256-257.

2. Gross PT, Berlow S, Schuett B, Fariello RG. Electroencephalographic in phenylketonuria: an attempt to establish the clinical significance of EEG changes. Arch Neurol 1981; 38:122-126.

3. Gross PT. Disorders of sleep and waking. Modern Medicine of Canada 1986; 41:44-51.

4. Gross PT. Evaluation of Sleep disorders. Medical Clinics of North America 1986; Vol. 70, no. 6:1349-1360.

5. Gross PT. Excess daytime sleepiness. The CIBA Collection of Medical Illustrations, Nervous System, Part III. Jones HR, MD (ed), 1986, pp 38-39.

6. Perlmutter DH, Gross PT, et al. Intramuscular vitamin E repletion in children with chronic cholestasis. AM J Dis of Child 1987; 141:170-174.

7. Gross PT. Treatment of sleep disorders. Current Clinical Practice. Messerli, Franz H. (ed) WB Saunders, Philadelphia 1987, pp 680-682.

8. Miller A, Stedman GH, Beisaw NE, Gross PT. Sciatica caused by an avulsion fracture of the ischial tuberosity. A case report. J Bone Joint Surg (Am) Jan 1987; 69(1):143-145.

9. Gross PT. Management of cerebral vascular insufficiency in a stroke victim. Collected letters in Surgery, March 1987, Vol. 10, pp 3:7.

10. Jones HR, Gianturco L, Gross PT, Buchhalter J. Sciatic neuropathies in childhood. J Child Neurol 1988; 3:193-199.

11. Cordeiro PG, Seckel BR, Miller CD, Gross PT, Wise RE. Effect of a high-intensity static magnetic field on sciatic nerve regeneration in the rat. Plast & Reconstr Surg 1989; Vol. 83, No. 2:301-306.

12. Gross PT. Gait Disturbances. Introduction to Clinical Medicine. Green, Glassrock, Kelley eds. B. C. Decker, Inc. 1991, 421-424

13. Gross PT. Gait Disturbances. Introduction to Clinical Medicine. Green, Glassrock, Kelley eds. B. C. Decker, Inc. 2nd Edition 1998.

14. Gross PT, Jones HR Jr. Proximal-median neuropathies - EMG and clinical correlation. Muscle and Nerve 1992; 15:390-395.

15. Gross PT. Case Records of the MGH, NEJM, 1998,339=1534-41

16. Gross PT, Tolomeo,EA. Proximal Median Neuropathies, Neurologic Clinics 1999 (in press) 1999:17(3) 425-45

17. U. S. Modafinil in Narcolepsy Multicenter Study Group, Randomized Trial of Modafinil

4

As a Treatment for the Excessive Daytime Somnolence of Narcolepsy, Neurology, 2000 5465 1166-75

18. Gutrecht JA, Gross PT, Benign Epileptiform Transients of Sleep are not Associated with Symptoms of Sleep Disorders. Am J END Technol 2000 40=137-142.

ABSTRACTS:

1. Gross PT, Berlow S, Schuett V, Fariello RG. Phenylketonuria: longitudinal EEG follow-up. Electroenceph Clinical Neurophysiology 1980; 50-266.

2. Gross PT, Matsumiya L, Lombroso CT. Strobe VEP of retrochiasmatic lesions in infants. Electroenceph Clinical Neurophysiology 1982; 53:38P.

3. Siva A, Gross PT. Use of the EEG in the evaluation of TIAs. Electroenceph Clinical Neurophysiology 1983; 56:13P.

4. Jones HR, Gross PT, Gianturco L, Buchhalter J. Peroneal nerve palsy in children. Muscle and Nerve 1987; 19(7) :664.

5. Gross PT, Jones HR. Clinical and EMG correlation in proximal median neuropathies. Muscle and Nerve 1987; 19(7) :653.

6. Jones HR, Bradshaw DY, Gross PT. Guillain-Barre Syndrome in Children: Electrodiagnosis, Clinical Course and Prognosis. Abstract. Muscle and Nerve 1989; 12:774-775.

7. Felice J, Gross PT, Jones HR. Peroneal Mononeuropathy in Children (A Clinical and Electromyographic Study). Muscle and Nerve 1991

8. Gross PT. Frontalis Single Fiber Electromyography in the Evaluation of Myasthenia Gravis. Presented at American Association of Electrodiagnostic Medicine, Washington, DC, September 1991. (In Press).

9. Gross PT. REM Sleep Behavior Disorder Causing Bilateral Subdural Hematomas. Ass. Sleep Disorder Cntr Meeting, May 30, 1992, Phoenix, AZ.

10. Gross, PT, Healy, FA. Value of CPAP in Reducing Complications of Obstructive Sleep Apnea. Northeastern Sleep Society, March 27, 1992, Philadelphia, PA.

11. Gross, PT, Dignan, SM, Gutrecht, JA. CPAP Level and Gender in Obstructive Sleep Apnea. APSS. March 1994.

12. Gross PT, Gutrecht, JA. Are Bening Epileptiform Transients of Sleep (BETS) Associated with Symptoms of Sleep Disorders? AES Annual Meeting, September 19-20, 1994 Chicago, IL.

13. Gross, PT, Britt, JG. Sleep Paralysis and Hypnagogic Hallucinations in Narcoleptics, Northeastern Sleep Society, April 1, 1995, Baltimore, MD.

14. Gross PT. Modafinil Administration and Discontinuation in Narcolepsy Patients with Excessive Daytime Somnolence; American Academy of Neurology Annual Meeting, Neurology 1997

5