# MCCARTHY BOULEY & BARRY, P.C.

COUNSELLORS AT LAW

September 7, 2006

Civil Clerk's Office
United Stated District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **William Emde, et al v. R. Wesley Farris, M.D., et al**
      **USDC Civil Action No. 04-11987-MLW**

Dear Sir/Madam:

Enclosed for filing and docketing please find:

   1.   Second Expert Disclosure of Defendant, R. Wesley Farris, M.D.

Please note we are in the process of obtaining the necessary software for compliance with the Federal Court's electronic filing requirements (CM-ECF). Thank you for your cooperation and attention to this matter.

Very truly yours,

Kenneth R. Kohlberg

Enclosure

cc:   Barry D. Lang, Esquire (with enclosure)
      Daniel J. Griffin, Esquire (with enclosure)
      Barbara Hayes Buell, Esquire (with enclosure)
      Sidney Adler, Esquire (with enclosure)

The Bulfinch Building
47 Thorndike Street • Cambridge, MA 02141
Telephone 617-225-2211 • Fax 617-225-7711