UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM EMDE and JUDITH EMDE,   )
Plaintiffs                      )
                                )
V.                              )   CIVIL ACTION NO. 04-11987-MLW
                                )
DAVID SMITH, M.D.,              )
AMY ANDERSON, M.D.              )
R. WESLEY FARRIS, M.D.,         )
ALLEN JEREMIAS, M.D., and       )
MIDDLESEX SURGICAL ASSOCIATES, INC. )
Defendants                      )
                                )

**SECOND EXPERT DISCLOSURE OF DEFENDANT, R. WESLEY FARRIS, M.D.**

The defendant, R. Wesley Farris, M.D., hereby makes his Second Expert Disclosure pursuant to the provisions of Fed. R. Civ. P. 26(a)(2)(B):

**David R. Campbell, M.D.**
**Harvard Medical School**
**Department of Surgery**
**110 Francis Street, Suite 9C**
**Boston, MA 02215**

A copy of the expert report of Dr. Campbell is attached hereto as **Exhibit A**. The grounds for the opinions of Dr. Campbell are his education, training, reading, and experience, as well as his knowledge of the hospital records and other medical information concerning William Emde and the discovery in this case concerning William Emde as they reflect his presentation, history, complaints, examinations, physical findings, and treatment. A copy of the curriculum vitae of Dr. Campbell, including his bibliography, is attached hereto as **Exhibit B**.

Dr. Campbell will be compensated at the rate of $450 per hour in this case. Dr. Campbell is in the process of compiling information regarding his service as an expert witness over the past four (4) years. The defendant will seasonably supplement this information.

The expert report of Dr. Campbell constitutes a general survey of the facts and opinions of expected medical expert testimony. The defendant reserves the right to supplement this Second Expert Disclosure pertaining to the expected testimony of Dr. Campbell. The defendant reserves the right to expand upon the expert report of Dr. Campbell at trial, and to rely upon the testimony as it develops at trial.

Respectfully submitted,
Defendant,
R. Wesley Farris, M.D.,
By counsel,

*/s/ Kenneth R. Kohlberg*

Kenneth R. Kohlberg, Esq.
BBO No. 556534
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

Dated: September 7, 2006

## CERTIFICATE OF SERVICE

I, Kenneth R. Kohlberg, Esq., hereby certify that on the 7th day of September, 2006, I served a true copy of the foregoing document upon the following attorneys of record, by first class mail, postage prepaid, to:

| | |
|---|---|
| Barry D. Lang, Esquire<br>Barry D. Lang M.D. & Associates<br>One State Street, Suite 1050<br>Boston, MA 02109 | Daniel J. Griffin, Esquire<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114 |
| Barbara Hayes Buell, Esquire<br>Bloom & Buell<br>1340 Soldiers Field Road<br>Boston, MA 02135 | Sidney Adler, Esquire<br>Adler, Cohen, Harvey, Wakeman & Guekguezian<br>75 Federal Street, 10th Floor<br>Boston, MA 02110 |

*/s/ Kenneth R. Kohlberg*

Kenneth R. Kohlberg, Esq.
BBO No. 556534
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA 02141
(617) 225-2211

2