# EXHIBIT A

**HARVARD MEDICAL SCHOOL**
DEPARTMENT OF SURGERY

DAVID R. CAMPBELL, M.D.
ASSOCIATE CLINICAL PROFESSOR
OF SURGERY
VASCULAR SURGERY



110 FRANCIS STREET — SUITE 9C
BOSTON, MASSACHUSETTS 02215
TEL (617) 632-8848
FAX (617) 632-7794

September 5, 2006

Kenneth R. Kohlberg, Esq.
McCarthy, Bouley & Barry
47 Thorndike Street
Cambridge, MA 02141

Re:     William Emde, et al v. R. Wesley Farris, M. D., et al

Dear Mr. Kohlberg:

As you requested, I have reviewed the treatment rendered to William Emde including the
medical and hospital records, depositions, and other medical information.

For several years prior to his admission to Winchester Hospital in November of 2003,
Mr. Emde suffered from diabetes, arthrosclerosis and severe peripheral vascular disease.
In my opinion, therefore, to a reasonable degree of medical certainty, the paralysis that
Mr. Emde developed in November of 2003 did not cause or contribute to the bypass
surgery and amputation of Mr. Emde's leg in April of 2004. Mr. Emde would have lost
his leg regardless of the paralysis that he developed in November of 2003.    The
subsequent leg amputation and bypass surgery was due to Mr. Emde's preexisting
diabetes, arthrosclerosis and severe peripheral vascular disease, and not the paralysis that
he developed following his admission to Winchester Hospital in November of 2003.

In addition, given Mr. Emde's preexisting diabetes, arthrosclerosis and severe peripheral
vascular disease, and in light of his presentation to Winchester Hospital with an ischemic
leg in November of 2003, I believe, to a reasonable degree of medical certainty, that Mr.
Emde had (and has) a 50% chance of dying within 5 years of November of 2003. This is
because of his preexisting underlying disease processes, and not because of the bypass
surgery and amputation of his leg in April of 2004. The diabetes, arthrosclerosis of not
only his legs but also his heart, accounts for the increased mortality in this group of
patients.  We have reviewed numerous studies and the outcomes of severe peripheral
vascular disease in the larger diabetic population seen here at the Beth Israel Deaconess
Hospital and all of these studies reveal that 50% of the patients have died within 5 years
of the complicatons of coronary artery disease. These studies reflect our experience of
well over 5,000 patients.

In this case, I will be compensated at the rate of $450.00 an hour for review of materials
and $450.00 an hour for the time spent away from work during any deposition trial.

Kenneth R. Kohlberg, Esq.
Re:    William Emde, et al v. R. Wesley Farris, M. D., et al
September 5, 2006

In this case, I will be compensated at the rate of $450.00 an hour for review of materials
and $450.00 an hour for the time spent away from work during any deposition or trial.

Within the preceding four years, I have testified as an expert witness in five cases, two in
Federal Court and three in Civil Court.

Within the preceding ten years, I have authored, coauthored, and contributed to various
publications as set forth in my attached curriculum vitae.

Please feel free to contact me if you would like to discuss this report. Thank you for the
opportunity to review this matter.

Sincerely yours,

David R. Campbell, M. D.

# EXHIBIT B

# CURRICULUM VITAE

## PART I: GENERAL INFORMATION

Date Prepared- January 2005

| | |
|---|---|
| **Name:** | David R. Campbell, M.D. |
| **Office Address:** | 110 Francis Street, Suite 9C<br>Boston, Massachusetts 02215 |
| **Home Address:** | 50 Kensington Circle<br>Chestnut Hill, Massachusetts 02467 |
| **E:Mail:** | dcampbel@bidmc.harvard.edu |
| **Fax:** | 617-632-7794 |
| **Place of Birth:** | Plymouth, England |

## EDUCATION:

| | |
|---|---|
| 1960-1966 | Stonyhurst College, Lancashire, England |
| 1967-1970 | Clare College, Cambridge University. Graduated with honors in Medical Science Tripos |
| 1970-1973 | Guy's Hospital, London, England. Clinical medical training |
| 1973 B.Chir. | Cambridge University, England |
| 1974 M.B. | Cambridge University, England |
| 1974 M.A. | Cambridge University, England |

David R. Campbell, M.D.
Curriculum Vitae
2 - 30

## POST DOCTORAL TRAINING

Internship and Residencies

| | |
|---|---|
| 1973-1974 | Rotating Internship, Guy's Hospital |
| | London, England |
| 1975-1977 | Resident, Harvard Surgical Service |
| | New England Deaconess Hospital, Boston, MA |
| 1977-1978 | Senior Registrar, Guy's Hospital |
| | London, England |
| 1978-1979 | Senior Resident, Harvard Surgical Service |
| | New England Deaconess Hospital, Boston, MA |
| 1979-1980 | Chief Resident, Harvard Surgical Service, |
| | New England Deaconess Hospital, Boston, MA |
| Fellowship | |
| 1980-1981 | Vascular Fellowship, E.S. Crawford, M.D. |
| | Baylor College of Medicine, Houston, Texas |

## LICENSURE & CERTIFICATION:

| | |
|---|---|
| 1976 | Massachusetts License Registration |
| 1977 | FRCS Royal College of Surgeons, London, England |
| 1981 | Certified by American Board of Surgery |
| 1983 | Certificate of special qualifications in General Vascular |
| | Surgery by American Board of Surgery |
| 1984 | Fellow of the American College of Surgeons |
| 1990 | Re-certified, American Board of Surgery |
| 1992 | Re-certified, General Vascular Surgery |
| 2001 | Re-certified, General Vascular Surgery |
| 2002 | Re-certified, American Board of Surgery |

David R. Campbell, M.D.
Curriculum Vitae
3 - 30

## ACADEMIC APPOINTMENTS:

| 1975-1980 | Clinical Fellow in Surgery, Harvard Medical School |
| 1980-1981 | Clinical Fellow in Surgery, Baylor College of Medicine |
| 1981-1985 | Clinical Instructor in Surgery, Harvard Medical School |
| 1985- 2001 | Assistant Clinical Professor of Surgery, Harvard Medical School |
| 2001- | Associate Clinical Professor of Surgery, Harvard Medical School |

## HOSPITAL APPOINTMENTS:

| 1980-1980 | Attending Surgeon, Burn Unit, San Bernardino County Hospital, San Bernardino, CA |
| 1981- 1996 | Active Staff, New England Deaconess Hospital, Boston, MA |
| 1981- | Consulting Surgeon, New England Baptist Hospital, Boston, MA |
| 1981- | Consulting Surgeon, Faulkner Hospital, Boston, MA |
| 1981-1989 | Consulting Surgeon, Manchester Veterans Administration Hospital, Manchester, NH |
| 1989-1996 | Consulting Surgeon, New England Sinai Hospital and Rehabilitation Center, Stoughton, MA |
| 1992- | Consulting Surgeon, Falmouth Hospital, Falmouth, MA |
| 1994- | Consulting Surgeon, Anna Jaques Hospital, Newburyport, MA |
| 1995- | Consulting Surgeon, Mount Auburn Hospital, Cambridge, MA |
| 1996- | Active Staff, Beth Israel Deaconess Medical Center, Boston, MA |
| 1997- | Consulting Surgeon, Merrimac Valley Hospital, Haverhill, MA |
| 2000- | Consulting Surgeon, Nashoba Deaconess Hospital, Ayer, MA |

David R. Campbell, M.D.
Curriculum Vitae
4 - 30

## OTHER PROFESSIONAL POSITIONS, MAJOR VISITING APPOINTMENTS:

| | |
|---|---|
| 1987 | Invited Speaker Connecticut Society of Vascular Surgeons annual meeting |
| 1988 | Visiting Professor, Department of Surgery, University of Vermont Medical School |
| 1989 | Featured Speaker Maine Vascular Society annual meeting |
| 1993 | Featured Guest Atlantic Vascular Society annual meeting New Brunswick Canada |
| 1997-2000 | Scientific Advisory Board Vascutec Corporation |
| 2001 | Featured Lecturer, two day courses on Diabetic Foot Management<br>San Paulo, Brazil |
| 1998, 2000<br>2001, 2002<br>2003, 2005 | Visiting Professor, Ho Chi Minh University Medical School,<br>Ho Chi Minh City, Vietnam |

## HOSPITAL & HEALTH CARE ORGANIZATION SERVICE RESPONSIBILITIES

### New England Deaconess Hospital

| | |
|---|---|
| 1983-1996 | Utilization and Quality Assurance Committee |
| 1983-1986 | Blood Transfusion Committee |
| 1987-1988 | Executive Committee, Deaconess Surgical Associates |

### Beth Israel Deaconess Medical Center

| | |
|---|---|
| 1997- 2003 | Officer, Staff Council, Beth Israel Deaconess Medical |
| 1997- | Member, Beth Israel Deaconess Physicians Organization, Board of Managers<br>Committee |
| 1998- | Member, Beth Israel Deaconess Physicians Organization, Contracts and Payments<br>Committee |
| 2002- | Director, Independent Physicians Association, Beth Israel Deaconess Medical Center |

David R. Campbell, M.D.
Curriculum Vitae
5 - 30

## PROFESSIONAL SOCIETIES:

| 1976- | Massachusetts Medical Society |
|---|---|
| 1976- | American Medical Association |
| 1981- | Norfolk Medical Society |
| 1984- | American College of Surgeons |
| 1985- | New England Society for Vascular Surgery |
| 1990-1995 | Program Committee |
| 1995 | Chairman, Program Committee |
| 1996-1999 | Member at Large, Executive Committee NESVS |
| 1986- | Boston Surgical Society |
| 1986- | International Cardiovascular Society |
| 1986- | Peripheral Vascular Surgical Society |
| 1987- | New England Surgical Society |
| 1987- | American Diabetes Association |
| 1988-1992 | Harvard-Deaconess Peripheral Vascular Surgical Society |
| 1990- | Eastern Vascular Society |
| 1999- | Dorchester Medical Club |

## COMMUNITY SERVICE:

| 1990-91 | Vascular Representative, Malpractice Tribunal Suffolk Superior Court |
|---|---|
| 1987- | Vascular Consultant, Impartial Medical Evaluations State of Massachusetts |
| 1990- | Medical Representative, Podiatry Board of Registration State of Massachusetts |
| 1990-2003 | Youth Soccer Coach, Brookline Soccer Club and Greater Boston Football Club |
| 1995-1997 | Director, Boys Division Brookline Soccer Club |
| 1999- | Founded charity "Harvard Vietnam Medical Education Program" to raise money to take team on teaching mission to Vietnam and India |

## AWARDS AND HONORS:

| 1989 | Honorary Member Maine Vascular Society |
|---|---|

David R. Campbell, M.D.
Curriculum Vitae
6 - 30

## PART II: RESEARCH, TEACHING AND CLINICAL CONTRIBUTIONS:

### A. Narrative Report.

I have succeeded in combining a large tertiary referral practice with significant teaching and research contributions. Early in my career, I did some clinical research on the use of arm veins in distal arterial bypasses and carotid artery surgery in the diabetic. Since then, I have continued my interest in vascular surgery in the diabetic. Our affiliation with the Joslin Clinic has allowed us to build the largest experience of vascular surgery in the diabetic in the world. Together with the other members of our vascular group, under the leadership of Dr. Frank LoGerfo, we have set up a database and thus been able to easily report our experience. I have provided the largest clinical contribution to this database and we are recognized nationally and internationally for our contributions to all aspects of distal reconstruction in the diabetic. We are particularly noted for papers on the use of angioscopy, dorsalis pedis bypass, alternative conduits, surgical outcomes, surgery in the elderly, and carotid artery surgery. As I have remained in private practice and taken on greater clinical and teaching responsibilities, my research opportunities have been reduced. I did conduct a Phase I Clinical Trial for Curative Technologies from 1992 to 1995 looking at the efficacy and safety of an activated platelet supernatent in the treatment of non-healing wounds.

I have collaborated in a number of studies and have been an active, though not primary author, in over 60 papers from our institution. I have provided the largest clinical contribution and many of the original ideas. For example, I was the first to perform the in-situ bypass and the dorsalis pedis bypass graft. I also did the first resection of a thoraco-abdominal aneurysm at the New England Deaconess Hospital. My expertise in distal bypass grafting has been recognized at the Harvard course in vascular surgery put on by my colleagues at the MGH where I have been asked to lecture on "How I Do Tibial Bypasses". This has been well received by my peers, and I have been asked to give the same talk for a number of years.    I am also an editor and major contributor of an important book on the management of the diabetic foot that is in its second edition and has been printed in a number of languages.

Teaching medical students, residents, and fellows has always been an important part of my mission. The residents and fellows get more of their operative experience with me then with any of the other vascular surgeons. I start my day with a teaching round at 7AM. Accompanied by the chief resident or fellow, residents, students, physician assistants and nurses, we see every patient on the service and discuss their management. This leads to many interesting discussions and I often learn as much as they do from the flow of information. At 8AM we start with surgery where the appropriate level resident and any student on the service join me in the operating room. I operate nearly every day, providing me with the opportunity to get to know every resident on the service fairly well. Whenever I am seeing patients in the office, I encourage the residents to join me. I am also an active participant in our didactic teaching session, and for years I have served as an examiner for the mock orals that we offer our senior residents twice a year.

David R. Campbell, M.D.
Curriculum Vitae
7 - 30

I am also involved in the teaching of the medical students. I have served as an ICM tutor and lecturer and examiner. I work with both third and fourth year students on our service on the floor and in the operating room. The medical students only rotate on our service for a week but one of the more popular features is coming with me on a Friday to a satellite clinic in Newburyport or Nashoba to see patients. Here they do not have to compete with residents and are able to see a large number of patients on their own and get a sense of what it is like to be an attending surgeon. Despite the fact that they only spend a few days with me at the most, I have often been asked by the students to provide references for their intern applications and on a couple of occasions my name has been put forward for teaching awards. For a number of summers I hosted a number of medical students from England who spend a month observing me in the operating room and following me in the outpatient clinic.

Because of my interest in diabetic foot problems and association with the Joslin Clinic I have developed a large clinical practice getting referrals of complex cases from all over the United States and abroad. One particular highlight was resecting an aneurysm from the only kidney of a member of the Saudi royal family. This reputation has been helped by the numerous lectures I have given within the US and beyond. Another source of referrals from abroad are the many surgeons who come to the operating rooms to watch us operate. As a result, I have probably the largest personal experience of dorsalis pedis bypass of anyone in the world.

In 1998 I was invited to lecture in HCM City in Vietnam and was amazed to find that type 2 diabetes was four times as common as the US and that they had little understanding of how to take care of the complications. I, therefore, raised some money from industry and in June 2000 led a team of physicians who put on a daylong seminar on the complications of diabetes that was attended by 250 physicians. I also was also asked to demonstrate surgical techniques in the operating room and conduct teaching session on the wards. Working like this with the doctors of the preeminent medical school in Vietnam enables me to make a huge difference to the care of patients with diabetes. Since then we have returned every year to Vietnam visiting Ho Chi Minh City, Hanoi, Can Tho, Danang and Hue and last year I performed the first in situ bypass using angiosopy donated by us. Last year at the end of our trip we went to Chennai, India to host a 2 day seminar on the Management of Diabetes Complications. This was a great success attracting physicians from all over India and Bangladesh and the proceedings of the meeting will be published in a major Indian medical journal. In April 2005 we will be returning to Ho Chi Minh city, addressing the national endocrine meeting in Hue and giving a seminar in Hanoi. On the way home we will give another 2 day seminar in Chennai, India. My work overseas has recently been recognized in a major article in the Bulletin of the American College of Surgeons.

Five years ago when the Beth Israel and Deaconess hospitals merged there was great instability and the survival of the institution was in question. I became a manager of the Beth Israel Deaconess Physicians Organization as a representative of the independent physicians and also became a member of the benefits and contracts committee. I have sat on a number of committees and task forces emanating from this and have worked hard to help the physicians and the hospital work together more efficiently. I think I have played a role in helping create a situation that has allowed the hospital to turn around its finances.

David R. Campbell, M.D.
Curriculum Vitae
8 - 30

## B. Funding Information.

1992-1995    $25,000 Curative Technologies Inc, P.I. David Campbell
             "Evaluation of efficacy and safety of CT-102 activated platelet supernatent,
             topical APST in the treatment of chronic non-healing cutaneous wounds in
             patients with diabetes."

## C. Report of Current Research Activities.

1995-    Defining the role and efficacy of arterial reconstructive surgery in limb ischemia
         in patients with diabetes mellitus including difficult situations such as patients
         with renal failure, juvenile onset diabetes, with severe foot sepsis and ischemia.

1998-    Evaluating the impact of lower extremity arterial  reconstruction on quality of life
         parameters in the very elderly.

2002-    Co-Investigator: Corgentech and Bristol–Myers Squibb Edifoligide study.Phase 3
         clinical trial for edifologide (E2F Decoy) an investigational product to treat vein
         graft failure of the heart and leg.

2004-    Participant in Reach (Reduction of Atherothrombosis for continued health)
         Registry. An International Prospective Observational Registry in Subjects at risk
         of Atherothrombotic  Events. Protocol #C8903.

2004-    Co-collaborator in Crest Study. Multicenter trial comparing carotid
         endarterectomy with carotid stenting.

2004-    Co-Investigator NIH/Brigham and Women's, Inflammation in PAD and Vein Graft
         Bypass

David R. Campbell, M.D.
Curriculum Vitae
9 - 30

## D. Report of Teaching.

### 1. Local Contributions

### a. Medical School

1. Harvard Medical School; Introduction to Clinical Medicine. Second year medical students.
   1982-85    Tutor, Mentored two students twice a year
   1982-95    Clinical Preceptor, Taught and supervised students performing vascular
              examination on patients at the bedside. Approximately six students twice yearly for
              three to four hours.
   1982-85    Lecturer, Vascular Surgical Diseases
   1995-      Clinical Preceptor.

2. Core Clerkship in Surgery. Director Michael Cahalane since 1995
   1987-88    Examiner for oral examination. Approximately ten students once a year for four
              hours.
   1982-      Attending in vascular surgery. Approximately 1-2 students a week, 1-5 hours per
              week.

3. Fourth year Elective in Vascular Surgery. Director, Frank LoGerfo.
   1982-      Attending in Vascular Surgery. Approximately 1-2 students per month, 1-5 hours
              per week.

4. 1997-2000 Preceptor student elective vascular surgery. Southampton University Medical
   School. Course Director, Mr. Cliff Shearman, FRCS, 1-2 students a month 30 hours a week.

David R. Campbell, M.D.
Curriculum Vitae
10 - 30

## b.  Graduate Medical Courses

1.  General Surgical Residency. Program Directors: 1985-95 Albert Bothe. 1995 – 2001
    Michael Stone 2001- Josef E Fischer

    1982-Present  Attending in vascular surgery, Responsibilities  have included;
    a.  Bedside teaching, four to six residents one to three hours daily.
    b.  Teaching in the operating room- all procedures are done by the house staff
        under my direct supervision, approximately 30 hours a week.
    c.  Teaching in the office. One resident 3-4 hours a week.
    d.  Lecturer, surgical house staffs didactic conference,   Wrote two of the case
        histories for this program and teach at the session when they are in vascular
        surgery. 2-3 time per year.
    e.  Evaluation of residents on completion of rotation.
    f.  1987-  Examiner, mock oral examination (preparatory for  the Certifying
        Examination of the American Board of  Surgery given to senior residents in
        surgery at the Beth Israel Deaconess Medical Center, Dr M Stone program
        director. Six residents for five hours twice annually.
    g.  1983-  Selection committee for the general Surgery training program of
        Deaconess-Harvard Surgical service and  Beth Israel Deaconess Medical
        Center. Directors, Dr W.V.  McDermott, Dr. Glen Steele, Dr. Mitchell Fink and
        Dr. Frank  LoGerfo. This involves 2-3 mornings a year followed by a   four–six
        hour selection session one evening per year.

2.  BIDMC Fellowship in vascular surgery.  Program Director:  Dr.  Frank LoGerfo.
    1984-Present  My responsibilities have included interviewing the applicants and then
    training the vascular surgery fellow in all aspects of vascular surgery at the bedside, in the
    operating room and in the clinic.

    Selection committee for the Vascular Surgery  Fellowship, Beth Israel Deaconess Medical
    Center.  Program Director:  Dr. Frank LoGerfo.
    1984-Present  Two mornings a year of interviewing candidates and making selection

David R. Campbell, M.D.
Curriculum Vitae
11 - 30

## c.    Local Invited Teaching Presentations, Seminars, Grand Rounds.

| | |
|---|---|
| 1982 | Medical Grand Rounds. New England Deaconess Hospital |
| | Current status of Carotid Artery Surgery |
| 1986 | Surgical Grand Rounds. New England Deaconess Hospital |
| | In Situ Bypass Grafts. |
| 2001 | Surgical Grand Rounds Beth Israel Deaconess Medical Center. |
| | Surgery in Vietnam. |

## d.    Advisory/Supervisory Responsibilities.

1982-Present   Attending in vascular surgery, Responsibilities have included;

a.  Bedside teaching, 4-6 residents 1-3 hours daily.
b.  Teaching in the operating room- all procedures are done by the house staff under my direct supervision, approximately 30 hours a week.
c.  Teaching in the office., one resident 3-4 hours a week, approximately 25 weeks a year.
d.  Lecturer, surgical house staffs didactic conference, wrote two of the case histories for this program and teach at the session when they are in vascular surgery, 2-3 time per year.
e.  Evaluation of residents on completion of rotation.

```
David R. Campbell, M.D.
   Curriculum Vitae
      12 - 30
```

e.    **Clinical Trainees in Vascular Surgery**:

    1985-86 Glen Schwartzberg, MD, Private Practice - Baton Rouge, LA.

    1986-88 Hubert Johnson, MD, Private Practice - Beverly, MA.

    1987-89 Mark Bolduc, MD, Private Practice - Pittsfield, ME.

    1988-89 David Purcell, MD, Milton Hospital - Milton, MA.

    1988-91 Stephen Jepsen, MD, Private Practice - Columbus, OH.

    1989-92 Colleen Brophy, MD, Associate Professor of Surgery, Medical College of
           Georgia, Chief, Vascular Surgery, Augusta VA Hospital - Augusta, GA.

    1990-93 Gary A Tannenbaum, MD, Assistant Professor of Clinical Surgery Columbia
           Presbyterian Medical Center - New York, NY.

    1991-93 Edward J Marcaccio Jr., MD, Clinical Associate Professor of Surgery, Brown
           University Medical School - Providence, RI.

    1992-95 Richard Sheppeck, MD, Clinical Assistant Professor of Surgery, University of
           Pittsburg Medical School - Pittsburg, PA.

    1993-96 Azeez Adeduntan, MD, Private Practice - Athens, GA.

    1994-97 Bruce Misare, MD, Private Practice, Gundersen Clinic - LaCrosse, WI.

    1995-98 Cameron Akbari, MD, Assistant Professor of Surgery - Georgetown Medical
           School.

    1996-99 Subodh Arora, MD, Assistant Professor of Surgery, Georgetown University
           Medical School, Chief Vascular Surgery VA Medical Center - Washington DC.

    1997-00 Allen Hamdan, MD, Assistant Professor of Surgery, Harvard Medical School,
           Active staff Beth Israel Deaconess Medical Center - Boston MA.

    1998-01 Peter Faries, MD, Surgical faculty Mt Sinai Hospital - New York .

    1999-02 Prinai Ramdev, MD, Surgical faculty, University of Miami - Miami, FL.

    2000-03 Nikhil Kansal, MD, Surgical faculty, University of California - San Diego, CA.

    2001-04 Bernadette Aulivola, MD, Faculty position University of Chicago - Chicago, IL.

    2002-    Kakra Hughes, MD, Clinical Fellow.

    2003-    Seth Blattman, MD, Clinical Fellow.

David R. Campbell, M.D.
Curriculum Vitae
13 - 30

## 1.    Regional, National or International Contributions:

### a.  Continuing Medical Education Courses/Symposia:

**Harvard Medical School Courses:**

| | |
|---|---|
| 1983- | Current Management of the Diabetic Foot, John Giurini and Frank Logerfo, Course Directors. CME course given annually, 6-12 hours prep. for each talk. |
| 1983-85 | Amputation in diabetics |
| 1986-87 | Role of the vascular Laboratory |
| 1988 | Arterial reconstruction in the Diabetic |
| 1989-98 | Current Indications for Amputation |
| 1999-00 | Limb Salvage vs. Amputation. Cost vs. Quality. |
| 1999 | Diabetic Foot Management |
| 2000-03 | Limb Salvage vs. Amputation. Is it worthwhile? |
| 2004 | Amputation – When all else fails? |
| | |
| 1987-93 | Angioscopy: Current Practice and Future Trends. Arnold Miller, Course Director Preceptor for the animal laboratory practical session of the course. |
| 1990-05 | Vascular Surgery Course of the Massachusetts General Hospital. William Abbott and David Brewster, Directors, CME course given annually Course, 6-12 hours preparation per lecture. |
| 1990 | Current Management of Lower Extremity Occlusive Disease. |
| 1991 | Distal Bypass to the Foot. Is it Worthwhile? |
| 1992 | Acute Aortic Occlusion. |
| 1994 | Carotid artery. To patch or not? |
| 1995 | Acute aortic occlusion. |
| 1996-99 | What is the best site for distal anastamosis in infrapopliteal bypass grafting. |
| 2000 | How I Do It. Bypass to the Tibial Arteries. |
| 1999-05 | Techniques for Tibial Artery Exposure. |

**Harvard Joslin Courses.**
Course director Dr. R. Cooppan.

| | |
|---|---|
| 1991 | Diabetic foot care. |
| 1995 | Diabetic vascular disease. |

David R. Campbell, M.D.
Curriculum Vitae
14 - 30

**Other Courses.**

| | |
|---|---|
| 1981 | Symposium, Peripheral Arteriopathies. University of Rome Italy<br>Autogenous Vein for Arterial Bypass; Alternatives to the Saphenous Vein. |
| 1983 | Tufts University Symposium, New England Baptist Hospital.<br>The Impact of the Duplex Scanner on Vascular Surgery. |
| 1985-94 | American Podiatry Association. Yankee Conference Annual Meeting. |
| 1985 | Non Invasive Peripheral Vascular Examination. |
| 1987 | Non Invasive Testing. |
| 1988 | Vascular Disease in the Diabetic. |
| 1988 | Limb Salvage Procedures – Selected Cases. |
| 1990 | Management and Prevention of Diabetic Foot Problems. |
| 1994 | Vascular Perspective of the Diabetic Foot. |
| 1986 | American Diabetes Association Symposium - Cleveland, Ohio. |
| 1986 | Management of the Diabetic Foot Indian Medical Society Symposium -<br>Lenox, MA. |
| 1986-87 | Management of the Diabetic Foot Grant Medical Center Symposium -<br>Columbus, OH. 1986 Diabetic Foot Problems and Infections. |
| 1987 | Arterial Surgery in the Diabetic. |
| 1986 | American Diabetes Association Symposium, Current Concepts of Infection in Diabetes<br>Mellitus - Hartford Hospital, CT. Surgical Management of Diabetic foot Infections. |
| 1987 | New Hampshire State Podiatry Meeting - Waterville Valley, NH.<br>Surgical Intervention in Diabetic Foot Infections. |
| 1987 | American Diabetes Association Symposium, Diabetes and Its Vascular Complications -<br>Orlando, FL.<br>Vascular Reconstruction in the Diabetic. |
| 1987 | El Paso Diabetes Association - El Paso, TX. The Diabetic Foot. |
| 1987-90 | Maine Podiatric Medical Association Summer Seminar - York Beach, ME.<br>Foot Infections - Osteomyelits and Deep Space Infection - Togus, ME.<br>Management of the Diabetic Foot. |

David R. Campbell, M.D.
Curriculum Vitae
15 - 30

| | |
|---|---|
| 1987 | CME Conf. Brown University Providence, RI Surgical Management of the Diabetic Foot. |
| 1988-90 | American Diabetes Association Symposium - Munroe, LA.<br>The Diabetic Foot and Prevention of Diabetic Foot Problems. |
| 1988 | New England Surgical Society Spring Meeting - Boston, MA.<br>Clinical Results in the Treatment of Diabetic Peripheral Vascular Disease. |
| 1988 | Virginia State Podiatry Association Annual Meeting - Norfolk, VA.<br>Management of the Diabetic Foot. |
| 1988 | American Diabetes Association Symposium, Long Island Jewish Medical Center - NY.<br>Management of the Diabetic Foot. |
| 1988 | Symposium, Limb Salvage, Charing Cross Hospital - London, England.<br>Director, Mr. Roger Greenaulgh, Management of the Diabetic Foot. |
| 1990 | American Podiatric Medical Association Meeting - Atlantic City, NJ.<br>Improving Limb Salvage of the Diabetic Ischemic Foot. |
| 1990 | Annual Vascular Symposium, Lincoln Hospital - NY.<br>Update on Diabetic Foot Management. Limb Salvage in the Diabetic. |
| 1992 | American Diabetes Association Symposium, Update on diabetes. Methodist Hospital of Indiana - Indianapolis, IN.  Update on Limb Salvage in the Diabetic. |
| 1994 | American Diabetes Association CME Course, Baton Rouge General Medical Center - Baton Rouge, LA.<br>Lecture on diabetic foot. |
| 1995 | Massachusetts Osteopathic Society Annual Meeting - Sturbridge, MA.<br>Diabetic Foot Infections. |
| 1996 | Symposium, Joslin Center for Diabetes at SUNY Health Center - Syracuse, NY.<br>Etiology and Evaluation of Peripheral Vascular Disease.  Management of Ischemia in the Diabetic Foot. |
| 1998 | Scientific Conference in Medicine and Pharmacy in Commemoration of the Tercentenary of Saigon - Ho Chi Minh City, Vietnam.<br>Lecture on Management of the Diabetic Foot. |

```
David R. Campbell, M.D.
   Curriculum Vitae
       16 - 30
```

| | |
|---|---|
| 2000 | Lecturer, Vascular Surgery of the Head and Neck, Clinical Anatomy Course Beth Israel Deaconess Medical Center - Boston, MA. |
| 2001 | Lecturer, History of Diabetic Foot at New England Deaconess Hospital Dorchester Medical Club |
| 2002 | Symposium, Management Diabetes and its complications Ho Chi Minh University - HCM City, Vietnam. |
| 2002 | Lecturer, Care of Diabetes in Vietnam Dorchester Medical Club |
| 2002 | Symposium, Management of Diabetes and its complications Ho Chi Minh University - Ho Chi Minh City, Vietnam and Danang University - Danang, Vietnam and Institute of Gerontology Bach Mai Hospital - Hanoi, Vietnam. |
| 2003 | Symposium Management of Diabetes and its complication. Ho Chi Minh University - Ho Chi Minh City, Vietnam and Hue Medical School - Hue, Vietnam and Institute of Gerontology (Dr Thang) Bach Mai Hospital - Hanoi, Vietnam. |
| 2003 | Co-Organizer Symposium (Dr Viswanathan), Diabetes and its complications. M.V. Hospital for Diabetes and Diabetes Research Center - Chennai, India. |
| 2004 | Dorchester Medical Society Lecturer. Progress of the Harvard Vietnam Medical Education Program. |

David R. Campbell, M.D.
Curriculum Vitae
17 - 30

## Other Invited Lectures.

1982  Grand Rounds on Aneurysm Disease.
      Memorial Hospital - Nashua, NH St. Raphael's Hospital - New Haven, CT.
      Faulkner Hospital - Boston, MA.

1983  Grand Rounds on Diabetic Foot Management Guy's Hospital – London, England.

1985  Grand Rounds on Non Invasive Diagnosis of Venous and Arterial Disease, Diabetic Foot
      Management, Carotid Artery Disease and Aortic Branch Reconstruction.
      Anna Jacques Hospital - Newburyport, MA.
      Cleveland Clinic - Cleveland, OH.
      Monadnock Hospital – Peterborough, NH.
      Faulkner Hospital - Boston, MA.
      St. Johns Hospital - Smithtown, NY.
      Weber Hospital - Biddeford, ME.

1986  Grand Rounds on Aortic Branch Reconstruction, Carotid artery surgery, Diabetic foot
      Management.
      St. Lukes Hospital - New Bedford, MA.
      Monadnock Community Hospital - Peterborough, NH.
      Malden Hospital – Malden, MA.
      Fogarty Hospital - North Smithfield, RI.
      Medical East - Braintree, MA.
      Milford-Whitinsville Hospital – Milford, MA.
      Charlton Memorial Hospital - Fall River, MA.
      Danbury Hospital – Danbury, CT.
      Hahnemann Hospital - Boston, MA.
      South Shore Hospital - Weymouth, MA.
      Mid-Maine Medical Center - Waterville, ME.
      Penobscot Bay Medical Center - Camden, ME.
      Eastern Maine Medical Center - Bangor, ME.
      Atlanticare Medical Center - Lynn, MA.
      Middlesex Memorial Hospital - Middletown, CT.
      Kent County Memorial Hospital - Warwick, RI.
      Farren Memorial Hospital - Turner Falls, MA.

1987  Grand Rounds on Diabetic Foot Management and Distal Arterial reconstruction.
      Springfield Academy of Medicine – Holyoke, MA
      St. Elizabeth's Hospital - Boston, MA.
      Good Samaritan Hospital - Rockland Co, NY.

David R. Campbell, M.D.
Curriculum Vitae
18 - 30

Nyack Hospital - Rockland Co, NY.
Memorial Medical Center – Savannah, GA.
Harrington Hospital - Southbridge, CT.
Faulkner Hospital – Boston, MA.
Charlotte Hungerford Hospital - Torrington, CT.
St. Johns Episcopal Hospital - Smithtown, NY.
Glen Falls Hospital – NY.
Bridgeport Hospital - Bridgeport, CT.
Rockville Hospital – Rockville, CT.
Holy Cross Hospital - Silver Springs, MD.
Washington Hospital Center – Washington, DC.

1988   Grand Rounds on Diabetic Foot Management and Peripheral vascular Disease.
       Park City Hospital - Bridgeport CT.
       St Charles Hospital - Long Island, NY.
       The Westerly Hospital – Westerly, RI.
       Guy's Hospital - London, England.
       Plymouth Hospital – Plymouth, NH.
       Norfolk General Hospital - Norfolk, VA.
       Memorial Hospital – Manchester, CT.
       Togus VA Hospital – Togus, ME.
       McGill University, Royal Victoria Hospital – Montreal, Canada.
       Jewish General Hospital - Montreal, Canada.
       Rosemont Hospital – Montreal, Canada.
       Hospital Dieu - Quebec City, Canada.
       Hospital L'Enfant Jesus - Quebec City, Canada.

David R. Campbell, M.D.
Curriculum Vitae
19 - 30

1989    Grand Rounds on Abdominal Aneurysms and Diabetic Foot Management.
        Sancta Maria Hospital – Cambridge, MA.
        Woonsocket Hospital – Woonsocket, RI.
        Millard Fillmore Hospital – Buffalo, NY.
        Centre Hospitalier de l'Universite de Sherbrooke – Montreal, Canada.
        Our Lady of Victory Hospital - Lakawanna, NY.
        Kings College Hospital – London, England.
        Manchester Royal Infirmary - London, England.
        Royal Victoria Hospital – Belfast.
        Noble Hospital – Westford, MA.
        University Medical Centre – Halifax, Nova Scotia.

1990    Grand Rounds on Diabetic Foot Management.
        New England Sinai hospital – Stoughton, MA.
        Goddard Medical Associates - Brockton, MA.
        St Elizabeths Hospital - Boston, MA.
        New England Rehabilition Hospital - Woburn, MA.

1991    Grand Rounds on Diabetic Foot Management.
        Southwood Community Hospital - Norfolk, MA.
        West Penn Hospital - Pittsburg, PA.
        Newton-Wellesley Hospital – Newton, MA.

1992    Grand Rounds on Treatment of Peripheral Vascular Disease and  Diabetic Foot Management.
        Ottawa General Hospital – Ottawa, Canada.
        Ottawa Area Community Hospital - Ottawa, Canada.
        Ottawa Civic Hospital - Ottawa, Canada.
        Hanover General hospital - Hanover, PA.

1993    Grand Rounds on Diabetic Foot Management and Carotid Artery Disease.
        Anna Jacques Hospital - Newburyport, MA.
        York Hospital - York, PA.

1994    Grand Rounds on Acute Limb Ischemia and Diabetic Foot Management.
        Falmouth Hospital – Falmouth, MA.
        Royal South Hants Hospital - Southhampton, England.

1995    Grand Rounds on Carotid Artery Disease.
        Falmouth Hospital – Falmouth, MA.

David R. Campbell, M.D.
Curriculum Vitae
20 - 30

1996    Grand Rounds on Carotid Artery Disease.
        Sturdy Memorial Hospital - Attleboro, MA.

2000    Grand Rounds on Vietnam Experience.
        Beth Israel Deaconess Medical Center - Boston, MA.

2004    Grand Rounds. Update on Distal Bypass Surgery.
        Southampton Medical School – UK.


## E. Report of Clinical Activities

I am a general vascular surgeon with a tertiary referral practice. I have a special interest in diabetic vascular disease. I have arguably the largest vascular practice in Boston with a high degree of complexity particularly as regards to distal bypass. I have performed over 2,000 distal bypasses, 1,000 carotid reconstructions and 500 aortic procedures. In a typical year, I do 150 distal bypasses, 100 carotids and 50 aortic procedures. Clinical contributions include performing the first thoraco-abdominal aneurysm resection at the New England Deaconess Hospital in 1981, the first in situ bypass at New England Deaconess in 1983 and the first dorsalis pedis bypass in the Boston area in 1985. As our reported series for dorsalis pedis bypass (1000) cases is ten times larger then any other, I think it is fair to say that I have the largest individual experience with the dorsalis pedis bypass in the world. All of our cases are entered into a registry and results regularly published so my outcomes are part of the public record.


## PART III. BIBLIOGRAPHY

## ORIGINAL REPORTS

1.    **Campbell DR**, Hoar CS, Gibbons GW. The use of arm veins in femoral-popliteal bypass grafts. Ann Surg l979;l90:740-742.

2.    **Campbell DR**, Hoar CS. Autogenous vein for arterial bypass: Alternative to the saphenous vein. Proc. of Serono Symposia, ed. Stipa & Cavallero. 1982;44:203-209.

3.    **Campbell DR**, Hoar CS, Wheelock FC. Carotid artery surgery in diabetic patients. Arch Surg 1984;119:1405-1407.

4.    Fearon J, **Campbell DR**, Hoar CS, Gibbons GW, Rowbotham JL, Wheelock FC. Improved results with diabetic below knee amputations. Arch Surg l985;l20:777-780.

5.    **Campbell DR**, Bartlett FF. Postoperative pseudomonas urinary tract infections as a source of

David R. Campbell, M.D.
Curriculum Vitae
21 - 30

bacterial contamination of an autogenous vein graft. J Vasc Surg 1987;5:492-494.

6.    Miller A, **Campbell DR**, Gibbons GW,Pomposelli FB, Freeman DV, Jepsen SJ, Lees RS, Isaacsohn JL, Purcell D, Bolduc M, LoGerfo FW.   Routine intraoperative angioscopy in lower extremity revascularization.  Arch Surg 1989;124:604-608.

7.    Lane SE, Lewis SM, Pippin JJ, Kosinski EJ, **Campbell DR**, Neton RW, Hill T.   Predictive value of quantitative dipyridamole-thalliumscintigraphy in assessing cardiovascular risk after vascular surgery in diabetes mellitus.  Am J Cardiol 1989;64:1275-1279.

8.    Pomposelli FB, Jepsen SJ, Gibbons GW, **Campbell DR**, Freeman DV, Miller A, LoGerfo FW.  Efficacy of the dorsal pedal bypass for limb salvage in diabetic patients:  Short term observations. J Vasc Surg 1990;11;745-52

9.    Miller A, Jepsen SJ, Stonebridge PA, Tsoukas A, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR**, Schoen FJ, LoGerfo FW.  New angioscopic findings in graft failure after infrainguinal bypass. Arch Surg 1990;125:749-755.1990;11:745-752.

10.   Miller A, Stonebridge PA, Jepsen SJ, Tsoukas A, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR**, LoGerfo FW.  Continued  experience with routine intraoperative angioscopy for monitoring infrainguinal bypass grafting.  Surg 1991;109:286-293.

11.   Miller A, Stonebridge PA, Tsoukas A, Kwolek CJ,Brophy CM, Gibbons GW, Freeman DV, Pomposelli FB, **Campbell DR,** LoGerfo FW.  Angioscopically directed valvulotomy:  A new valvulotome and technique.  J Vasc Surg 1991;13:813-821.

12.   Pomposelli FB, Jepsen SJ, Gibbons GW, **Campbell DR**, Freeman DV, Gaughan BM, Miller A, LoGerfo FW.  A flexible approach to infra-popliteal vein graft in patients with diabetes mellitus.  Arch Surg 1991;126:724-729.

13.   Stonebridge PA, Miller A, Tsoukas A, Brophy CM, Gibbons GW, Freeman DV, Pomposelli FB, **Campbell DR,** LoGerfo FW.  Angioscopy of  arm vein infrainguinal bypass grafts.  Ann Vasc Surg 1991;5:170-175.

14.   Stonebridge PA, Tsoukas A, Pomposelli FB, Gibbons GW, **Campbell DR,** Freeman DV, Miller A, LoGerfo FW.  Popliteal-to-distal bypass grafts for limb salvage in diabetics.  Eur J. Vasc Surg 1991;5:265-269.

15.   Stokes K, Strink H, **Campbell DR**, Gibbons GW, Wheeler HG, Clouse ME.  Five year result of iliac and femoropopliteal angioplasty in diabetic patients.  Radiology 1991;174:977-982.

16.  Kwolek C, Miller A, Stonebridge P, Lavin P. Lewis DP, Tannenbaum GA, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR,** LoGerfo FW. Safety of saline irrigation for angioscopy: Results of a prospective randomized trial. Ann Vasc Surg l992;6:62-68.

17.  LoGerfo FW, Gibbons GW, Pomposelli FB, **Campbell DR**, Freeman DV, Miller A, Quist WC. Evolving trends in the management of the diabetic foot. Arch Surg l992:l27:6l7-62l.

18.  Kwolek C, Pomposelli FB, Tannenbaum GA, Brophy CM, Gibbons GW, **Campbell DR**, Freeman DV, Miller A, LoGerfo FW. Peripheral vascular bypass in juvenile onset diabetes mellitus: Are aggressive revascularization attempts justified? J Vasc Surg l992;l5:394-40l.

19.  Tannenbaum GA, Pomposelli FB, Marcaccio EJ, Gibbons GW, **Campbell DR**, Freeman DV, Miller A, LoGerfo FW. Safety of vein bypass grafting to the dorsalis pedis artery in diabetic patients with foot infections. J Vasc Surg l992;l5:982-988.

20.  Marcaccio EJ, Miller A, Tannenbaum GA, Lavin PT, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR**, LoGerfo FW. Angioscopically directed interventions improve arm vein bypass grafts. J Vasc Surg l993;l7:382-398.

21.  Miller A, Marcaccio EJ, Tannenbaum GA, Kwolek CJ, Stonebridge PA, Lavin PT, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR,** LoGerfo FW. Comparison of angioscopy and angiography for monitoring infrainguinal bypass vein grafts: Results of a prospective randomized trial. J. Vasc Surg l993;382-398.

22.  Pomposelli FB, Basile P, **Campbell DR,** LoGerfo FW. Salvaging the ischemic transmetatarsal amputation through distal arterial reconstruction. JAPMA l993;83:87-90.

23.  Gibbons GW, Marcaccio EJ, Burgess AM, Pomposelli FB, Freeman DV, **Campbell DR**, Miller A, LoGerfo FW. Improved quality of diabetic foot care, l984 vs l990: Reduced length of stay and costs, insufficient reimbursement. Arch Surg l993, l28:576-58l.

24.  Holzenbein TJ, Miller A, Tannenbaum GA, Contreras MA, Lavin PT, Gibbons GW, **Campbell DR,** Freeman DV, Pomposelli FB, LoGerfo FW. The role of angioscopy in reoperation for the failing or failed infrainguinal vein bypass graft. Ann Vasc Surg l994;8:74-9l.

25.  Rosenblum BI, Pomposelli FB, Giurini JM, Gibbons GW, Freeman DV, Chrzan JS, **Campbell DR**, Habershaw G, LoGerfo FW. Maximizing foot salvage by a combined approach to foot ischemia and neuropathic ulceration in patients with diabetes mellitus: A five-year experience. Diabetes Care 1994;17:983-987.

David R. Campbell, M.D.
Curriculum Vitae
23 - 30

26.    Pomposelli FB, Marcaccio EJ, Gibbons GW, **Campbell DR,** Freeman DV, Burgess AM, LoGerfo FW. Dorsalis pedis arterial bypass: Durable limb salvage for foot ischemia in patients with diabetes mellitus. J Vasc Surg 1995;21:375-384.

27.    Gibbons GW, Burgess AM, Guadagnoli E, Pomposelli FB, Freeman DV, **Campbell DR**, Miller A, Marcaccio EJ, Nordberg P, LoGerfo FW. Return to well being and function after infrainguinal revascularization. J Vasc Surg 1995;21:35-45.

28.    Pomposelli FB, Marcaccio E, Gibbons GW, **Campbell DR**, Freeman DV, Miller A, Burgess AM, LoGerfo FW. Dorsalis pedis arterial bypass:    Durable limb salvage for foot ischemia in patients with diabetes mellitus. J. Vasc Surg 1995;21:375-384.

29.    Holzenbein TJ, Pomposelli FB, Miller A, Gibbons GW, **Campbell DR,** Freeman DV, LoGerfo FW. The upper arm basilic-cephalic loop for distal bypass grafting: Technical consideration and followup. J Vasc Surg 1995;21:586-594.

30.    Holzenbein T, Pomposelli FB, Miller A, Contreras MA, Gibbons GW, **Campbell DR**, Freeman DV, LoGerfo FW. Results of a policy using arm veins as the first alternative to an unavailable ipsilateral greater saphenous vein for infrainguinal bypass. J Vasc Surg 1996; 23:130-140.

31.    Veves A, Donaghue VM, Sarnow MR, Giurini JM, **Campbell DR,** LoGerfo FW. The impact of reversal of hypoxia by revascularization in the peripheral nerve function of diabetic patients. Diabetolgia 1996; 39:344-348.

32.    Misare BD, Pomposelli FB, Gibbons GW, **Campbell DR,** Freeman DV, LoGerfo FW. Infrapopliteal bypasses to severely calcified, unclampable outflow arteries: Two year results. J Vasc Surg 1996; 24:6-16.

33.    Pierce ET, Pomposelli FB Jr, Stanley GD, Lewis KP, Cass JL, LoGerfo FW, Gibbons GW, **Campbell DR,** Freeman DV, Halpern E, Bode RH Jr. Anesthesia type does not influence early graft patency or limb salvage of lower extremity arterial bypass. J Vasc Surg 1997; 25:226-33.

34.    Akbari CM, Pomposelli FB Jr, Gibbons GW, **Campbell DR,** Freeman DV, LoGerfo FW. Diabetes mellitus: A risk factor for carotid endarterectomy? J Vasc Surg 1997; 25:1070-6.

35.    Pomposelli FB, Arora S, Gibbons GW, Frykberg RG, Smakowski P, **Campbell DR,** Freeman DV, LoGerfo FW. Lower extremity arterial reconstruction in the elderly: Successful outcome preserves not only the limb but also residential status and ambulatory function. J Vasc Surg 1998; 28:215-225.

36.    Hamdan AD, Pomposelli FB, Gibbons GW, **Campbell DR,** LoGerfo FW. Renal insufficiency and altered post-operative risk in carotid endarterectomy. J Vasc Surg 1999 :29:1006-11.

David R. Campbell, M.D.
Curriculum Vitae
24 - 30

37.   Hamdan AD, Pomposelli FB, Gibbons GW, **Campbell DR,** LoGerfo FW.
      Perioperative strokes following 1001 consecutive carotid endarterectomy procedures without an
      electroencephalogram: Incidence, mechanism and recovery. Arch Surg 1999. Apr: 134(4): 412-5.

38.   Berceli SA, Chan AK, Pomposelli FB Jr, Gibbons GW, **Campbell DR,** Akbari CM, Broph DT,
      LoGerfo FW. Efficacy of dorsal pedal artery bypass limb salvage for ischemic heel ulcer. J Vasc Surg.
      1999; 30(3):499- 508.

39.   Akbari CM, Pulling BA, Pomposelli FB, Gibbons GW, **Campbell DR,** LoGerfo FW. Gender and
      carotid endarterectomy: Does it matter? J of Vascular Surg. 31 6 1103-1109.

40.   Faries PL, LoGerfo FW, Arora S, Pulling MC, Rohan DI, Akbari CM, **Campbell DR**, Gibbons GW,
      Pomposelli FB, Arm vein conduit is superior to composite prosthetic- autogenous grafts in lower
      extremity revascularization. J of Vasc Surg. 31 6 1119-1127

41.   Akbari CM, Pomposelli FB Jr, Gibbons GW, **Campbell DR**, Pulling MC,    Mydlarz D, LoGerfo
      FW. Lower Extremity Revascularization in Diabetes: Late Observations. Arch Surg. 2000;
      135(4):452-6.

42.   Faries PL, Arora S, Pomposelli FB Jr, Pulling MC, Smakowski P,   Rohan DI, Gibbons GW, Akbari
      CM, **Campbell DR**, LoGerfo FW.The   Use of Arm Vein in Lower-Extremity Revascularization:
      Results   of 520 Procedures Performed in Eight Years. J Vasc Surg 2000;  31(1):50-9.

43.   Faires PL, Logerfo FW, Arora S, Hook S, Pulling MC, Akbari CM, **Campbell DR**, Pomposelli FB Jr.
      A comparative study of alternative conduits for lower extremity revascularization: all-      autogenous
      conduit versus prosthetic grafts.J Vasc Surg. 2000 Dec; 32(6):1080-90.

44.   Hamdan AD, Rayan SS, Hook SC, **Campbell DR**, Akbari CM, LoGerfo FW, Pomposelli FB.
      Bypasses to Tibial Vessels Using Polytetrafluoroethylene as the Solo Conduit in a Predominantly
      Diabetic Population. *Vasc Surg 35:TJ, 2001.*

45.   Rayan SS, Hamdan AD, **Campbell DR**, Akbari CM, Hook SC, Skillman J, LoGerfo FW, Pomposelli
      FB. Is Diabetes a Risk Factor for Patients Undergoing Open Abdominal Aneurysm Repair? *Vasc Surg
      34:T1-T8, 2001.*

46.   Faries PL, LoGerfo FW, Hook SC, Pulling MC, Akbari CM, **Campbell DR**, Pomposelli FB Jr. The
      impact of Diabetes on Arterial Reconstructions for Multilevel Arterial Disease. Am J Surg. 2001;
      181(3):251-5.

David R. Campbell, M.D.
Curriculum Vitae
25 - 30

47.    Faries PL, Brophy D, LoGerfo FW, Akbari CM, **Campbell DR**, Spence LD, Hook SC, Pomposelli FB Jr. Combined iliac angioplasty and infrainguinal revascularization surgery are effective in diabetic patients with multilevel arterial disease. Ann Vasc Surg. 2001 Jan; 15(1) 67-72.

48.    Ramdev P, Rayan SS, Sheahan M, Hamdan AD, LoGerfo FW, Akbari CM, **Campbell DR**, Pomposelli FB JR. A Decade Experience With Infrainguinal Revascularization in a Dialysis-Dependent Patient Population. J Vasc Surg 2002; 36 (No.5):969.

49.    Hamdan AD, Rayan SS, Hook SC, **Campbell DR**, Akbari CM, LoGerfo FW, and Pomposelli FB Jr. . The Use of Polytetrafluoroethylene in Bypasses to Tibial Vessels. *Vascular and Endovascular Surgery*, 2002 Jan-Feb;36(1) 59-65.

50.    Hamdan AD, Saltzberg SS, Sheahan M, Froelich J, Akbari CM, **Campbell DR**, LoGerfo FW and Pomposelli FB Jr. Lack of Association of Diabetes With Increased Postoperative Mortality and Cardiac Morbidity. *Archives of Surgery*, 2002;137:417-21.

51.    Kansal N, LoGerfo FW, Belfield AK, Pomposelli FB, Hamdan AD, Angle N, **Campbell DR**, Sridhar A, Freischlag JA, Quinones-Baldrich W."A comparison of antegrade and retrograde mesenteric artery bypass." *Annals of Vascular Surgery,* 2002 Sept;16(5) 591-75

52.    Ramdev P, Rayan SS, Sheahan M, Hamdan AD, LoGerfo FW , Akbari CM, **Campbell DR**, Pomposelli FB Jr., and. A decade experience with infrainguinal revascularization in a dialysis-dependant patient population: *J Vasc Surg 2002 Nov 36(5) 969-74.*

53.    McArthur CS, Sheahan M, Pomposelli FB, Dayko A, Belfield AK, **Campbell DR**, LoGerfo FW, and Hamdan AD. Infrainguinal Revascularization After Renal Transplantation. *Journal of Vascular Surgery* 2003 June 37(6):1181-5.

54.    Pomposelli FB, Kansal N, Hamdan AD, Belfield A, Sheahan M, **Campbell DR**, Skillman JJ, Logerfo FW. A Decade of Experience with Dorsalis Pedis Artery Bypass: analysis of outcome of more than 1000 cases; J Vasc Surg. 2003 Feb;37(2):307-15.

55.    Hamdan AD, Rayan SS, Hook SC, **Campbell DR**, Akbari CM, LoGerfo FW, Pomposelli FB Jr. Bypasses to Tibial Vessels Using Polytetrafluoroethylene as the Solo Conduit in Predominantly Diabetic Population. Vasc Endovascular Surg. 2002 Jan-Feb;36(1):59-63.

56.    McArthur CS, Sheahan MG, Pomposelli FB Jr, Dayko A, Belfield AK, Veraldi J, **Campbell DR**, Skillman JJ, LoGerfo FW, Hamdan AD. Infrainguinal Revascularization After Renal Transplantation. J Vasc Surg 2003 June; 37(6):1181-5.

David R. Campbell, M.D.
Curriculum Vitae
26 - 30

57.    Domenig C, Hamdan AD, Belfield AK, **Campbell DR**, Skillman JJ, LoGerfo FW, Pomposelli FB Jr. Recurrent Stenosis and Contralateral Occlusion: high-risk situations in carotid endarterectomy? Ann Vasc Surg. 2003 Nov;17(6):622-8. Epub 2003 Oct 23.

58.    Saltzberg SS, Pomposelli FB Jr, Belfield AK, Sheahan MG, **Campbell DR**, Skillman JJ, LoGerfo FW, Hamdan AD. Outcome of Lower-Extremity Revascularization in Patients Younger than 40 years in a Predominantly Diabetic Population. J Vasc Surg. 2003 Nov;38(5):1056-9.

59.    Aulivola B, Hile CN, Hamdan AD, Sheahan MG, Veraldi JR, Skillman JJ, **Campbell DR**, Scovell SD, LoGerfo FW, Pomposelli FB Jr. Major Lower Extremity Amputation: outcome of a modern series. Arch Surg. 2004 April;139(4):395-9; discussion 399.

60.    Aulivola B, Hamdan AD, Hile CN, Sheahan MG, Skillman JJ, **Campbell DR**, Scovell SD, LoGerfo FW, Pomposelli FB Jr. Popliteal Artery Aneurysms: a comparison of outcomes in elective versus emergent repair. J Vasc Surg. 2004 June;39(6):1171-7.

61.    Hughes K, Domenig CM, Hamdan AD, Schermerhorn M, Aulivola B, Blattman S, **Campbell DR,** Scovell SD LoGerfo FW, Pomposelli FB., Jr.Bypass to plantar and tarsal arteries; An acceptable approach to limb salvage. J Vasc Surg. 2004 Dec 40 (6);1149-1157.

62.    Monahan TS, Shrikhande GV, Pomposelli FB Jr., Skillman J, **Campbell DR**, Scovell SD, LoGerfo FW, Hamdan A.   Preoperative cardiac evaluation does not improve or predict perioperative or late survival in asymptomatic diabetic patients undergoing elective infrainguinal arterial reconstruction.  J Vasc Surg.  2005 Jan 41 (1); 38-45.

63.    Domenig CM, Hamdan AD, Holzenbein TJ, Kansal N, Aulivola B, Skillman JJ, Campbell DR, LoGerfo FW, Pomposelli FB Jr.  Timing of Pedal Bypass Failure and Its Impact on the Need for Amputation.  Ann Vasc Surg. 2005 Jan;19(1):56-62.

## Review Articles:

1. **Campbell DR.** Carotid artery disease. Diabetes Educator l985; ll:37-40.

2. **Campbell DR**. Vascular surgery and the national health service. J Med l987;l8:26l-262.

3. LoGerfo FW, Pomposelli FB, Freeman DV, **Campbell DR**, Gibbons GW. Peripheral vascular disease in diabetes mellitus: Implications for surgical management. Surgical Rounds l99l;l4:l055-l060.

4. **Campbell DR**. Vascular disease in diabetes: Pitfalls in diagnosis    and management. Diabetes

David R. Campbell, M.D.
Curriculum Vitae
27 - 30

Directions 1996;2:4-5.

5.  Rayan SS, Hamdan AD, **Campbell DR**, Akbari CM, Hook SC, Skillman J, LoGerfo FW, and Pomposelli FB Jr. Is Diabetes a Risk Factor for Patients Undergoing Open Abdominal Aortic Aneurysm Repair? *Vascular and Endovascular Surgery*, 2002 Jan-Feb;36(1) 33-41.

6. **Campbell DR.** Surgeon leads medical education program. Bulletin American College of Surgeons Nov 2004 Vol 89 No 11 p8-16.

### Books and other Monographs:

### Editor.

1.      Kozak GP, Hoar CS, Rowbotham JL, Wheelock FC, Gibbons GW, **Campbell DR.** Management of diabetic foot problems: for students and practitioners of medicine and the other health sciences. 1st ed. Philadelphia: WB Saunders, 1984.
2.      Kozak GP, **Campbell DR,** Frykberg RG, Habershaw, GM. Management of  Diabetic Foot Problems. 2nd ed. Philadelphia. WB Saunders. 1995.
3.      Kozak GP, **Campbell DR**, Frykberg RG, Habershaw GM. Tratamento do pe diabetico. Secunda ed. Philadelphia: WB Saunders, 1996.

David R. Campbell, M.D.
Curriculum Vitae
28 - 30

## Book Chapters:

1.  Gibbons GW, **Campbell DR**. Non-invasive diagnositic studies. In:    Management of diabetic foot problems: Kozak GP, Hoar CS, Rowbotham JL, Wheelock FC, Gibbons GW, Campbell DR. eds. lst ed. Philadelphia: WB Saunders. l984:l59-l72.

2.  Hoar CS, **Campbell DR**. Aortoiliac reconstruction. In: Management of diabetic foot problems: Kozak GP, Hoar CS, Rowbotham JL, Wheelock FC, Gibbons GW, Campbell DR. eds. lst ed. Philadelphia. WB Saunders. l988:4l9-432.

3.  **Campbell DR**. Surgical management of the diabetic foot. In: Limb salvage and amputation for vascular disease. Greenhalgh RM, Jamieson CW, Nicholaides AN. eds. lst ed. Philadelphia. WB Saunders. l988:4l9-432.

4.  **Campbell DR.** Diabetic vascular disease. In: The high risk foot in diabetes mellitus: Frykberg RG. ed. lst ed. New York, NY Churchill Livingston, Inc. l99l:33-47.

5.  **Campbell DR,** Freeman DV, Kozak GP. Guidelines in the examination of the diabetic leg and foot. In: Management of diabetic foot problems: Kozak GP, Campbell DR, Frykberg RG, Habershaw GM. eds. 2nd ed. Philadelphia. WB Saunders, l995:l0-l5.

6.  **Campbell DR,** Freeman DV. Aortoiliac reconstruction. In: Management of diabetic foot problems: Kozak GP, Campbell DR, Frykberg RG, Habershaw GM, eds. 2nd ed. Philadelphia. WB Saunders. l995:l84-l93.

7.  **Campbell DR,** Wheelock FC, Gibbons GW. Amputations. In: Management of diabetic foot problems: Kozak GP, **Campbell DR,** Frykberg RG, Habershaw GM. eds. 2nd ed. Philadelphia. WB Saunders. l995:226-25l.

8.  **Campbell DR.** Peripheral Arterial Insufficiency. In:Primary Care A Collaborative Practice. Buttaro TM, TrybulskiJ, Bailey PP, Sandberg-Cook J. eds. 1st ed. Mosby 1999: 453-456.

9.  **Campbell DR**. Peripheral Venous Insufficiency. In:Primary Care A Collaborative Practice. Buttaro TM, TrybulskiJ, Bailey PP, Sandberg-Cook J. eds. 1st ed. Mosby 1999: 457-461.

10.  **Campbell DR,** Hamdan AD, Pomposelli FB Jr., and LoGerfo FW. Pathobiology of the Diabetic Foot. The Current Role of Amputations in Treatment of Patients with Diabetes.Podiatry Management, January 2000.

David R. Campbell, M.D.
Curriculum Vitae
29 - 30

11.    **Campbell DR,** Hamdan AD, Pomposelli FB Jr., and LoGerfo FW.  Pathobiology of the Diabetic Foot. The Current Role of Amputations in Treatment of Patients with Diabetes.  Podiatry Management, January 2000.

12.    Pomposelli FB, **Campbell DR.** Vascular Surgery for the Diabetic Foot. In The Diabetic Foot Veves A, Giurini JM, LoGerfo FW,  Humana Press 2002.

13.    **Campbell DR.** Peripheral Arterial Insufficiency. In:Primary Care A     Collaborative Practice. Buttaro TM, TrybulskiJ, Bailey PP,Sandberg-Cook J. eds. 2nd ed. Mosby 2003: 442-450.

14.    **Campbell DR**. Peripheral Venous Insufficiency. In:Primary Care A Collaborative Practice. Buttaro TM, TrybulskiJ, Bailey PP, Sandberg-Cook J. eds. 2nd ed. Mosby 2003: 451-455.

## Non-Print Materials:

1.    Miller A, Bolduc M, **Campbell DR,** Freeman DV, Gibbons GW, Pomposelli FB, Purcell D, Isaacsohn J, Lees RS, LoGerfo FW.     Angioscopy in vascular surgery.  Scientific Exhibits. 75th Clinical Congress of American College of Surgeons,     Chicago, IL.  October 1988.

2.    Miller A, **Campbell DR,** Gibbons GW, Pomposelli FB, Freeman DV, LoGerfo FW, Bolduc M, Isaacsohn J, Lees RS. Intraoperative angioscopy in lower extremity revascularization: A useful and cost-effective procedure.  Vascular Surgery Motion Picture     Sessions. 75th Clinical Congress of American College of Surgeons, Chicago, IL.  October 1988.

3.    Miller A, Jepsen S, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR,** LoGerfo FW. Intraoperative angioscopy in infra-inguinal bypass grafting: Endovascular findings and graft failure. International Society for Cardiovascular Surgery, Joint Annual Meeting: Video Session. June 19-21, 1989. New York, NY.

4.    Miller A, Stonebridge PA, Jepsen SJ, Tsoukas A, Gibbons GW,  Pomposelli FB, Freeman DV, **Campbell DR,** LoGerfo FW.  Intraoperative  angioscopy: Current practice and future trends. Scientific Exhibits American College of Surgeons Clinical Congress, Atlanta, GA. October 1989.

5.    Miller A, Stonebridge PA, Jepsen SJ, Tsoukas A, Gibbons GW, Pomposelli FB, Freeman DV, **Campbell DR**, LoGerfo FW.  Angioscopy: New intraoperative and percutaneous applications. Scientific Exhibits.  Clinical Congress of American College of Surgeons, San Francisco, CA.  October 1990.

```
David R. Campbell, M.D.
   Curriculum Vitae
       30 - 30
```

**Book Reviews:**

1.  Manual of Vascular Surgery, New England Journal of Medicine,Vol.316, No.1, January,1987, p.56.

2.  Surgery for Cerebrovascular Disease, New England Journal of Medicine. Vol.318, No.16, April, 1988, p.1073.

3.  The Diabetic Foot, New England Journal of Medicine, Vol.319, No.1, July, 1988, p.59-60.

4.  Haimovici's Vascular Surgery, New England Journal of Medicine, Vol.321, No.25, December,1989, p.1764.

5.  A History of Vascular Surgery, New England Journal of Medicine, Vol.323, No.19, November,1990, p.1357.

6.  Diabetes Care, Journal of the American Diabetes Association, Regular Reviews, 1992-1995.