UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and <br> JUDITH EMDE <br>    Plaintiff <br><br> v. <br><br> DAVID SMITH, M.D., <br> AMY ANDERSON, M.D., <br> R. WESLEY FARRIS, M.D., <br> ALLEN JEREMIAS, M.D., and <br> MIDDLESEX SURGICAL ASSOCIATES, INC. <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11987MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT, AMY ANDERSON, M.D.'S**
**RULE 26 FURTHER EXPERT WITNESS DISCLOSURES**

3.   Dr. Claire T. Cronin
     2000 Washington Street, Suite 365
     Newton, Massachusetts 02462

Dr. Cronin is compensated at a rate of $350 per hour for case review, and $400 per hour for deposition and trial testimony.

A copy of Dr. Cronin's signed report and curriculum vitae are both attached.

Defendant reserves the right to supplement in a timely manner.

                                                  _____
                                                  BARBARA HAYES BUELL, ESQUIRE
                                                  BBO #063480
                                                  CHAD P. BROUILLARD
                                                  BBO # 657419
                                                  BLOOM & BUELL
                                                  Attorney for Defendant,
                                                     Amy Anderson, M.D.
                                                  1340 Soldiers Field Road, Suite 2
                                                  Boston, MA 02135
                                                  (617) 254 - 4400

Dated: September 25, 2006

# NEWTON-WELLESLEY SURGEONS, INC.

**JAMES K. VERNON, M.D.**
*General Surgery*

**MORTON G. KAHAN, M.D.**
*General Surgery*

**P. vonRYLL GRYSKA, M.D.**
*General Surgery*

**JOANNA M. SENTISSI, M.D.**
*General Surgery/Vascular Surgery*

**CLAIRE T. CRONIN, M.D.**
*General Surgery*

September 22, 2006

Chad Brouillard
1340 Soldiers Field Road
Suite Two
Boston, MA 02135

RE: Emde vs Amy Anderson MD

Dear Mr. Brouillard:

At your request I have reviewed the medical records for William Emde's admission to Winchester Hospital during the period of 11/18/03-11/23/03, the depositions of Drs. David Smith and Amy Anderson and the discharge summary from Boston Medical Center (11/23/03-11/26/03).

The following opinions are based on a reasonable degree of medical certainty and on 6 years of surgical practice as a general surgeon. I am Board Certified by the American College of Surgeons and am licensed in the state of Massachusetts.

Dr. Amy Anderson, a general surgeon at Winchester Hospital was the covering physician for Middlesex Surgical Associates on the week-end of November 22-23, 2003. In her deposition, she states she was given the name of Mr William Emde and told the procedure he underwent and asked to round on him by her partner. According to the records provided, Mr. Emde's vascular surgeon is Dr. Kelly Cornell but he was operated on by Dr. William Breckwoldt. It is not clear which of these two physicians provided Dr. Anderson with the sign out on Mr. Emde. Either way, she states she was not informed of the fact that he had an epidural analgesia for his left bypass graft revision on Wednesday, November 19, 2003.

The epidural was placed in the space between the 3rd and 4th lumbar vertebrae by the anesthesiologist at 1:45pm on the day of surgery. Mr. Emde's coagulation profile was normal prior to placing the epidural. It was removed by the anesthesia staff without incident on the following day at 10:45pm, after the heparin had been held for 12 hours. The heparin was restarted 2 hours later at 12:45 am on 11/21/03. At no point throughout Mr. Emde's admission was the PTT/PT/INR supra-therapeutic. In fact the INR was never therapeutic, and the PTT was normal prior to removing the epidural (2:30pm on 11/20/03) and six hours after it was removed (6:45 am 11/21/03). At no time previous to Dr. Anderson's first encounter with Mr. Emde on Saturday November 22, is there any indication of a complication from the epidural.

It is my opinion that Dr. Amy Anderson was not neglectful in the management of Mr. Emde's care between Saturday November 22nd and Sunday November 23rd, 2003. She did not order, place, remove or even know about the epidural catheter that Mr. Emde received for his bypass graft revision. On the morning of Saturday November 22nd, when Dr. Anderson first rounded on Mr. Emde, she acknowledged his complaint of left groin and back pain and examined him. She demonstrated concern for his complaints by constructing a reasonable differential diagnosis that included a retroperitoneal hematoma, pseudoaneurysm, pain from the angiogram, and later in the day chronic back pain in a bedridden patient. A plan of action was developed early that morning that consisted of checking his hematocrit and if it was low ordering an abdominal CAT scan.

2000 WASHINGTON STREET, SUITE 365
NEWTON, MASSACHUSETTS 02462
www.nwsurgeons.com

TELEPHONE (617) 244-5355
FACSIMILE (617) 244-8662
email: nws@nwh.org

*ALL PHYSICIANS CERTIFIED BY THE AMERICAN BOARD OF SURGERY*

-2-                                                September 22, 2006

When she was next notified by Dr David Smith at 1 am on Sunday November 23rd 2003, that Mr. Emde was experiencing a constellation of strange symptoms that included lower abdominal pain, nausea, hypertension, right arm and shoulder discomfort and reduced sensation in his legs, in the setting of a normal abdominal and head CAT scan, the most common diagnosis of a stroke and retroperitoneal bleeds were ruled out. Without the knowledge of an epidural catheter, these nonfocal symptoms that Mr. Emde was experiencing, would not lead the average general surgeon to diagnose an epidural bleed. Epidural bleeds are a rare occurrence and not commonly encountered in the daily practice of a general surgeon. One might presume that the abdominal CAT scan which was performed for Mr. Emde's abdominal symptoms later in the day, being read as normal would rule out a large epidural bleed.

Despite the negative imaging studies, Dr. Anderson held the heparin presumably in case the studies were misread or a bleed was not evident at this point. She directed Dr. Smith to consult the neurologist on call that night even though the intensivist's recommendations were to consult neurology in the morning. These are appropriate and reasonable actions in this setting, with the information that she was given. According to Dr. Anderson's deposition, she was unaware that Mr. Emde had lost both motor and sensory function of the lower extremities. It is clear that a sense of urgency was not communicated to her by Dr. Smith otherwise she would have come in to examine Mr. Emde and she would not have accepted the proposed neurology plan for an MRI in the morning.

The following morning when Dr. Anderson learned that Mr. Emde had an epidural for his surgery and was insensate and unable to move his legs, she took action. Despite Dr. Cornell, the patient's physician being present in the hospital on Sunday 11/23/03 at 9am, it was Dr. Anderson who contacted radiology and set up the spinal CAT scan. It was Dr. Anderson, who on learning of the epidural hematoma, spoke with the neurosurgeon Dr. Ameri, and arranged for Mr. Emde's transfer to Boston Medical Center for treatment. Once again demonstrating concern for Mr. Emde's condition and taking charge of his care.

Mr. Emde experienced an extremely rare phenomenon in having a delayed epidural hematoma. This is an unfortunate event whose explanation can not be simplified to an accusation of neglect concerning Dr. Anderson's care of Mr. Emde. At no point between November 22 and November 23 2003 did Dr. Anderson not meet the accepted standard of surgical care in Massachusetts in 2003.

Respectfully,

*[signature]*

Claire Cronin, MD FACS

CLAIRE T. CRONIN, M.D.

2000 Washington Street          Telephone (617) 244-5355
Newton, MA  02462               Facsimile (617) 244-8662

EDUCATION:

| | | |
|---|---|---|
| 1990-1995 | Tufts University School of Medicine<br>Boston, Massachusetts | Doctorate in Medicine |
| 1986-1989 | McGill University<br>Montreal, Canada | Master of Science in Physiology |
| 1983-1986 | McGill University<br>Montreal, Canada | Bachelor of Science in Physiology |

POSTDOCTORAL TRAINING:

| | | |
|---|---|---|
| 1999-2000 | Beth Israel Deaconess Medical Center<br>Harvard Medical School<br>Boston, Massachusetts | Chief Resident, Surgery |
| 1997-1999 | Beth Israel Deaconess Medical Center<br>Harvard Medical School<br>Boston, Massachusetts | Resident, General Surgery |
| 1995-1997 | New England Deaconess Hospital<br>Harvard Medical School<br>Boston, Massachusetts | Resident, General Surgery |

AWARDS AND HONORS:

1994        Alpha Omega Alpha Honor Society
1988        Educational Scholarship, Department of Physiology, McGill University
1987        Research Award, Center for the Study of Reproduction, Montreal, Canada
2002-2003   Teaching Surgery Clerkship Award, Tufts University School of Medicine

LICENSURE AND CERTIFICATION:

2000        Massachusetts Board of Registration in Medicine, License #204344
2001        American Board of Surgery, Certificate #46579

EMPLOYMENT:

| | | |
|---|---|---|
| 2000- | Newton Wellesley Surgeons, Inc.<br>Newton, Massachusetts | General Surgeon |
| 1990-1992 | Department of Cardiothoracic Surgery<br>University of Massachusetts Medical Center<br>Worcester, Massachusetts | Research Associate |
| 1991-1992 | Department of Histology<br>Tufts University School of Medicine<br>Boston, Massachusetts | Laboratory Instructor |

| | | |
|---|---|---|
| 1990 | Department of Pharmacology<br>Tufts University School of Medicine<br>Boston, Massachusetts | Research Assistant |
| 1986 | Center for the Study of Reproduction<br>Royal Victoria Hospital<br>Montreal, Canada | Research Fellow |

## SCIENTIFIC AND PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 2006 | Member, New England Surgical Society |
| 2006 | Member, American Society of Breast Disease |
| 2006 | Member, American Society of Breast Surgeons |
| 2004 | Member, Boston Surgical Society |
| 2003-Present | Fellow, American College of Surgeons |
| 1996-2003 | Candidate Group, American College of Surgeons |
| 1991-Present | American Medical Association |
| 1991-Present | Massachusetts Medical Society<br>Vice-President Tufts Student Chapter, 1992-1993 |
| 1991-1994 | American Medical Women's Association, Regional Student Representative to National Meeting, Dallas, TX 1991 |
| 1986-1989 | Center for the Study of Reproduction, Montreal, Canada<br>Presentation of Annual Research Meeting, Montreal, Canada 1998<br>Journal Club Coordinator 1987-1988 |

## HOSPITAL AND ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2006 | Chair, Quality Improvement/Peer Review Committee, Department of Surgery, Newton Wellesley Hospital |
| 2004 | Trustee, Newton Wellesley Hospital |
| 2004 | Cancer Liaison Officer, American College of Surgeons, Newton Wellesley Hospital |
| 2003 | Clinical Director, Comprehensive Breast Center, Newton Wellesley Hospital |
| 2000-present | Assistant Clinical Professor, Tufts University School of Medicine |
| 2001-present | Newton Wellesley Hospital Active Staff |
| 2001-Present | Massachusetts General Hospital Affiliate Surgeon |
| 2001-2003 | Deaconess Waltham Hospital Affiliate Staff |

## ORIGINAL ARTICLES:

1. **Cronin CT**, Keel SB, Grabbe J, Schuler JG. Adult Rhabdomyoma of the Extremity: A case report and review of the literature. Human Pathology, 2000; 31(9): 1074-1080.

2. Sonett J, Pagani FD, Baker LS, Honeyman T, Hsi C, Knox M, **Cronin C**, Landow L, Visner M. Correction of Intramyocardial Hypercarbic Acidosis with Sodium Bicarbonate, Circ Shock, 1994; 42(4): 163-173.

3. Smith MV, Stahl RF, **Cronin CT**, Hsi C, LiJM, Bellisle J, Knox M, Vander Salm TJ. Retrograde Coronary Sinus Perfusion Provides Non-Homogenous Myocardial Blood Flow. <u>Cardiology</u>, 1993; 83(5-6): 331-338.

4. Theoharides TC, Flaris N, **Cronin CT**, Ucci A, Meares E. Mast Cells Associated with Bladder and Prostate Inflammation. <u>Int Arch All Appl Immunol</u>, 1990; 92(3):281-186.

5. Kraeuter-kops, S. Theoharides, TC, **Cronin CT**, Kashgarian MG, Askenase PW. Ultrastructural Characteristics of Rat Peritoneal Mast Cells undergoing Differential Release of Serotonin without Histamine and without Degranulation. <u>Cell Tissue Res</u>, 1990; 262(3): 415-424.