UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
WILLIAM EMDE and                            )
JUDITH EMDE                                 )
        Plaintiffs,                         )
                                            )
v.                                          )       C. A. NO. 04-11987MLW
                                            )
DAVID SMITH, M.D.,                          )
AMY ANDERSON, M.D.,                         )
R. WESLEY FARRIS,                           )
ALLEN JEREMIAS, M.D. and                    )
MIDDLESEX SURGICAL ASSOCIATES, INC.         )
        Defendants                          )
_____ )

### SUPPLEMENTAL EXPERT DISCLOSURE OF THE DEFENDANT, ALLEN JEREMIAS, M.D.

The defendant, Allen Jeremias, M.D., hereby supplements his previously disclosed expert

testimony as follows:

In addition to the previously disclosed report and testimony of Allen Berrick, M.D., the

defendant, Allen Jeremias, M.D., may also call the following expert witness on his behalf:

David Campbell, M.D.
Harvard Medical School
Department of Surgery
110 Francis Street, Suite 9C
Boston, MA 02215


Dr. Jeremias hereby incorporates by reference Dr. Campbell's report, Curriculum Vitae,

and fee schedule which were previously disclosed and filed in this matter by the co-defendant,

Wesley Farris, M.D.

The defendant reserves the right to supplement and amend his expert disclosures based on the expert disclosures of the co-defendants and/or any further expert disclosures from plaintiffs.

> The Defendant,
> ALLEN JEREMIAS, M.D.
> By his attorneys,
>
> */s/ Laura Berg Susich*
>
> _____
> Laura Berg Susich, BBO# 566780
> Sidney W. Adler, BBO# 012660
> Adler, Cohen, Harvey,
> Wakeman & Guekguezian, LLP
> 75 Federal Street, Tenth Floor
> Boston, MA 02110

Dated:

2