UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE and ) | |
| JUDITH EMDE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11987MLW |
| ) | |
| DAVID SMITH, M.D., ) | |
| AMY ANDERSON, M.D. ) | |
| R. WESLEY FARRIS, M.D. ) | |
| ALLEN JEREMIAS, M.D. ) | |
| MIDDLESEX SURGICAL ASSOCIATES ) | |
|     Defendants ) | |

## JOINT MOTION FOR AMENDED SCHEDULING ORDER

NOW COME THE PARTIES, and move for an amendment to the Court's Scheduling Order of November 15, 2006.

1. Mediation of this case has been scheduled for April 17, 2006, the first date available with John Fitzgerald, Esq. (mediator) and all attorneys of record.

2. Should mediation be unsuccessful, all expert depositions are to be completed within ninety days.

3. A final scheduling conference to set a firm trial date is to be held thirty days after the conclusion of the expert deposition period.

## CONCLUSION

For the foregoing reasons, the Joint Motion for Amended Scheduling Order should be allowed.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,


/s/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

| | |
|---|---|
| Attorneys for the Defendant,<br>David Smith, M.D. | Attorneys for the Defendant,<br>Allen Jeremias, M.D. |
| /s/ Daniel Griffin, Jr.<br>Daniel J. Griffin, Jr., Esq.<br>BBO# 211300<br>Attorney Lynda R. Jensen<br>BBO # 652498<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac St.<br>Boston, MA 02114<br>617-227-3240 | /s/ Sidney Adler<br>Sidney Adler, Esq.<br>BBO # 012660<br>Attorney Laura Berg Susich<br>BBO # 566780<br>Adler, Cohen, Harvey,<br>Wakeman & Guekguezian<br>75 Federal Street<br>Boston, MA 02110<br>617-423-6674 |
| Attorney for the Defendants,<br>Amy Anderson, M.D. and<br>Middlesex Surgical Associates | Attorney for the Defendant<br>R. Wesley Farris, M.D. |
| /s/ Barbara Hayes Buell<br>Attorney Barbara Hayes Buell<br>BBO # 063480<br>Bloom & Buell<br>1340 Soldiers Field Road<br>Boston, MA 02135-1020<br>617-254-4400 | /s/ Kenneth Kohlberg<br>Kenneth R Kohlberg, Esq.<br>BBO # 556534<br>McCarthy, Bouley & Barry<br>47 Thorndike Street<br>Cambridge, MA 02141<br>617-225-2211 |

Dated: