UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
WILLIAM EMDE and                       )
JUDITH EMDE                            )
    Plaintiffs,                        )
                                       )
    v.                                 )   C. A. NO. 04-11987MLW
                                       )
DAVID SMITH, M.D.,                     )
AMY ANDERSON, M.D.,                    )
R. WESLEY FARRIS,                      )
ALLEN JEREMIAS, M.D. and               )
MIDDLESEX SURGICAL ASSOCIATES, INC.    )
    Defendants                         )
_____ )

## NOTICE OF WITHDRAWAL

     Please withdraw my appearance as counsel for the Defendant, Allen Jeremias, M.D., in the above-entitled action.  Sidney W. Adler, Esquire, also of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, will remain as counsel to the defendant on this case.

                                       Respectfully Submitted,

                                       */s/ Laura Berg Susich*
                                       _____
                                       Laura Berg Susich, BBO #566780
                                       Adler, Cohen, Harvey,
                                        Wakeman & Guekguezian, LLP
                                       75 Federal Street, 10th Floor
                                       Boston, MA 02110
                                       (617) 423-6674