# BARRY D. LANG, M.D. & ASSOCIATES
### ATTORNEYS AT LAW

ONE STATE STREET, SUITE 1600
BOSTON, MASSACHUSETTS 02109
(617) 720-0176
FACSIMILE (617) 720-1184

February 21, 2006

United States District Court for District of Mass.
John J. Moakley U.S. Courthouse
Clerk Dennis O'Leary
1 Courthouse Way
Boston, MA 02210

Re:  *Wm. Emde, et al v. Amy Anderson, M.D, R. Wesley Farris, M.D. and David Smith, M.D.*
USDC Civil Action No.: 04-11987-MLW

Dear Mr. O'Leary:

Please be advised that the above captioned case was settled at mediation on April 17, 2007. Thank you for your kind attention to this matter.

Sincerely,

Barry D. Lang, M.D., J.D.

BDL/wfh
Encl.
cc: Attorney Barbara Buell
    Daniel Griffin, Esq.
    Kenneth Kohlberg, Esq.
    Attorney Laura Berg Susich