UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM EMDE et al )<br>   Plaintiff(s) )<br>)<br>v.  )<br>)<br>DAVID SMITH, M.D. et al )<br>   Defendant(s) ) | C.A. No.  04-11987-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

  The Court having been advised, on April 26, 2006, by counsel for the plaintiff that the above-captioned action settled:

  It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

  If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                By the Court:
                Sarah A. Thornton, Clerk

April 30, 2007            /s/Dennis O'Leary
Date                 Deputy Clerk